UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| | | | |
|---|---|---|---|
| Division | Houston | Case Number | 4:23-CV-03560 |

| |
|---|
| Federal Trade Commission |
| *versus* |
| U.S. Anesthesia Partners, Inc.; Welsh, Carson, Anderson & Stowe XI, L.P.; WCAS Associates XI, LLC; Welsh, Carson, Anderson & Stowe XII, L.P.; WCAS Associates XII, LLC; WCAS Management Corporation; WCAS Management, L.P.; and WCAS Management, LLC. |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Michael J. Arin<br>Federal Trade Commission<br>600 Pennsylvania Ave, NW<br>Washington, DC 20580<br>Phone: (202) 326-3531<br>Email: marin@ftc.gov<br>California Bar No. 335693 |

| | |
|---|---|
| Name of party applicant seeks to appear for: | Federal Trade Commission |

| |
|---|
| Has applicant been sanctioned by any bar association or court?   Yes _____   No  X  |
| On a separate sheet for each sanction, please supply the full particulars. |

| | | |
|---|---|---|
| Dated:  09/21/2023 | Signed: | /s/ Michael J. Arin |

| |
|---|
| The state bar reports that the applicant's status is: |
| Dated: Clerk's signature |

**Order** This lawyer is admitted *pro hac vice*.

Dated: _____ _____
 United States District Judge