| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:23-cv-03560 |
|---|---|---|---|

Federal Trade Commission

*versus*

U.S. Anesthesia Partners, Inc.; Welsh, Carson, Anderson & Stowe XI, L.P.; WCAS Associates XI, LLC; Welsh, Carson, Anderson & Stowe XII, L.P.; WCAS Associates XII, LLC; WCAS Management Corporation; WCAS Management, L.P.; and WCAS Management, LLC.

| | |
|---|---|
| Lawyer's Name | Dylan Herts |
| Firm | Federal Trade Commission |
| Street | 600 Pennsylvania Ave, NW |
| City & Zip Code | Washington, DC 20580 |
| Telephone & Email | 202-256-8513; dherts@ftc.gov |
| Licensed: State & Number | Massachusetts (706289); New York (Reg. No. 5825138) |
| Federal Bar & Number | SDNY & EDNY (5825138) |

| Name of party applicant seeks to appear for: | Federal Trade Commission |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No   X_____

On a separate sheet for each sanction, please supply the full particulars.

Dated: Sept. 21, 2023    Signed: *Dylan H*

The state bar reports that the applicant's status is:

Dated:    Clerk's signature

**Order**    **This lawyer is admitted *pro hac vice*.**

Dated: _____    _____
United States District Judge