UNITED STATES DISTRICT COURT           SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:23-cv-03560 |
|---|---|---|---|
| | Federal Trade Commission | | |
| | *versus* | | |
| | U.S. Anesthesia Partners, Inc.; Welsh, Carson, Anderson & Stowe XI, L.P.; WCAS Associates XI, LLC; Welsh, Carson, Anderson & Stowe XII, L.P.; WCAS Associates XII, LLC; WCAS Management Corporation; WCAS Management, L.P.; and WCAS Management, LLC. | | |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Timothy Grayson<br>Federal Trade Commission<br>600 Pennsylvania Ave, NW Washington, DC 20580<br>(202) 326-3369; tkamalgrayson@ftc.gov<br>District of Columbia Bar #1028502 |

| Name of party applicant seeks to appear for: | Federal Trade Commission |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No __X__

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 9/21/2023 | Signed: |
|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

**Order**                    This lawyer is admitted *pro hac vice.*

Dated: _____        _____
                                      United States District Judge