AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Texas

| Federal Trade Commission | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 4:23-CV-03560 |
| U.S. Anesthesia Partners, Inc. et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Federal Trade Commission.

Date: 09/21/2023

/s/ Garth Huston
*Attorney's signature*

Garth Huston (SDTX Bar No. 3858253)
*Printed name and bar number*
600 Pennsylvania Ave., N.W.
Washington, DC 20850

*Address*

ghuston@ftc.gov
*E-mail address*

(202) 326-2658
*Telephone number*

*FAX number*