IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>U.S. ANESTHESIA PARTNERS, INC. et al.<br><br>Defendants. | Case No.: 4:23-CV-03560-KH |

**Plaintiff Federal Trade Commission's**
**Certificate of Service of Complaint, Court Procedures, and Order for Conference**

I certify compliance with the Court's Procedures. On September 21, 2023, the Federal Trade Commission served copies of the redacted Complaint and Requests to Waive Service of a Summons on all Defendants. The Federal Trade Commission served a copy of the unredacted Complaint on the Welsh Carson Defendants on September 21, 2023, and on U.S. Anesthesia Partners, Inc. on September 22, 2023. On September 25, 2023, the Federal Trade Commission served copies of the Court's Procedures and the Order for Conference on all Defendants.

Dated: September 26, 2023

                                              Respectfully submitted,

                                              */s/ Kara Monahan*
                                              Kara Monahan
                                              Attorney-in-Charge
                                              NJ Bar No. 011392010
                                              (admission pro hac vice pending)
                                              600 Pennsylvania Avenue, N.W.
                                              Washington, D.C. 20580
                                              Tel: (202) 326-2018

kmonahan@ftc.gov

*Counsel for Plaintiff Federal Trade Commission*