United States District Court
Southern District of Texas
**ENTERED**
September 28, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | | Case Number | 4:23-CV-03560 |
|---|---|---|---|---|

| Federal Trade Commission |
|---|
| *versus* |
| U.S. Anesthesia Partners, Inc.; Welsh, Carson, Anderson & Stowe XI, L.P.; WCAS Associates XI, LLC; Welsh, Carson, Anderson & Stowe XII, L.P.; WCAS Associates XII, LLC; WCAS Management Corporation; WCAS Management, L.P.; and WCAS Management, LLC. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Kara Monahan<br>Federal Trade Commission<br>600 Pennsylvania Ave, NW Washington, DC 20580<br>202-326-2018; kmonahan@ftc.gov<br>NJ 011392010 |
|---|---|

| Name of party applicant seeks to appear for: | Federal Trade Commission |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No _X_<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated: 9/21/2023 | Signed: /s/ Kara Monahan |
|---|---|

| The state bar reports that the applicant's status is:  Active |
|---|
| Dated: 9/27/2023    Clerk's signature *[signature]* |

### Order

Dated: September 27, 2023

This lawyer is admitted *pro hac vice*.

*[signature]*
United States District Judge