United States District Court
Southern District of Texas
**ENTERED**
September 28, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:23-cv-03560 |
|---|---|---|---|

| Federal Trade Commission |
|---|
| *versus* |
| U.S. Anesthesia Partners, Inc.; Welsh, Carson, Anderson & Stowe XI, L.P.; WCAS Associates XI, LLC; Welsh, Carson, Anderson & Stowe XII, L.P.; WCAS Associates XII, LLC; WCAS Management Corporation; WCAS Management, L.P.; and WCAS Management, LLC. |

| Lawyer's Name | Dylan Herts |
|---|---|
| Firm | Federal Trade Commission |
| Street | 600 Pennsylvania Ave, NW |
| City & Zip Code | Washington, DC 20580 |
| Telephone & Email | 202-256-8513; dherts@ftc.gov |
| Licensed: State & Number | Massachusetts (706289); New York (Reg. No. 5825138) |
| Federal Bar & Number | SDNY & EDNY (5825138) |

| Name of party applicant seeks to appear for: | Federal Trade Commission |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No  X  |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: Sept. 21, 2023 | Signed: *[signature]* |
|---|---|

| The state bar reports that the applicant's status is:   Active |
|---|
| Dated: 9/27/2023   Clerk's signature *[signature]* |

### Order

Dated: September 28, 2023

This lawyer is admitted *pro hac vice*.

*[signature]*
United States District Judge