United States District Court
Southern District of Texas
**ENTERED**
September 28, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT                 SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | ▼ | Case Number | 4:23-cv-03560 |
|---|---|---|---|---|

| Federal Trade Commission |
|---|

| *versus* |
|---|
| U.S. Anesthesia Partners, Inc.; Welsh, Carson, Anderson & Stowe XI, L.P.; WCAS Associates XI, LLC; Welsh, Carson, Anderson & Stowe XII, L.P.; WCAS Associates XII, LLC; WCAS Management Corporation; WCAS Management, L.P.; and WCAS Management, LLC. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Timothy Grayson<br>Federal Trade Commission<br>600 Pennsylvania Ave, NW Washington, DC 20580<br>(202) 326-3369; tkamalgrayson@ftc.gov<br>District of Columbia Bar #1028502 |
|---|---|

| Name of party applicant seeks to appear for: | Federal Trade Commission |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No __X____<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated:  9/21/2023 | Signed: |
|---|---|

| The state bar reports that the applicant's status is:    Active | |
|---|---|
| Dated: 9/27/2023 | Clerk's signature |

| **Order** |
|---|

**This lawyer is admitted *pro hac vice*.**

Dated: September 28, 2023

United States District Judge