United States District Court
Southern District of Texas
**ENTERED**
September 28, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:23-cv-03560 |
|---|---|---|---|

| Federal Trade Commission |
|---|

*versus*

U.S. Anesthesia Partners, Inc.; Welsh, Carson, Anderson & Stowe XI, L.P.; WCAS Associates XI, LLC; Welsh, Carson, Anderson & Stowe XII, L.P.; WCAS Associates XII, LLC; WCAS Management Corporation; WCAS Management, L.P.; and WCAS Management, LLC.

| | |
|---|---|
| Lawyer's Name / Firm / Street / City & Zip Code / Telephone & Email / Licensed: State & Number / Federal Bar & Number | Eric Matthew Sprague<br>Federal Trade Commission<br>600 Pennsylvania Ave, NW<br>Washington, DC 20580<br>(202) 326-2101 esprague@ftc.gov<br>New York (Registration No. 4060539) |

| Name of party applicant seeks to appear for: | Federal Trade Commission |
|---|---|

| Has applicant been sanctioned by any bar association or court? Yes ___ No _X_ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 9/21/2023 | Signed: *[signature]* |
|---|---|

| The state bar reports that the applicant's status is: Active |
|---|
| Dated: 9/27/2023    Clerk's signature *[signature]* |

### Order

Dated: September 28, 2023

This lawyer is admitted *pro hac vice*.

_____
United States District Judge