United States District Court
Southern District of Texas

**ENTERED**

September 28, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston ▼ | Case Number | 4:23-CV-03560 |
|---|---|---|---|

|  |
|---|
| Federal Trade Commission |
| *versus* |
| U.S. Anesthesia Partners, Inc.; Welsh, Carson, Anderson & Stowe XI, L.P.; WCAS Associates XI, LLC; Welsh, Carson, Anderson & Stowe XII, L.P.; WCAS Associates XII, LLC; WCAS Management Corporation; WCAS Management, L.P.; and WCAS Management, LLC. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Bradley S. Albert<br>Federal Trade Commission<br>600 Pennsylvania Ave, NW<br>Washington, DC 20580<br>(202) 326-3670; balbert@ftc.gov<br>Maryland (Attorney ID: 9412130008) |
|---|---|

| Name of party applicant seeks to appear for: | Federal Trade Commission |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No __X__

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 9/21/2023 | Signed: */s/ Bradley S. Albert* |
|---|---|

| The state bar reports that the applicant's status is: Active | |
|---|---|
| Dated: 9/27/2023 | Clerk's signature *CAtton* |

| **Order** |
|---|

Dated: September 28, 2023

**This lawyer is admitted *pro hac vice*.**

_____
United States District Judge