United States District Court
Southern District of Texas
**ENTERED**
September 28, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:23-CV-03560 |
|---|---|---|---|
| | Federal Trade Commission | | |
| | *versus* | | |
| | U.S. Anesthesia Partners, Inc.; Welsh, Carson, Anderson & Stowe XI, L.P.; WCAS Associates XI, LLC; Welsh, Carson, Anderson & Stowe XII, L.P.; WCAS Associates XII, LLC; WCAS Management Corporation; WCAS Management, L.P.; and WCAS Management, LLC | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Ilana Kattan<br>Hogan Lovells US LLP<br>555 Thirteenth St, NW<br>Washington, DC 20004<br>202.637.5626, ilana.kattan@hoganlovells.com<br>Maryland, Bar No.1212120102<br>District of Columbia, Bar No. 1015189 |
|---|---|
| Name of party applicant seeks to appear for: | Welsh, Carson, Anderson & Stowe XI, L.P.; WCAS Associates XI, LLC; Welsh, Carson, Anderson & Stowe XII, L.P.; WCAS Associates XII, LLC; WCAS Management Corporation; WCAS Management, L.P.; and WCAS Management, LLC |

| Has applicant been sanctioned by any bar association or court? Yes _____ No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 9/22/2023 | Signed: | /s/ Ilana Kattan |
|---|---|---|

| The state bar reports that the applicant's status is: Active |
|---|
| Dated: 9/27/2023    Clerk's signature *[signature]* |

### Order

Dated: September 28, 2023

This lawyer is admitted *pro hac vice*.

*[signature]*

United States District Judge