United States District Court
Southern District of Texas
**ENTERED**
September 28, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT　　　　SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:23-CV-03560 |
|---|---|---|---|
| | Federal Trade Commission | | |
| | *versus* | | |
| | U.S. Anesthesia Partners, Inc.; Welsh, Carson, Anderson & Stowe XI, L.P.; WCAS Associates XI, LLC; Welsh, Carson, Anderson & Stowe XII, L.P.; WCAS Associates XII, LLC; WCAS Management Corporation; WCAS Management, L.P.; and WCAS Management, LLC | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Ashley Ifeadike<br>Hogan Lovells US LLP<br>555 Thirteenth St, NW<br>Washington, DC 20004<br>202.637.3672, ashley.ifeadike@hoganlovells.com<br>District of Columbia, Bar No. 1765932 |
|---|---|

| Name of party applicant seeks to appear for: | Welsh, Carson, Anderson & Stowe XI, L.P.; WCAS Associates XI, LLC; Welsh, Carson, Anderson & Stowe XII, L.P.; WCAS Associates XII, LLC; WCAS Management Corporation; WCAS Management, L.P.; and WCAS Management, LLC |
|---|---|

Has applicant been sanctioned by any bar association or court?　Yes _____　No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 9/22/2023 | Signed: | /s/ Ashley Ifeadike |
|---|---|---|

| The state bar reports that the applicant's status is: | Active |
|---|---|
| Dated: 9/27/2023 | Clerk's signature |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: September 28, 2023

_____
United States District Judge