| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:23-cv-03560 |
|---|---|---|---|

Federal Trade Commission

*versus*

U.S. Anesthesia Partners, Inc.; Welsh, Carson, Anderson & Stowe XI, L.P.; WCAS Associates XI, LLC; Welsh, Carson, Anderson & Stowe XII, L.P.; WCAS Associates XII, LLC; WCAS Management Corporation; WCAS Management, L.P.; and WCAS Management, LLC.

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Kevin B. Huff<br>Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.<br>1615 M. St, N.W., Suite# 400<br>Washington, D.C. 20036<br>(202) 326-7991 ; khuff@kellogghansen.com<br>District of Columbia (Bar No. 462043); New York (Bar No. 2841880)<br>SDNY (Bar No. KH-9284); SCOTUS (Bar No. 245843) |
|---|---|

| Name of party applicant seeks to appear for: | U.S. Anesthesia Partners, Inc. |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 9/29/2023 | Signed: /s/ Kevin B. Huff |
|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: _____    _____
United States District Judge