United States District Court
Southern District of Texas
**ENTERED**
October 02, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT　　　　　SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:23-cv-03560 |
|---|---|---|---|

| Federal Trade Commission |
|---|

| *versus* |
|---|
| U.S. Anesthesia Partners, Inc.; Welsh, Carson, Anderson & Stowe XI, L.P.; WCAS Associates XI, LLC; Welsh, Carson, Anderson & Stowe XII, L.P.; WCAS Associates XII, LLC; WCAS Management Corporation; WCAS Management, L.P.; and WCAS Management, LLC. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | David L. Schwarz<br>Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.<br>1615 M. St, N.W., Suite #400<br>Washington, D.C. 20036<br>(202) 326-7984 ; dschwarz@kellogghansen.com<br>District of Columbia (Bar No. 471910); California (Bar No. 206257)<br>DDC (Bar No. 471910); NDCA (Bar No. 206257)<br>SCOTUS (Bar No. 246804) |
|---|---|

| Name of party applicant seeks to appear for: | U.S. Anesthesia Partners, Inc. |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 9/29/2023 | Signed: | /s/ David L. Schwarz |
|---|---|---|

| The state bar reports that the applicant's status is: | Active |
|---|---|
| Dated: 10/2/2023 | Clerk's signature *[signature]* |

**Order**

Dated: October 02, 2023

This lawyer is admitted *pro hac vice*.

*[signature]*
United States District Judge