Case 4:23-cv-03560   Document 59   Filed on 10/06/23 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
October 06, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:23-CV-03560 |
| § | |
| U.S. ANESTHESIA PARTNERS, INC., *et al.*, § § § | |
| § | |
| Defendants. § | |

### ORDER GRANTING PLAINTIFF FEDERAL TRADE COMMISSION'S *EX PARTE* MOTION FOR LEAVE TO FILE UNREDACTED COMPLAINT TEMPORARILY UNDER SEAL

The Court has considered the plaintiff, Federal Trade Commission's *Ex Parte* Motion for

Leave of Court to File Unredacted Complaint Temporarily Under Seal (Dkt. No. 2) and

**FINDS** that it is in the interest of justice and of the public to grant the FTC's motion. Accordingly,

IT IS HEREBY **ORDERED** that the Clerk shall file the unredacted Complaint, Attached as Exhibit "1" to their motion under seal as of the date of this Order. The Clerk shall immediately lift the seal on the Federal Trade Commission's Motion and Proposed Order. The unredacted Complaint and Exhibit "1" to their motion shall remain under seal until further order of the Court.

The FTC shall promptly provide the defendants and relevant third parties with notice that its motion has been granted. The defendants and third parties shall have twenty (20) days from the date of this Order to file motions to seal information contained in the unredacted Complaint. The FTC shall have thirty (30) days from the date of this Order to file its response.

It is so ORDERED.

SIGNED on October 6, 2023, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge