**IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT
OF TEXAS HOUSTON DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>      Plaintiff,<br><br>  v.<br><br>U.S. ANESTHESIA PARTNERS, INC., et al.<br><br>     Defendants. | Civil Action No. 4:23-cv-03560 |

**U.S. ANESTHESIA PARTNERS, INC.'S RULE 7.1 DISCLOSURE STATEMENT
AND CERTIFICATE OF INTERESTED PARTIES**

Defendant, U.S. Anesthesia Partners, Inc. ("USAP") files this Disclosure Statement and Certificate of Interested Parties pursuant to Federal Rule of Civil Procedure 7.1 and this Court's Order for Conference and Disclosure of Interested Parties, *see* Doc. 21.

USAP is an organization dedicated to providing high-quality anesthesia services throughout the United States.  No publicly held corporation owns more than ten percent of the stock of USAP.

The following is a list of "all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation."  Where "a group can be specified by a general description," USAP has not made an "individual listing" of each interested person:

1.  U.S. Anesthesia Partners Holdings, Inc.
      Wilmington, Delaware

2.  U.S. Anesthesia Partners Intermediate Holdings, Inc.
      Wilmington, Delaware

3.  U.S. Anesthesia Partners, Inc., *Defendant*
      Dallas, Texas

4.  U S A P (Texas), L.C.
      Dallas, Texas

5.  U.S. Anesthesia Partners of Texas, P.A. (dba USAP-Texas)
      Dallas, Texas

6.  Various Shareholders of U.S. Anesthesia Partners Holdings, Inc.

7.  Welsh, Carson, Anderson & Stowe XI, L.P., *Defendant*
      New York, New York

8.  WCAS Associates XI, LLC, *Defendant*
      New York, New York

9.  Welsh, Carson, Anderson & Stowe XII, L.P., *Defendant*
      New York, New York

10. WCAS Associates XII, LLC, *Defendant*
      New York, New York

11. WCAS Management Corporation, *Defendant*
      New York, New York

12. WCAS Management Corporation, *Defendant*
      New York, New York

13. WCAS Management, L.P., *Defendant*
      New York, New York

14. WCAS Management, LLC, *Defendant*
      New York, New York

15. Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C., *Counsel for Defendant USAP*
      Washington, District of Columbia

16. Beck Redden LLP, *Counsel for Defendant USAP*
      Houston, Texas

17. Ropes & Gray LLP, *Counsel for Defendant Welsh Carson*
      Boston, Massachusetts

18. Hogan Lovells, *Counsel for Defendant Welsh Carson*
      Washington, District of Columbia

19. Federal Trade Commission, *Plaintiff*
      Washington, District of Columbia

Dated: October 10, 2023

Respectfully submitted,

/s/ Mark C. Hansen

David J. Beck (TX Bar No. 00000070)
  (Federal I.D. No. 16605)
Garrett S. Brawley (TX Bar No. 24095812)
  (Federal I.D. No. 3311277)
BECK REDDEN LLP
1221 McKinney Street, Suite 4500
Houston, TX  77010
Tel: (713) 951-3700
Fax: (713) 951-3720
dbeck@beckredden.com
gbrawley@beckredden.com

Mark C. Hansen (D.C. Bar No. 425930)
  (*Pro Hac Vice*)
Attorney-in-Charge
Geoffrey M. Klineberg (D.C. Bar No. 444503)
  (*Pro Hac Vice*)
Catherine M. Redlingshafer (D.C. Bar No. 1659426)
  (*Pro Hac Vice*)
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
Fax: (202) 326-7999
mhansen@kellogghansen.com
gklineberg@kellogghansen.com
credlingshafer@kellogghansen.com

*Counsel for Defendant U.S. Anesthesia Partners, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 10, 2023, I filed the foregoing Certificate of Interested Parties with the Court and served it on opposing counsel through the Court's CM/ECF system. All counsel of record are registered ECF users.

Respectfully submitted,

 */s/ Mark C. Hansen*
Mark C. Hansen