UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. ANESTHESIA PARTNERS, INC. and WELSH, CARSON, ANDERSON & STOWE XI, L.P., WCAS ASSOCIATES XI, LLC, WELSH, CARSON, ANDERSON & STOWE XII, L.P., WCAS ASSOCIATES XII, LLC, WCAS MANAGEMENT CORPORATION, WCAS MANAGEMENT, L.P., and WCAS MANAGEMENT, LLC,<br><br>    Defendants. | Civil Action No.  4:23-cv-03560 |

**NOTICE OF APPEARANCE**

Defendants Welsh, Carson, Anderson & Stowe XI, L.P., WCAS Associates XI, LLC, Welsh, Carson, Anderson & Stowe XII, L.P., WCAS Associates XII, LLC, WCAS Management Corporation, WCAS Management, L.P., and WCAS Management, LLC ("WCAS") gives notice that attorney R. Paul Yetter with the law firm Yetter Coleman LLP is counsel of record in this matter and requests that receipt of electronic copies of all pleadings and orders be sent to:

> R. Paul Yetter
> State Bar No. 22154200
> Fed I.D. 3639
> pyetter@yettercoleman.com
> YETTER COLEMAN LLP
> 811 Main Street, Suite 4100
> Houston, Texas 77002
> Telephone: (713) 632-8000
> Facsimile: (713) 632-8002

| | |
|---|---|
| Dated: October 10, 2023 | Respectfully submitted,<br><br>*/s/ R. Paul Yetter*<br>R. Paul Yetter<br>*(Attorney-in-Charge)*<br>State Bar No. 22154200<br>Fed I.D. 3639<br>YETTER COLEMAN LLP<br>811 Main Street, Suite 4100<br>Houston, Texas 77002<br>Telephone: (713) 632-8000<br>Facsimile: (713) 632-8002<br>pyetter@yettercoleman.com<br><br>ATTORNEYS FOR DEFENDANTS WELSH, CARSON, ANDERSON & STOWE XI, L.P., WCAS ASSOCIATES XI, LLC, WELSH, CARSON, ANDERSON & STOWE XII, L.P., WCAS ASSOCIATES XII, LLC, WCAS MANAGEMENT CORPORATION, WCAS MANAGEMENT, L.P., AND WCAS MANAGEMENT, LLC |

**Certificate of Service**

I certify that on October 10, 2023, a copy of this document was served on all counsel of record using the Court's e-filing system.

*/s/ R. Paul Yetter*
R. Paul Yetter