UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br>v.<br><br>U.S. ANESTHESIA PARTNERS, INC. and WELSH, CARSON, ANDERSON & STOWE XI, L.P., WCAS ASSOCIATES XI, LLC, WELSH, CARSON, ANDERSON & STOWE XII, L.P., WCAS ASSOCIATES XII, LLC, WCAS MANAGEMENT CORPORATION, WCAS MANAGEMENT, L.P., and WCAS MANAGEMENT, LLC,<br><br>    Defendants. | Civil Action No. 4:23-cv-03560 |

## DISCLOSURE OF INTERESTED PARTIES

Pursuant to the Court's Order for Conference and Disclosure of Interested Parties entered on September 25, 2023 (ECF No. 21), Defendants Welsh, Carson, Anderson & Stowe XI, L.P., WCAS Associates XI, LLC, Welsh, Carson, Anderson & Stowe XII, L.P., WCAS Associates XII, LLC, WCAS Management Corporation, WCAS Management, L.P., and WCAS Management, LLC (the "Welsh Carson Defendants") certify that the following persons, associations of persons, firms, partners, corporations, affiliates, parent corporations, or other legal entities may be financially interested in the outcome of this litigation:

1. Defendant U.S. Anesthesia Partners, Inc.,

2. Defendant Welsh, Carson, Anderson & Stowe XII, L.P.,

3. Defendant WCAS Associates XII, LLC,

4. Defendant WCAS Management Corporation,

5. Defendant WCAS Management, L.P., and

6. Defendant WCAS Management, LLC.

At this time, the Welsh Carson Defendants are unaware of any other parties with a financial interest in this litigation. If additional information regarding financially interested parties becomes available during the pendency of this litigation, the Welsh Carson Defendants will file an amended certificate of interested parties.

Pursuant to Federal Rule of Civil Procedure 7.1, the Welsh Carson Defendants further certify that they have no parent corporation and that no publicly held corporation owns 10% or more of each of their stock.

Respectfully submitted,

Dated: October 10, 2023

/s/ R. Paul Yetter
R. Paul Yetter
*(Attorney-in-Charge)*
State Bar No. 22154200
Fed I.D. 3639
pyetter@yettercoleman.com
YETTER COLEMAN LLP
811 Main Street, Suite 4100
Houston, Texas 77002
Telephone: (713) 632-8000
Facsimile: (713) 632-8002

David B. Hennes (*pro hac vice* forthcoming)
david.hennes@ropesgray.com
Jane E. Willis (*pro hac vice* forthcoming)
jane.willis@ropesgray.com
C. Thomas Brown (*pro hac vice* forthcoming)
thomas.brown@ropesgray.com
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, New York 10036
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

Douglas Hallward-Driemeier (*pro hac vice* forthcoming)
douglas.hallward-driemeier@ropesgray.com
ROPES & GRAY LLP
2099 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 508-4600
Facsimile: (202) 508-4650

Kathryn Caldwell (*pro hac vice* forthcoming)
kathryn.caldwell@ropesgray.com
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199
Telephone: (617) 951-7000
Facsimile: (617) 951-7050

Perry A. Lange (*pro hac vice* forthcoming)
perry.lange@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
2100 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 633-6493
Facsimile: (202) 663-6363

Kenneth Field (admitted *pro hac vice*)
ken.field@hoganlovells.com
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910

Counsel for Defendants Welsh, Carson, Anderson & Stowe XI, L.P., WCAS Associates XI, LLC, Welsh, Carson, Anderson & Stowe XII, L.P., WCAS Associates XII, LLC, WCAS Management Corporation, WCAS Management, L.P., and WCAS Management, LLC

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing Disclosure of Interested Parties was electronically filed and served on all counsel of record on October 10, 2023.

                              */s/ R. Paul Yetter*
                              R. Paul Yetter