IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**<br><br>**Plaintiff,**<br><br>v.<br><br>**U.S. ANESTHESIA PARTNERS, INC. et al.**<br><br>**Defendants.** | Case No.: 4:23-CV-03560-KH |

**Joint Motion for Modification of Motion to Dismiss Deadlines and Page Limits**

Plaintiff Federal Trade Commission ("FTC"); Defendant U.S. Anesthesia Partners, Inc.; and Defendants Welsh, Carson, Anderson & Stowe XI, L.P.; WCAS Associates XI, LLC; Welsh Carson, Anderson & Stowe XII, L.P.; WCAS Associates XII, LLC; WCAS Management Corporation; WCAS Management, L.P.; and WCAS Management, LLC ("Welsh Carson Defendants") respectfully request that the Court modify the briefing deadlines and page limitations associated with the Defendants' upcoming motions to dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12. In support of this motion, the parties state as follows:

1. On September 21, 2023, the FTC filed the Complaint (ECF No. 1) and sent a request for waiver of the summons to Defendants.

2. Defendants waived service of the summons. ECF Nos. 20, 23-29.

3. Defendant U.S. Anesthesia Partners, Inc. and the Welsh Carson Defendants anticipate filing separate motions to dismiss the Complaint.

4. Defendants' motions to dismiss the Complaint under Federal Rule of Civil Procedure 12 are due on November 20, 2023. The FTC's opposition to those motions is due on

December 11, 2023. LR 7.4. Defendants' replies in support of their motions are due on December 18, 2023. LR 7.4.E.

5. Without leave of court, the Court's Personal Procedures provide 25 pages for motion and opposition briefs and 15 pages for reply briefs. Hoyt Procedures VII.A.

6. The parties believe that an extension in the briefing schedule and an amendment to the page limits for Defendants' motion to dismiss would benefit the parties and the Court. The parties accordingly seek to modify the dates and limits as follows:

| Filing | Date | Page Limits |
|---|---|---|
| Motions to Dismiss | November 20, 2023 | 35 pages each |
| Opposition to Motions to Dismiss | January 19, 2024 | 70 pages total |
| Replies in Support of Motions to Dismiss | February 26, 2024 | 20 pages each |

7. A proposed order is attached.

Date: October 11, 2023

    Respectfully submitted,

    /s/ Kara Monahan
    Kara Monahan
    Attorney-in-Charge
    NJ Bar No. 011392010 (*Pro Hac Vice*)
    600 Pennsylvania Avenue, N.W.
    Washington, D.C. 20580
    Tel: (202) 326-2018
    kmonahan@ftc.gov

    *Counsel for Plaintiff Federal Trade Commission*

*/s/ Mark C. Hansen*
Mark C. Hansen
Attorney-in-Charge
  D.C. Bar No. 425930 (*Pro Hac Vice)*
Geoffrey M. Klineberg
  D.C. Bar No. 444503 (*Pro Hac Vice*)
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, PLLC
1615 M Street N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
mhansen@kellogghansen.com
gklineberg@kellogghansen.com

David J. Beck (TX Bar No. 00000070)
  (Federal I.D. No. 16605)
Garrett S. Brawley (TX Bar No. 24095812)
  (Federal I.D. No. 3311277)
BECK REDDEN LLP
1221 McKinney Street, Suite 4500
Houston, TX  77010
Tel: (713) 951-3700
dbeck@beckredden.com
gbrawley@beckredden.com

*Counsel for Defendant U.S. Anesthesia Partners, Inc.*


*/s/ R. Paul Yetter*
R. Paul Yetter
*(Attorney-in-Charge)*
State Bar No. 22154200
Fed I.D. 3639
pyetter@yettercoleman.com
YETTER COLEMAN LLP
811 Main Street, Suite 4100
Houston, Texas 77002
Telephone: (713) 632-8000
Facsimile: (713) 632-8002

David B. Hennes (*pro hac vice* forthcoming)
david.hennes@ropesgray.com
Jane E. Willis (*pro hac vice* forthcoming)
jane.willis@ropesgray.com
C. Thomas Brown (*pro hac vice* forthcoming)

3

        thomas.brown@ropesgray.com
        ROPES & GRAY LLP
        1211 Avenue of the Americas
        New York, New York 10036
        Telephone: (212) 596-9000
        Facsimile: (212) 596-9090

        *Counsel for Welsh Carson Defendants*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this day, I caused the foregoing Joint Motion for Modification of Motion to Dismiss Deadlines and Page Limits and Proposed Order to be served on all counsel of record using the ECF system of the United States District Court for the Southern District of Texas.

Dated: October 11, 2023

                                          */s/ Kara Monahan*
                                          Kara Monahan
                                          Attorney-in-Charge
                                          NJ Bar No. 011392010 (*Pro Hac Vice*)
                                          600 Pennsylvania Avenue, N.W.
                                          Washington, D.C. 20580
                                          Tel: (202) 326-2018
                                          kmonahan@ftc.gov

                                          *Counsel for Plaintiff Federal Trade Commission*