IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**<br><br>Plaintiff,<br><br>v.<br><br>**U.S. ANESTHESIA PARTNERS, INC. et al.**<br><br>Defendants. | Case No.: 4:23-CV-03560-KH |

**[Proposed] Order Granting Joint Motion for Modification of Motion to Dismiss Deadlines and Page Limits**

Before the Court is the Joint Motion for Modification of Motion to Dismiss Deadlines and Page Limits. Having considered the matter, the Court grants the motion. For good cause shown, it is hereby ORDERED that the following due dates and page limits shall apply to the Defendants' motions to dismiss.

| Filing | Date | Page Limits |
|---|---|---|
| Motions to Dismiss | November 20, 2023 | 35 pages each |
| Opposition to Motions to Dismiss | January 19, 2024 | 70 pages total |
| Replies in Support of Motions to Dismiss | February 26, 2024 | 20 pages each |

It is so ORDERED this ____ day of _____, 2023.

_____
KENNETH M. HOYT
United States District Judge