IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>U.S. ANESTHESIA PARTNERS, INC. et al.<br><br>Defendants. | Case No.: 4:23-CV-03560-KH |

**[Proposed] Order Granting Joint Motion to Seal Information in Complaint**

The Court has considered the Joint Motion to Seal Information in Complaint and the Declaration of Len Wright filed in support of the same, and **FINDS** that the parties and third parties identified in the Joint Motion seek to redact limited information whose competitive sensitivity outweighs the public's presumptive right of access to judicial records. Accordingly, it is hereby **ORDERED** that the Clerk of Court shall file on the public docket as the FTC's redacted Complaint Attachment 1 to the Joint Motion and the Clerk of Court shall keep the FTC's unredacted Complaint under seal absent further order from this Court. The Federal Trade Commission shall provide a copy of this order to relevant third parties.

It is so ORDERED this ____ day of _____, 2023.

_____
Kenneth M. Hoyt
United States District Judge