IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:23-CV-03560 |
| | § | |
| U.S. ANESTHESIA PARTNERS, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

**NOTICE OF APPEARANCE OF COUNSEL**

Please take notice that Gary Y. Gould of Norton Rose Fulbright US LLP is entering an appearance in the above-styled and numbered cause on behalf of non-party Envision Healthcare Corporation. Mr. Gould's contact information is as follows:

Gary Y. Gould
Texas Bar No. 24104995
Southern District Bar No. 3325232
NORTON ROSE FULBRIGHT US LLP
1301 McKinney, Suite 5100
Houston, TX  77010-3095
(713) 651-3529
gary.gould@nortonrosefulbright.com

Please provide Mr. Gould with copies of all correspondence, pleadings, or other documents in this case.

1

Dated: October 26, 2023          Respectfully submitted,

*/s/ Gary Y. Gould*
Gary Y. Gould
(*Attorney-in-Charge*)
State Bar No. 24104995
S.D. Texas Bar No. 3325232
gary.gould@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP

Fulbright Tower
1301 McKinney, Suite 5100
Houston, TX 77010-3095
Telephone: (713) 651-5151
Facsimile: (713) 651-5246

*Attorney for Non-party Envision Healthcare Corporation*

## CERTIFICATE OF SERVICE

I certify that on October 26, 2023, I filed the foregoing document using the Court's Electronic Filing ("ECF") system to all counsel of record. Such filing constitutes service of this document as contemplated by Rule 5 of the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 5(b)(2)(E).

*/s/ Gary Y. Gould*
Gary Y. Gould