IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>U.S. ANESTHESIA PARTNERS, INC. et al.,<br><br>　　　　Defendants. | Case No. 4:23-cv-03560-KMH |

**[PROPOSED] ORDER GRANTING DEFENDANT U.S. ANESTHESIA PARTNERS, INC.'S UNOPPOSED MOTION TO SEAL**

For the reasons set forth in Defendant U.S. Anesthesia Partners, Inc.'s ("USAP") Unopposed Motion to Seal, it is hereby **ORDERED** that the Motion is **GRANTED.** Pursuant to Federal Rule of Civil Procedure 5.2(d), the Court hereby **ORDERS** that the Declaration of Len Wright in Support of the Parties' Joint Motion to Seal Information in Complaint (ECF No. 72) shall remain under seal until further order of the Court.

　　**SO ORDERED.**

Date: _____　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Kenneth M. Hoyt
　　　　　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge