UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:23-CV-03560 |
| U.S. ANESTHESIA PARTNERS, INC., *et al.*, | § § § § | |
| Defendants. | § § | |

## DECLARATION OF GARY Y. GOULD IN SUPPORT OF NON-PARTY ENVISION HEALTHCARE CORPORATION'S OPPOSED MOTION TO SEAL

1. My name is Gary Y. Gould. I am over twenty one (21) years of age, of sound mind, and competent to make this affidavit. I have personal knowledge of the facts stated herein, and they are true and correct.

2. I am one of the attorneys representing Envision Healthcare ("Envision") in connection with Civil Action No. 4:23-CV-03560, pending in the Southern District of Texas, Houston Division. The facts in this declaration are within my personal knowledge, acquired by me in my capacity as counsel to Envision, and are true.

3. Attached in support of Non-Party Envision Healthcare Corporation's Opposed Motion to Seal (the "Motion to Seal") are four exhibits labeled Exhibits A-D.

4. **Exhibit A** to the Motion to Seal is a true and correct copy of Plaintiff Federal Trade Commission's ("FTC") Civil Investigative Demand ("CID"), File No. 201-0031, issued to Envision on January 30, 2023.

5. **Exhibit B** to the Motion to Seal is a true and correct copy of the Strategic Alliance Agreement, dated January 6, 2014, between Defendant U.S. Anesthesia Partners, Inc., Pinnacle Anesthesia Consultants, P.A., Envision Healthcare Holdings, Inc., and MSO Newco, LLC.

6. **Exhibit C** to the Motion to Seal is a true and correct copy of Plaintiff FTC's letter, dated September 8, 2023, to Amanda Wait of Norton Rose Fulbright US LLP, counsel for Envision, related to an FTC investigation, File No. 201-0031.

7. **Exhibit D** to the Motion to Seal is a true and correct copy of Plaintiff's Complaint for Injunctive and Other Equitable Relief, filed with this Court on September 21, 2023 (Dkt. 1).

I declare under penalty of perjury in the United States of America that the foregoing is true and correct. This verification was executed in Harris County, Texas on October 25, 2023.

_____
Gary Y. Gould

_____
October 25, 2023
Date