# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:23-CV-03560 |
| U.S. ANESTHESIA PARTNERS, INC., *et al.*, | § § § § | |
| Defendants. | § § § | |

## ORDER GRANTING NON-PARTY
## ENVISION HEALTHCARE CORPORATION'S OPPOSED MOTION TO SEAL

Before the Court is non-party Envision Healthcare's Corporation's ("Envision") Opposed Motion to Seal [Dkt. No. ___] (the "Motion"). The Court, having reviewed the Motion and any responses and replies thereto, is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that all references to Envision, any Envision affiliate, EmCare LLC, and any non-public terms of the Strategic Alliance Agreement that are presently redacted in the Plaintiff's Complaint for Injunctive and Other Equitable Relief (the "Complaint") [Dkt. No. 1], including but not limited to all presently-redacted paragraphs in Section VI.B of the Complaint, shall remain redacted in the Complaint and in any subsequent complaint filed with the Court.

SIGNED this _____ day of _____, 2023.

IT IS SO ORDERED.

_____
Hon. Kenneth M. Hoyt
United States District Judge