UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Select the Division  Houston | Case Number | 4:23-CV-03560 |
|---|---|---|---|

| **Federal Trade Commission** |
|---|
| *versus* |
| **U.S. Anesthesia Partners, Inc**, *et al* |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Amanda Wait<br>Norton Rose Fulbright US LLP<br>799 9th Street NW Suite 1000<br>Washington, DC 20001<br>DC Bar #982117 |
|---|---|

| Name of party applicant seeks to appear for: | **Envision Healthcare Corporation** |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes __      __ No __ X __ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: October 25, 2023 | Signed: *Amanda L Wait* |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:                Clerk's signature |

**Order**       This lawyer is admitted *pro hac vice*.

Dated: _____        _____
                                    United States District Judge