United States District Court
Southern District of Texas
**ENTERED**
October 30, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Select the Division  Houston | Case Number | 4:23-CV-03560 |
|---|---|---|---|
| | **Federal Trade Commission** | | |
| | *versus* | | |
| | **U.S. Anesthesia Partners, Inc,** *et al* | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Amanda Wait<br>Norton Rose Fulbright US LLP<br>799 9th Street NW Suite 1000<br>Washington, DC 20001<br>DC Bar #982117 |
|---|---|

| Name of party applicant seeks to appear for: | **Envision Healthcare Corporation** |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ___X___ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: October 25, 2023 | Signed: *Amanda Z Wait* |
|---|---|

| The state bar reports that the applicant's status is:  active |
|---|
| Dated: 10/30/2023 | Clerk's signature  *[signature]* |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: October 30, 2023

*[signature]*
United States District Judge