United States District Court
Southern District of Texas
**ENTERED**
October 30, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | § § § § | |
| Plaintiff, | | |
| VS. | § § § | CIVIL ACTION NO. 4:23-CV-03560 |
| U.S. ANESTHESIA PARTNERS, INC., *et al.*, | § § § § | |
| Defendants. | § | |

## ORDER FOR EXPEDITED RESPONSE

Pending before the Court is the non-party Envision Healthcare Corporation's motion to seal. (Dkt. No. 74). An expedited response is requested, but not required. Upon receipt of notice that an expedited response has been filed, any opposing party who aspires to reply is hereby advised to file any reply thereto within 5 days of the date of filing of any expedited response. Your attention in this regard is requested and appreciated. The response is due no later than November 9, 2023.

It is so ORDERED.

SIGNED on October 30, 2023, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge