United States District Court
Southern District of Texas
**ENTERED**
October 30, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, § § Plaintiff, § § VS. § U.S. ANESTHESIA PARTNERS, INC., *et al.*, § § Defendants. § § | CIVIL ACTION NO. 4:23-CV-03560 |

### ORDER GRANTING DEFENDANT U.S. ANESTHESIA PARTNERS, INC.'S CORRECTED UNOPPOSED MOTIO TO SEAL

For the reasons set forth in Defendant U.S. Anesthesia Partners, Inc.'s ("USAP") corrected unopposed motion to seal (Dkt. No. 73), it is hereby **ORDERED** that the motion is **GRANTED.**

Pursuant to Federal Rule of Civil Procedure 5.2(d), the Court hereby **ORDERS** that the Declaration of Len Wright in Support of the Parties' Joint Motion to Seal Information in Complaint (ECF No. 72) shall remain under seal until further order of the Court.

It is so ORDERED.

SIGNED on October 30, 2023, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge