United States District Court
Southern District of Texas
**ENTERED**
November 02, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:23-CV-03560 |
| § | |
| U.S. ANESTHESIA PARTNERS, INC., *et al.*, § | |
| § | |
| Defendants. § | |
| § | |

**ORDER GRANTING JOINT MOTION TO SEAL**
<u>**INFORMATION IN COMPLAINT**</u>

The Court has considered the joint motion to seal information in Complaint and the Declaration of Len Wright filed in support of the same (Dkt. No. 68), and **FINDS** that the parties and third parties identified in the Joint Motion seek to redact limited information whose competitive sensitivity outweighs the public's presumptive right of access to judicial records.

Accordingly, it is hereby **ORDERED** that the clerk shall file on the public docket as the FTC's redacted Complaint Attachment "1" to the Joint Motion and the clerk shall keep the FTC's unredacted Complaint under seal absent further order from this Court. The Federal Trade Commission shall provide a copy of this order to relevant third parties.

It is so ORDERED.

SIGNED on November 2, 2023, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge