United States District Court
Southern District of Texas
**ENTERED**
November 03, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>U.S. ANESTHESIA PARTNERS, INC., *et al.*,<br><br>Defendants. | Case No.: 4:23-CV-03560-KH |

### CORRECTED[1] ORDER GRANTING JOINT MOTION TO SEAL INFORMATION IN COMPLAINT

The Court has considered the Joint Motion to Seal Information in Complaint (ECF No. 68) and the Declaration of Len Wright filed in support of the same and **FINDS** that the parties and third parties identified in the Joint Motion seek to redact limited information whose competitive sensitivity outweighs the public's presumptive right of access to judicial records. Accordingly, the Joint Motion is **GRANTED**.

The Court will enter an order on whether the Federal Trade Commission's redacted Complaint (ECF No. 69) should be made public or whether the Federal Trade Commission needs to submit a revised redacted Complaint when the Court resolves Non-Party Envision Healthcare Corporation's pending motion (ECF No. 74).

Accordingly, it is hereby **ORDERED** that the Clerk of Court shall keep the Federal Trade Commission's redacted Complaint (ECF No. 69) and papers related to Envision

---

[1] The Court corrects its previous Order (ECF No. 79) to reflect Envision Healthcare Corporation's pending motion.

Healthcare Corporation's pending Motion under seal until further order from this Court. The Federal Trade Commission shall provide a copy of this order to relevant third parties.

It is so ORDERED.

SIGNED on November 2, 2023, at Houston, Texas.

                                                          Kenneth M. Hoyt
                                                          United States District Judge