IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>U.S. ANESTHESIA PARTNERS, INC., *et al.*,<br><br>Defendants. | Case No.: 4:23-CV-03560-KH |

**[PROPOSED] ORDER DENYING NON-PARTY ENVISION HEALTHCARE CORPORATION'S OPPOSED MOTION TO SEAL**

The Court has considered Non-Party Envision Healthcare Corporation's Opposed Motion to Seal and all related exhibits and briefs and **FINDS** that the public's presumptive right of access to judicial records outweighs Envision's interests in the information it seeks to redact.

Accordingly, the Motion is **DENIED**, and it is hereby **ORDERED** that the Clerk of Court shall (1) file on the public docket the version of the FTC's Complaint submitted under seal on October 26th (ECF No. 69) without further redactions and (2) unseal Envision's Motion (ECF No. 74) and exhibits, the Federal Trade Commission's Opposition (ECF No. 81) and exhibits, and any reply.

It is so ORDERED.

SIGNED on November ___, 2023, at Houston, Texas.

                                                                                  _____
                                                                                  Kenneth M. Hoyt
                                                                                  United States District Judge