UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston ▼ | Case Number | 4:23-cv-03560 |
|---|---|---|---|

| Federal Trade Commission |
|---|
| *versus* |
| U.S. Anesthesia Partners, Inc. et al |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | David B. Hennes<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, New York 10036-8704<br>(212) 596-9395; David.Hennes@ropesgray.com<br>New York, Bar No. 2773190<br>U.S. District Court for the Southern District of New York, Bar No.<br>DH5708 |
|---|---|

| Name of party applicant seeks to appear for: | Defendants, Welsh, Carson, Anderson & Stowe XI, L.P., WCAS Associates XI, LLC, Welsh, Carson, Anderson & Stowe XII, L.P., WCAS Associates XII, LLC, WCAS Management Corporation, WCAS Management, L.P., and WCAS Management, LLC |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes __   __   No ___ ✔ __

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 11/8/2023 | Signed: | /s/ David B. Hennes |
|---|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated: | Clerk's signature |

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|

Dated: _____     _____

United States District Judge