| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:23-cv-03560 |
|---|---|---|---|

| Federal Trade Commission |
|---|
| *versus* |
| U.S. Anesthesia Partners, Inc. et al |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Kathryn Caldwell<br>Ropes & Gray LLP<br>Prudential Tower, 800 Boylston Street<br>Boston, MA 02199-3600<br>(617) 951-7335; Kathryn.Caldwell@ropesgray.com<br>Massachusetts, Bar No. 682089<br>U.S. District Court for the District of Massachusetts, Bar No. 682089 |
|---|---|

| Name of party applicant seeks to appear for: | Defendants, Welsh, Carson, Anderson & Stowe XI, L.P., WCAS Associates XI, LLC, Welsh, Carson, Anderson & Stowe XII, L.P., WCAS Associates XII, LLC, WCAS Management Corporation, WCAS Management, L.P., and WCAS Management, LLC |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes __    __ No __ ✓ __

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 11/8/2023 | Signed: | /s/ Kathryn Caldwell |
|---|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

**Order**     **This lawyer is admitted *pro hac vice*.**

Dated: _____     _____
United States District Judge