United States District Court
Southern District of Texas

**ENTERED**

November 09, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT                SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | ▾ | Case Number | 4:23-cv-03560 |
|---|---|---|---|---|

Federal Trade Commission

*versus*

U.S. Anesthesia Partners, Inc. et al

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | David B. Hennes<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, New York 10036-8704<br>(212) 596-9395; David.Hennes@ropesgray.com<br>New York, Bar No. 2773190<br>U.S. District Court for the Southern District of New York, Bar No.<br>DH5708 |
|---|---|

| Name of party applicant seeks to appear for: | Defendants, Welsh, Carson, Anderson & Stowe XI, L.P., WCAS Associates XI, LLC, Welsh, Carson, Anderson & Stowe XII, L.P., WCAS Associates XII, LLC, WCAS Management Corporation, WCAS Management, L.P., and WCAS Management, LLC |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No   ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 11/8/2023 | Signed: | /s/ David B. Hennes |
|---|---|---|

| The state bar reports that the applicant's status is: *active* | | |
|---|---|---|
| Dated: 11/8/2023 | Clerk's signature | |

### Order

Dated: November 9, 2023

**This lawyer is admitted *pro hac vice*.**

United States District Judge