United States District Court
Southern District of Texas
**ENTERED**
November 09, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT　　　SOUTHERN DISTRICT OF TEXAS



# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:23-cv-03560 |
|---|---|---|---|

| Federal Trade Commission |
|---|
| *versus* |
| U.S. Anesthesia Partners, Inc. et al |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Douglas Hallward-Driemeier<br>Ropes & Gray LLP<br>2099 Pennsylvania Avenue, NW<br>Washington, DC 20006-6807<br>(202) 508-4600; douglas.hallward-driemeier@ropesgray.com<br>District of Columbia, Bar No. 994052<br>U.S. District Court of Massachusetts, Bar No. 627643 |
|---|---|

| Name of party applicant seeks to appear for: | Defendants, Welsh, Carson, Anderson & Stowe XI, L.P., WCAS Associates XI, LLC, Welsh, Carson, Anderson & Stowe XII, L.P., WCAS Associates XII, LLC, WCAS Management Corporation, WCAS Management, L.P., and WCAS Management, LLC |
|---|---|

Has applicant been sanctioned by any bar association or court?　Yes _____　No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 11/8/2023 | Signed: | /s/ Douglas Hallward-Driemeier |
|---|---|---|

| The state bar reports that the applicant's status is:　Eligible |
|---|
| Dated: 11/8/2023　　Clerk's signature　　*[signature]* |

**Order**

Dated: November 9, 2023

This lawyer is admitted *pro hac vice*.

*[signature]*

United States District Judge