IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>U.S. ANESTHESIA PARTNERS, INC. et al.,<br><br>Defendants. | Case No. 4:23-cv-03560-KMH |

**[PROPOSED] ORDER GRANTING DEFENDANT U.S. ANESTHESIA PARTNERS, INC.'S UNOPPOSED MOTION TO SEAL**

The Court has considered Defendant U.S. Anesthesia Partners, Inc.'s Unopposed Motion To Seal and the Declaration of Len Wright in Support of the Parties' Joint Motion To Seal Information in Complaint (Dkt. No. 72), and **FINDS** that USAP seeks to redact from its Motion To Dismiss limited information whose competitive sensitivity outweighs the public's presumptive right of access to judicial records. Accordingly, it is hereby **ORDERED** that USAP's Motion To Dismiss shall remain under seal until further order of the Court. The clerk shall retain on the public docket the redacted version of the Motion To Dismiss.

It is so ORDERED.

SIGNED on _____ \_\_, 2023, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge