**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | |
| Plaintiff, | |
| v. | Case No. 4:23-cv-03560-KMH |
| U.S. ANESTHESIA PARTNERS, INC. et al., | |
| Defendants. | |

**[PROPOSED] ORDER GRANTING DEFENDANT U.S. ANESTHESIA
PARTNERS, INC.'S MOTION TO DISMISS**

The Court has considered Defendant U.S. Anesthesia Partners, Inc.'s Motion To Dismiss

the FTC's Complaint (Dkt. No. 97). It is hereby **ORDERED** that the Motion To Dismiss

(Dkt. No. 97) is **GRANTED**.  Accordingly, the FTC's Complaint is **DISMISSED**.

It is so ORDERED.

SIGNED on _____ __, 2023, at Houston, Texas.


_____
Kenneth M. Hoyt
United States District Judge