IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> § Case No. 4:23-cv-03560 <br> U.S. ANESTHESIA PARTNERS, INC., § <br> § <br> and § <br> § <br> WELSH, CARSON, ANDERSON & STOWE XI, § <br> L.P., et al., § <br> § <br> Defendants. § <br> § | |

**[PROPOSED] ORDER**

The Court has considered Defendants Welsh, Carson, Anderson & Stowe XI, L.P., WCAS Associates XI, LLC, Welsh, Carson, Anderson & Stowe XII, L.P., WCAS Associates XII, LLC, WCAS Management Corporation, WCAS Management, L.P., and WCAS Management, LLC's (collectively, the "Welsh Carson entities") Motion to Dismiss and finds that the Motion should be **GRANTED** in its entirety. Accordingly, it is hereby **ORDERED** that all claims against the Welsh Carson entities are **DISMISSED**.

SIGNED at Houston, Texas, on _____ 2024.

_____
KENNETH M. HOYT
UNITED STATES DISTRICT JUDGE