United States District Court
Southern District of Texas
**ENTERED**
November 27, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:23-cv-03560 |
|---|---|---|---|
| | Federal Trade Commission | | |
| | *versus* | | |
| | U.S. Anesthesia Partners, Inc.; Welsh, Carson, Anderson & Stowe XI, L.P.; WCAS Associates XI, LLC; Welsh, Carson, Anderson & Stowe XII, L.P.; WCAS Associates XII, LLC; WCAS Management Corporation; WCAS Management, L.P.; and WCAS Management, LLC. | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Derek C. Reinbold<br>Kellogg, Hansen, Todd, Figel & Frederick P.L.L.C.<br>1615 M. St, N.W., Suite #400<br>Washington, D.C. 20036<br>(202) 326-7926 ; dreinbold@kellogghansen.com<br><br>District of Columbia (Bar No. 1656156); New York (Bar No. 5908140)<br>SCOTUS (Bar No. 319651) |
|---|---|

| Name of party applicant seeks to appear for: | U.S. Anesthesia Partners, Inc. |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No __✓__ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 11/13/2023 | Signed: | /s/ Derek C. Reinbold |
|---|---|---|

| The state bar reports that the applicant's status is:  Active |
|---|
| Dated: 11/21/2023  Clerk's signature |

**Order**

Dated: November 27, 2023

This lawyer is admitted *pro hac vice*.

United States District Judge