UNITED STATES DISTRICT COURT             SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:23-CV-3560 |
|---|---|---|---|

| Federal Trade Commission |
|---|
| *versus* |
| U.S. Anesthesia Partners, Inc. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Noah Joshua Phillips<br>Cravath, Swaine & Moore LLP<br>1601 K Street NW<br>Washington, D.C. 20006<br>202.869.7740, nphillips@cravath.com<br>New York, Bar No. 4374443<br>Eastern District of New York |
|---|---|

| Name of party applicant seeks to appear for: | American Investment Council |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 11/27/2023 | Signed: | /s/ Noah Joshua Phillips |
|---|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:       Clerk's signature |

**Order**                 **This lawyer is admitted *pro hac vice*.**

Dated: _____         _____
                                              United States District Judge