UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>*Plaintiff*,<br><br>v.<br><br>**U.S. ANESTHESIA PARTNERS, INC.**, *et al.*,<br><br>*Defendants*. | Civil Action No.<br>4:23-CV-03560 |

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice that Gregg J. Costa of Gibson, Dunn & Crutcher LLP hereby enters his appearance on behalf of *Amicus Curiae* The American Investment Council ("AIC"). Mr. Costa's contact information is as follows:

> Gregg J. Costa
> GIBSON, DUNN & CRUTCHER LLP
> 811 Main Street, Suite 3000
> Houston, TX 77002-6117
> Telephone:  346.718.6649
> Facsimile:   346.718.6979
> GCosta@gibsondunn.com

Dated:  November 27, 2023                        Respectfully submitted,

>                              */s/ Gregg J. Costa*
>                              **CRAVATH, SWAINE & MOORE LLP**
>                              Benjamin Gruenstein (*pro hac vice* pending)
>                              Noah Joshua Phillips (*pro hac vice* pending)
>                              Worldwide Plaza
>                              825 Eighth Avenue
>                              New York, NY 10019
>                              (212) 474-1000
>                              nphillips@cravath.com
>                              bgruenstein@cravath.com

**GIBSON, DUNN & CRUTCHER LLP**
Gregg J. Costa,
State Bar No. 24028160
Southern District No. 32779
811 Main Street, Suite 3000
Houston, TX 77002
(346) 718-6600
gcosta@gibsondunn.com

Counsel for *Amicus Curiae*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on November 27, 2023, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and all counsel of record will receive an electronic copy via the Court's CM/ECF system.

                                                 /s/ *Gregg J. Costa*
                                                 Gregg J. Costa