UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>*Plaintiff,*<br><br>v.<br><br>**U.S. ANESTHESIA PARTNERS, INC.,** *et al.***,**<br><br>*Defendants.* | Civil Action No.<br>4:23-CV-03560<br><br>**<u>UNOPPOSED</u>** |

**[PROPOSED] ORDER**

The Unopposed Motion of the American Investment Council for Leave to File a Brief as *Amicus Curiae* in Support of Welsh Carson's Motion to Dismiss is hereby GRANTED. The Court GRANTS the American Investment Council *amicus curiae* status and GRANTS its request to file a brief in support of the motion to dismiss filed by Welsh Carson. The Clerk is directed to accept the proposed brief for filing.

IT IS SO ORDERED.

SIGNED this _____ day of _____, 2023

_____

The Honorable Kenneth M. Hoyt
United States District Judge