United States District Court
Southern District of Texas
**ENTERED**
December 28, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:23-CV-3560 |
|---|---|---|---|

| Federal Trade Commission |
|---|
| *versus* |
| U.S. Anesthesia Partners, Inc. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Benjamin Gruenstein<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019-7475<br>212.474.1080, bgruenstein@cravath.com<br>New York, Bar No. 3897758<br>Southern District of New York |
|---|---|

| Name of party applicant seeks to appear for: | American Investment Council |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes _____  No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 11/27/2023 | Signed: | /s/ Benjamin Gruenstein |
|---|---|---|

The state bar reports that the applicant's status is: Active

| Dated: 12/22/2023 | Clerk's signature |
|---|---|

**Order**

Dated: December 28, 2023

This lawyer is admitted *pro hac vice*.

_____
United States District Judge