Case 4:23-cv-03560   Document 113   Filed on 12/28/23 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
December 28, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*



| Division | Houston | Case Number | 4:23-cv-03560 |
|---|---|---|---|

| Federal Trade Commission |
|---|

| *versus* |
|---|
| U.S. ANESTHESIA PARTNERS, INC., WELSH, CARSON, ANDERSON & STOWE XI, L.P., WCAS ASSOCIATES XI, LLC, WELSH, CARSON, ANDERSON & STOWE XII, L.P., WCAS ASSOCIATES XII, LLC, WCAS MANAGEMENT CORPORATION, WCAS MANAGEMENT, L.P., and WCAS MANAGEMENT, LLC |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Perry Lange<br>Wilmer, Cutler, Pickering, Hale & Dorr, LLP<br>2100 Pennsylvania Avenue NW<br>Washington, DC 20037<br>(202) 663-6493, perry.lange@wilmerhale.com<br>District of Columbia 494339 |
|---|---|

| Name of party applicant seeks to appear for: | U.S. ANESTHESIA PARTNERS, INC., WELSH, CARSON, ANDERSON & STOWE XI, L.P., WCAS ASSOCIATES XI, LLC, WELSH, CARSON, ANDERSON & STOWE XII, L.P., WCAS ASSOCIATES XII, LLC, WCAS MANAGEMENT CORPORATION, WCAS MANAGEMENT, L.P., and WCAS MANAGEMENT, LLC |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes ____   No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 11/29/2023 | Signed: *Perry Lange* |
|---|---|

| The state bar reports that the applicant's status is:   Active |
|---|
| Dated: 12/22/2023    Clerk's signature |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: December 28, 2023

_____
United States District Judge