United States District Court
Southern District of Texas
**ENTERED**
December 28, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT       SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:23-cv-03560 |
|---|---|---|---|
| | Federal Trade Commission | | |
| | *versus* | | |
| | U.S. Anesthesia Partners, Inc.; Welsh, Carson, Anderson & Stowe XI, L.P.; WCAS Associates XI, LLC; Welsh, Carson, Anderson & Stowe XII, L.P.; WCAS Associates XII, LLC; WCAS Management Corporation; WCAS Management, L.P.; and WCAS Management, LLC. | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Kyle M. Wood<br>Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.<br>1615 M. St, N.W., Suite# 400<br>Washington, D.C., 20036<br>(202) 367-7806 ; kwood@kellogghansen.com<br>District of Columbia (Bar No. 90012250); Maryland (Bar No. 1912180220); DMD (Bar No. 21371) |
|---|---|

| Name of party applicant seeks to appear for: | U.S. Anesthesia Partners, Inc. |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No __✓__ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 12/7/2023 | Signed: | /s/ Kyle M. Wood |
|---|---|---|

| The state bar reports that the applicant's status is: Active |
|---|
| Dated: 12/22/2023   Clerk's signature  CHou |

| **Order** | This lawyer is admitted *pro hac vice*. |
|---|---|
| Dated: December 28, 2023 | United States District Judge |