United States District Court
Southern District of Texas
**ENTERED**
January 04, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:23-CV-03560 |
| § | |
| U.S. ANESTHESIA PARTNERS, INC., *et al.*, § | |
| § | |
| Defendants. § | |
| § | |

## ORDER

The Unopposed Motion of the American Investment Council for Leave to File a Brief as *Amicus Curiae* in Support of Welsh Carson's Motion to Dismiss (Dkt. No. 107) is hereby GRANTED. The Court GRANTS the American Investment Council *amicus curiae* status and GRANTS its request to file a brief in support of the motion to dismiss filed by Welsh Carson.

The Clerk is directed to accept the proposed brief, attached as Exhibit "A" to their motion for leave, as of the date of this Order.

It is so ORDERED.

SIGNED on January 3, 2024, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge