IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**U.S. ANESTHESIA PARTNERS, INC., et al.,**<br><br>**Defendants.** | Case No.: 4:23-CV-03560-KH |

**[Proposed] Order Denying Defendant U.S. Anesthesia Partners, Inc.'s Motion to Dismiss**

The Court has considered Defendant U.S. Anesthesia Partners, Inc.'s Motion to Dismiss (ECF No. 97) and all related briefs and determines that the motion should be **DENIED**.

IT IS SO ORDERED.

SIGNED on _____ __, 2024, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge