IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**U.S. ANESTHESIA PARTNERS, INC., et al.,**<br><br>**Defendants.** | Case No.: 4:23-CV-03560-KH |

**[Proposed] Order Denying the Welsh Carson Entities'**
**Motion to Dismiss**

The Court has considered Defendants Welsh, Carson, Anderson & Stowe XI, L.P., WCAS Associates XI, LLC, Welsh Carson, Anderson & Stowe XII, L.P., WCAS Associates XII, LLC, WCAS Management Corporation, WCAS Management, L.P., and WCAS Management, LLC's Motion to Dismiss (ECF No. 100) and all related briefs and determines that the motion should be **DENIED**.

IT IS SO ORDERED.

SIGNED on _____ __, 2024, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge