IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | § § § | |
| Plaintiff | § § | |
| v. | § § | Civil Action No. 4:23-cv-03560 |
| | § § § | |
| U.S. ANESTHESIA PARTNERS, INC. ET AL | § § | |
| Defendant | § § § | |

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

Notice is hereby given that the undersigned attorney, David J. Beck is appearing in this matter as additional counsel for Defendant U.S. Anesthesia Partners, Inc. All pleadings, discovery, correspondence, and other materials should be served upon counsel at the address below:

David J. Beck
Beck Redden LLP
1221 McKinney Street, Suite 4500
Houston, Texas 77010-2010
Direct: (713) 951-6209
Fax: (713) 951-3720
dbeck@beckredden.com

Respectfully submitted,

BECK REDDEN LLP

By: */s/ Garrett Brawley*
    David J. Beck
    State Bar No. 00000070
    S.D. Texas No. 16605
    dbeck@beckredden.com
    Garrett Brawley
    State Bar No. 24095812
    S.D. Texas No. 3311277
    gbrawley@beckredden.com
1221 McKinney St., Suite 4500
Houston, Texas  77010-2010
Telephone:  (713) 951-3700
Facsimile:   (713) 951-3720

**ATTORNEYS FOR DEFENDANT
U.S. ANESTHESIA PARTNERS, INC**

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 23, 2024, a true and correct copy of the foregoing was served on all counsel of record by the Court's CM/ECF system in accordance with the Federal Rules of Civil Procedure.

    */s/ Garrett Brawley*
    Garrett Brawley

2