UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Federal Trade Commission

v.    Case Number: 4:23−cv−03560

U.S. Anesthesia Partners, Inc., et al.

NOTICE OF HEARING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SCHEDULED AS SET FORTH BELOW.**

Motion Hearing set for 3/28/2024 at 01:00 AM before Judge Kenneth M Hoyt.

**PLACE**
Courtroom 11A
Houston Division
515 Rusk Avenue
Houston, Texas 77002

Date: March 8, 2024

Nathan Ochsner, Clerk, Clerk
s/ 4 CynthiaHorace, Deputy Clerk