UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Federal Trade Commission

v.                                          Case Number: 4:23−cv−03560

U.S. Anesthesia Partners, Inc., et al.

---

NOTICE OF RESETTING

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

**Before the Honorable**

Kenneth M Hoyt

**PLACE:**
Courtroom 11A
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 3/28/2024

**TIME:** 01:00 PM

**TYPE OF PROCEEDING:** Motion Hearing
Motion to Dismiss – #99
Motion to Dismiss – #100

Date:   March 8, 2024

                                                      Nathan Ochsner, Clerk