UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | ▼ | Case Number | 4:23-cv-03560 |
|---|---|---|---|---|

| Federal Trade Commission |
|---|

| *versus* |
|---|
| U.S. Anesthesia Partners, Inc.; Welsh, Carson, Anderson & Stowe XI, L.P.; WCAS Associates XI, LLC; Welsh, Carson, Anderson & Stowe XII, L.P.; WCAS Associates XII, LLC; WCAS Management Corporation; WCAS Management, L.P.; and WCAS Management, LLC. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | David B. Schwartz<br>Federal Trade Commission<br>600 Pennsylvania Ave, NW<br>Washington, DC 20580<br>(202) 326-3478; dschwartz1@ftc.gov<br>New York Bar No. 4947925 |
|---|---|

| Name of party applicant seeks to appear for: | Federal Trade Commission |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No _X_____

On a separate sheet for each sanction, please supply the full particulars.

| Dated:<br>3/25/2024 | Signed: |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:          Clerk's signature |

| Order |
|---|

**This lawyer is admitted *pro hac vice*.**

Dated: _____          _____
                                                       United States District Judge