Case 4:23-cv-03560 Document 130 Filed on 03/28/24 in TXSD Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
March 29, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:23-cv-03560 |
|---|---|---|---|

| Federal Trade Commission |
|---|
| *versus* |
| U.S. Anesthesia Partners, Inc.; Welsh, Carson, Anderson & Stowe XI, L.P.; WCAS Associates XI, LLC; Welsh, Carson, Anderson & Stowe XII, L.P.; WCAS Associates XII, LLC; WCAS Management Corporation; WCAS Management, L.P.; and WCAS Management, LLC. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | David B. Schwartz<br>Federal Trade Commission<br>600 Pennsylvania Ave, NW<br>Washington, DC 20580<br>(202) 326-3478; dschwartz1@ftc.gov<br>New York Bar No. 4947925 |
|---|---|

| Name of party applicant seeks to appear for: | Federal Trade Commission |
|---|---|

| Has applicant been sanctioned by any bar association or court? Yes _____ No _X_____ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 3/25/2024 | Signed: |
|---|---|

| The state bar reports that the applicant's status is: Active |  |
|---|---|
| Dated: 3/27/2024 | Clerk's signature |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: March 28, 2024

United States District Judge