UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Federal Trade Commission

v.                                                  Case Number: 4:23–cv–03560

U.S. Anesthesia Partners, Inc., et al.

NOTICE OF RESETTING

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

**Before the Honorable**

Kenneth M Hoyt

**PLACE:**
Courtroom 11A
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 4/8/2024

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Motion Hearing
Motion to Dismiss – #99
Motion to Dismiss – #100

Date:   April 2, 2024

Nathan Ochsner, Clerk