| AO 435<br>(Rev. 04/18)<br><br>*Please Read Instructions:* | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS<br><br>**TRANSCRIPT ORDER** | | FOR COURT USE ONLY<br><br>DUE DATE: | |
|---|---|---|---|---|
| 1. NAME<br>Steven Vacek | | 2. PHONE NUMBER<br>(713) 632-8061 | 3. DATE<br>4/8/2024 | |
| 4. DELIVERY ADDRESS OR EMAIL<br>svacek@yettercoleman.com | | 5. CITY<br>Houston | 6. STATE<br>TX | 7. ZIP CODE<br>77002 |
| 8. CASE NUMBER<br>4:23-cv-03560 | 9. JUDGE<br>Hoyt | DATES OF PROCEEDINGS | | |
| | | 10. FROM 4/8/2024 | 11. TO 4/8/2024 | |
| 12. CASE NAME<br>FTC v. U.S. Anesthesia Partners, Inc., et al. | | LOCATION OF PROCEEDINGS | | |
| | | 13. CITY Houston | 14. STATE Texas | |
| 15. ORDER FOR<br>☐ APPEAL<br>☐ NON-APPEAL | ☐ CRIMINAL<br>☒ CIVIL | ☐ CRIMINAL JUSTICE ACT<br>☐ IN FORMA PAUPERIS | ☐ BANKRUPTCY<br>☐ OTHER | |

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify)<br>Hearing re Motions to Dismiss | 4/8/2024 |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

United States Courts
Southern District of Texas
FILED
APR 08 2024
Nathan Ochsner, Clerk of Court

17. ORDER

| CATEGORY | ORIGINAL<br>(Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☒ | ☐ | NO. OF COPIES | | |
| 3-Day | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

| CERTIFICATION (18. & 19.)<br>By signing below, I certify that I will pay all charges<br>(deposit plus additional). | ESTIMATE TOTAL | 0.00 |
|---|---|---|
| 18. SIGNATURE<br>/s/ Steven Vacek | PROCESSED BY | |
| 19. DATE<br>4/8/2024 | PHONE NUMBER | |

| TRANSCRIPT TO BE PREPARED BY | | | COURT ADDRESS | |
|---|---|---|---|---|
| | DATE | BY | | |
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED<br>TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION:    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY