IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>U.S. ANESTHESIA PARTNERS, INC., et al.,<br><br>Defendants. | Case No.: 4:23-CV-03560-KH |

**Declaration in Support of Plaintiff Federal Trade Commission's Motion for Entry of Protective Order**

I, Michael J. Arin, declare as follows:

1. I am an attorney licensed to practice in the state of California and admitted *pro hac vice* representing the Plaintiff Federal Trade Commission in the above-captioned matter.

2. I submit this declaration in support of the Federal Trade Commission's Motion for Entry of Protective Order.

3. Attached hereto as Exhibit A is a true and correct copy of the LinkedIn profile of Ki'Jhana Friday, U.S. Anesthesia Partner's Deputy General Counsel, at the website https://www.linkedin.com/in/kfriday accessed on May 9, 2024.

4. Attached hereto as Exhibit B is a true and correct copy of the public Welsh, Carson, Anderson & Stowe profile of Othon Prounis at the website www.wcas.com/firm/team/othon-prounis accessed on May 9, 2024.

1

5. Attached hereto as Exhibit C is a true and correct copy of the printer-friendly version of the public Ropes & Gray profile of Othon Prounis at the website https://www.ropesgray.com/en/people/p/othon-a-prounis accessed on May 9, 2024.

6. Attached hereto as Exhibit D is a true and correct copy of the public website https://www.wcas.com/healthcare/companies accessed on May 9, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 9, 2024

*/s/ Michael J. Arin*
Michael J. Arin (*Pro Hac Vice*)

600 Pennsylvania Avenue, N.W.
Washington, DC 20580
Tel: (202) 326-3531
Email: marin@ftc.gov

*Counsel for Plaintiff Federal Trade Commission*