# EXHIBIT A

to Arin Declaration in Support of Plaintiff Federal Trade Commission's Motion for Entry of Protective Order



in Articles People Learning Jobs Get the app

# Ki'Jhana Friday

Vice President, Deputy General Counsel at US Anesthesia Partners

Dallas, Texas, United States · Contact Info

2K followers · 500+ connections

See your mutual connections

Join to view profile

Message

US Anesthesia Partners

Cornell Law School

## About

Ki'Jhana Friday serves as Deputy General Counsel (Corporate Litigation & Privacy) at U.S. Anesthesia Partners (USAP), the highest quality anesthesia practice in the United States with nearly 4,500 clinical providers performing over 2 million cases annually at more than 700 facilities nationwide. Ms. Friday is known for her creative yet pragmatic approach to problem solving and strong leadership.

At USAP, Ms. Friday provides key guidance on corporate strategies to USAP's executive leadership team along with critical support to USAP's national legislative efforts. She also advises on a host of

legal issues and corporate governance matters for each of USAP's Clinical Governance Boards, spanning fourteen states and the District of Columbia.

Ms. Friday oversees all corporate litigation with specific expertise in complex commercial matters including federal and state appeals. Ms. Friday also manages all legal and compliance matters related to the areas of labor and employment, privacy, and data security.

In addition to degrees from Cornell Law School and Pepperdine University, Ms. Friday has completed the elite McKinsey Executive Leadership Program for Black executives. The McKinsey program convenes senior executives from across leading organizations for a transformational journey to evolve their personal leadership skills, build the critical capabilities required to drive performance in today's constantly evolving environment and cultivate an exclusive network of peers.

## Experience



**US Anesthesia Partners**
5 years 4 months

**Deputy General Counsel**
Feb 2021 - Present · 3 years 4 months
Dallas, Texas, United States

**Vice President, Associate General Counsel**
Feb 2019 - Feb 2021 · 2 years 1 month
Dallas/Fort Worth Area



**Associate General Counsel**
Pepperdine University
Jun 2016 - Feb 2019 · 2 years 9 months
Malibu, CA

### Associate
Ogletree Deakins

Oct 2013 - May 2016 · 2 years 8 months

Greater Los Angeles Area

### Associate
Kaufman Dolowich Voluck & Gonzo LLP

Oct 2012 - Oct 2013 · 1 year 1 month

Los Angeles, CA

### Graduate Fellow
Hon. Stephen Reinhardt, U.S. Court of Appeals for Ninth Circuit

Jul 2012 - Nov 2012 · 5 months

Greater Los Angeles Area

### Summer Associate
Paul Hastings LLP

May 2011 - Jul 2011 · 3 months

Greater Los Angeles Area

### Execuitve Office Law Clerk
California Department of Justice

2011 - 2011 · less than a year

### Extern
Hon. Ronald S.W. Lew, U.S. District Court for Central Dist. of CA

May 2010 - Aug 2010 · 4 months

Greater Los Angeles Area

**Undergraduate Associate – International Labor Standards – North America Regional Compliance**
The Walt Disney Company
Feb 2008 - Jul 2009 · 1 year 6 months

**CBCF Wal-Mart Emerging Leader**
Congressional Black Caucus Foundation
Aug 2007 - Jan 2008 · 6 months

**House Committee on the Judiciary Intern**
U.S. House of Representatives
Aug 2007 - Jan 2008 · 6 months

**Facilities & Engineering Administrative Assistant**
BP
May 2006 - Aug 2006 · 4 months

**Internal Communication Specialist**
BP
Jun 2005 - Aug 2005 · 3 months

# Education

### Cornell Law School
Juris Doctor

### Cornell University
Labor and Industrial Relations

Activities and Societies: Alternative Dispute Resolution, Mediation and Arbitration in Law Practice, Labor Arbitration Practicum

### Pepperdine University
Political Science; International Relations (cum laude) · with distinguished honors

Activities and Societies: Bill & Melinda Gates Foundation "Millennium Gates" Full-ride Scholarship Recipient

# Honors & Awards

### McKinsey - Black Executive Leadership Program
-
Sep 2020

McKinsey's Black Executive Leadership Program convenes senior Black executives from across leading organizations for a transformational journey to evolve their personal leadership skills, build the critical capabilities required to drive performance in today's constantly evolving environment and cultivate an exclusive network of peers.

### 2020 Leadership Council on Legal Diversity (LCLD) Fellow

Feb 2020

Launched in 2011, LCLD's landmark Fellows Program works by identifying high potential attorneys from diverse backgrounds and setting them on the path to leadership of their organizations. LCLD's goal is to produce a generation of attorneys with strong leadership and relationship skills who are committed to fostering diversity within their individual institutions and the profession at large.

## Organizations

**Congressional Black Caucus Foundation, Alumni Association**

VP, Board of Directors ('13 - '15)

Dec 2012 - Dec 2015

## View Ki'Jhana's full profile

- See who you know in common
- Get introduced
- Contact Ki'Jhana directly

Join to view full profile

## Sign in

Stay updated on your professional world

Sign in

By clicking Continue to join or sign in, you agree to LinkedIn's **User Agreement**, **Privacy Policy**, and **Cookie Policy**.

 Continue with Google

## Other similar profiles

**Heather White**

Head of Global Employment Law, Litigation and Investigations

Charlotte, NC

 Connect

**Ellen Fleischmann**

Corporate Counsel at US Anesthesia Partners

Mansfield, TX

 Connect

**Tom Methvin**

Dallas, TX

 Connect

**Dean Brazier, Jr.**

Charlotte, NC

 Connect

**Amber Duncan**

Partner at Williams Mullen

Charlotte, NC

 Connect

**Dale Flowers**

Dallas, TX

 Connect

**Paul Adams**

Senior Vice President at U.S. Anesthesia Partners

Dallas, TX

 Connect

**Roxanne Sayklay**

Dallas-Fort Worth Metroplex

 Connect

**Brian McCullough**

Franklin, TN

 Connect

**Michal Rogson**

Vice President at Skyward Specialty Insurance

Los Angeles, CA

 Connect

## Explore collaborative articles

We're unlocking community knowledge in a new way. Experts add insights directly into each article, started with the help of AI.

**Explore More**

## Add new skills with these courses

**1h 44m**  Certified Information Privacy Manager (CIPM) Cert Prep: 1 Privacy Program Development

**56m**  Business Law for Managers

**41m**  Biometrics: Security and Privacy Considerations

See all courses

© 2024                                        About

Accessibility                                  User Agreement

Privacy Policy                                 Your California Privacy Choices

| | |
|---|---|
| Cookie Policy | Copyright Policy |
| Brand Policy | Guest Controls |
| Community Guidelines | Language |