# EXHIBIT B

to Arin Declaration in Support of Plaintiff Federal Trade Commission's Motion for Entry of Protective Order



# Othon Prounis
## Acting General Counsel

Mr. Prounis serves as WCAS's Acting General Counsel, having started in July 2022. Mr. Prounis is a partner in the corporate department of a large global law firm, where he served on the firm's management committee from 2008-2021 and was head of its private equity transactions practice from 2003-2008. Mr. Prounis's law practice focuses primarily on leveraged buyouts and mergers and acquisitions transactions for private equity funds and their portfolio companies. He has been recognized as a leading private equity lawyer by Chambers USA, Chambers Global, The Best Lawyers in America, Legal 500 and New York Super Lawyers.

## Education

Columbia University School of Law — J.D.
Columbia University — A.B.



New York Office