# EXHIBIT C

to Arin Declaration in Support of Plaintiff Federal Trade Commission's Motion for Entry of Protective Order



## Othon A. Prounis
PARTNER

**New York**
T: +1 212 841 5785
F: +1 646 728 1513
Othon.Prounis@ropesgray.com

Othon Prounis is a partner in Ropes & Gray's corporate department and a former member of the Policy Committee, which is the firm's managing body. From 2003 to 2008, Othon was co-head of the firm's private equity transactions practice.

Othon concentrates in leveraged buyouts and mergers and acquisitions primarily for private equity funds and their portfolio companies. Representative clients include Welsh Carson Anderson & Stowe, Ontario Teachers' Pension Plan, Silver Lake Partners, Metalmark Capital and the New York City Investment Fund. Othon also has extensive experience representing companies in the healthcare services and technology sectors.

### Education

JD, Columbia Law School, 1986

AB, Columbia College, 1983

### Admissions

New York, 1987

## Publications

- Co-author, "Mind your step! Avoiding the legal pitfalls of being an operating partner," *Operating Partner in Private Equity, Volume 2* (Private Equity International, June 2015)

## Awards

- *Legal 500* (2013-2018)
- *Best Lawyers in America* (2006-2014, 2016-2024)
- *Chambers Global: The World's Leading Lawyers for Business* (2004-2005, 2009-2021)
- *Chambers USA: America's Leading Lawyers for Business* (2004-2021)
- *New York Super Lawyers* (2007, 2010-2021)
- *PLC Which Lawyer* (2010-2011)

## Professional & Civic Activities

# Prounis, Othon A.  PARTNER

- Faculty Member, PLI Institute on Securities Regulation (2006)
- Trustee, Lenox Hill Neighborhood House

## Memberships & Affiliations

- American Bar Association