# EXHIBIT D

to Arin Declaration in Support of Plaintiff Federal Trade Commission's Motion for Entry of Protective Order

LP Investor Portal

  Firm    Healthcare    Technology

HEALTHCARE  >  COMPANIES

# Four decades of building leading healthcare companies




| Company | Status |
|---|---|
| Abzena | Current |
| Accuro | Past |
| AGA Medical | Past |

| | |
|---|---|
| AmeriPath | Past |
| Aptuit | Past |
| Ardent Health Services | Past |
| Bausch & Lomb | Past |
| CareSource Management Services | Past |
| Concentra | Past |
| Emerus | Current |
| EnableComp | Current |
| GetWellNetwork | Past |
| Hawk Medical | Past |
| InnovAge | Current |
| K2M | Past |
| Kindred at Home | Past |
| Kindred Healthcare | Past |
| Kiniciti | Current |

| | |
|---|---|
| LabOne | Past |
| Leiters | Current |
| LIBERTY Dental Plan | Current |
| Magella (Pediatrix Medical Group) | Past |
| Matrix Medical Network | Past |
| MedAssets America | Past |
| MedCath | Past |
| MedE America | Past |
| MemberHealth | Past |
| MMIT | Past |
| MultiPlan | Past |
| naviHealth | Past |
| Norstella | Current |
| Onward Healthcare | Past |
| Owl Practice Suite | Current |
| Quorum Health Group | Past |

| | |
|---|---|
| Renal Advantage | Past |
| Select Medical | Past |
| Shields Health Solutions | Past |
| Solstas Lab Partners | Past |
| Springstone | Past |
| United Musculoskeletal Partners | Current |
| United Surgical Partners International | Past |
| Universal American | Past |
| US Acute Care Solutions | Past |
| US Anesthesia Partners | Current |
| US Oncology | Past |
| US Radiology Specialists | Current |
| WCAS VBC Holdco, LP | Current |
| WCAS XIII Primary Care Investors, LP | Current |
| WCAS XIV Primary Care Investors, LP | Current |
| WCAS XIV VBC Holdings, LP | Current |

| | |
|---|---|
| Westminster Healthcare | Past |

Investments listed represent a selection of current and past portfolio companies of WCAS Partnerships in the industry sub sectors in which WCAS currently seeks to invest. For a full list of transactions executed by WCAS Partnerships, please see Historical Investments.



### New York

599 Lexington Ave.
Suite 1800
New York, NY, 10022
+1 (212) 893-9500

### San Francisco

580 California St.
Suite 1700
San Francisco, CA, 94104
+1 (415) 375-4110

Limited Partner Login
Historical Investments

Terms of Use
Site Map
© 1996 2024
Welsh, Carson, Anderson, and Stowe.
All Rights Reserved. A FINE Site.