# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>U.S. ANESTHESIA PARTNERS, INC., et al.<br><br>Defendants. | Case No.: 4:23-CV-03560-KH |

### DECLARATION OF KI'JHANA FRIDAY

I, Ki'Jhana Friday, under penalty of perjury pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The evidence set out in this Declaration is based upon my personal knowledge.

2. I am currently the Vice President, Deputy General Counsel of U.S. Anesthesia Partners, Inc. ("USAP"). I have held that position since February 2021. I served as Vice President, Associate General Counsel for two years before assuming my current role. Before joining USAP, I was Associate General Counsel at a private university in California for approximately three years; before that, I worked as an associate in private practice for about three years.

3. In my current role, I report directly to USAP's General Counsel, Greg Stevens. I have been one of the in-house counsel staffed to this matter since the investigation, beginning in 2020 and up through today.

4. I understand that the FTC seeks to prevent me from having access to any "Highly Confidential Material," as that term is defined in the proposed Protective Order.

In my role as Vice President, Deputy General Counsel, I advise the USAP Board of Directors and Executive Team on strategic matters but only to the extent that such matters pertain to contemplated, threatened, or ongoing litigation. I also advise USAP's Clinical Governance Boards—which are the individual governing bodies of USAP's physician-partners in the different locations in which USAP operates—on corporate governance matters and certain litigation-related issues. I also regularly provide legal advice as it relates to employment issues. For instance, I work to craft employment agreements for the physicians and certified registered nurse anesthetists ("CRNAs") who join USAP and analyze state employment law issues that may arise. In the course of offering this advice, I do not negotiate any business terms on USAP's behalf, be it in acquiring new practices, recruiting new clinicians to join USAP, or otherwise.

    5.  I do not regularly advise the Board, the Executive Team, or Clinical Governance Boards on litigation involving commercial insurers or involving hospitals or ambulatory surgical centers. Instead, my practice within USAP primarily relates to disputes involving both former and current employees.

    6.  This would not be the first time that I would be provided access to Highly Confidential Material in litigation. In 2020, USAP of Texas arbitrated a dispute against UnitedHealthcare. *See* Dkt. No. 69 ¶¶ 316-18. During that proceeding, I was one of the USAP in-house counsel given access to competitively sensitive information that was designated as "Highly Confidential – Attorneys' Eyes Only" under the operative protective order. I signed a non-disclosure agreement making clear that I could be punished for disclosing any of that protected information. Since serving as that strategic liaison for that arbitration, my work with USAP has not led me to disclose (inadvertently or otherwise) any competitively sensitive information that I accessed during that arbitration.

7.	If granted access to both Confidential and Highly Confidential Material in this matter, I would be better able to assist our outside counsel in defending this action. I affirm that, prior to accessing any Confidential or Highly Confidential Material, I would execute the Agreement To Be Bound By Protective Order, attached to the current proposed Protective Order as Appendix A. Finally, I will comply with all applicable obligations under both the Protective Order and the Rules of Professional Conduct.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 14, 2024  
Dallas, Texas

/s/ *Ki'Jhana Friday*  
Ki'Jhana Friday  
Vice President, Deputy General Counsel  
U.S. Anesthesia Partners, Inc.