IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>U.S. ANESTHESIA PARTNERS, INC., et al.<br><br>Defendants. | Case No.: 4:23-CV-03560-KH |

**Second Declaration in Support of Plaintiff Federal Trade Commission's
Motion for Entry of Protective Order**

I, Michael J. Arin, declare as follows:

1. I am an attorney licensed to practice in the state of California and admitted *pro hac vice* representing the Plaintiff Federal Trade Commission in the above-captioned matter.

2. I submit this declaration in support of the FTC's Motion for Entry of Protective Order.

3. Attached hereto as Exhibit E is a true and correct copy of U.S. Anesthesia Partners of Texas, P.A.'s first amended petition filed on August 22, 2023, in *U.S. Anesthesia Partners of Texas, P.A. v. Conlin et al.*, No. DC-22-15482 (Tex. Dist. Ct. Dallas Cty.).

4. Attached hereto as Exhibit F is a true and correct copy of Defendant U.S. Anesthesia Partners, Inc.'s Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(1).

5. Attached hereto as Exhibit G is a true and correct redline comparing the FTC's Revised Proposed Protective Order with its original Proposed Protective Order (ECF No. 144-1).

I declare under penalty of perjury that the foregoing is true and correct.

1

Dated: May 17, 2024

/s/ *Michael J. Arin*
Michael J. Arin (*Pro Hac Vice*)

600 Pennsylvania Avenue, N.W.
Washington, DC 20580
Tel: (202) 326-3531
Email: marin@ftc.gov

*Counsel for Plaintiff Federal Trade Commission*