IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>U.S. ANESTHESIA PARTNERS, INC., et al.<br><br>Defendants. | Case No.: 4:23-CV-03560-KH |

**[PROPOSED] ORDER GRANTING DEFENDANT U.S. ANESTHESIA PARTNERS, INC.'S UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR FILING ITS ANSWER**

The Court has considered Defendant U.S. Anesthesia Partners, Inc.'s Unopposed Motion To Extend the Deadline for Filing Its Answer. For good cause shown, it is hereby **ORDERED** that the motion is **GRANTED**. The deadline for USAP to file its Answer is extended to Monday, June 17, 2024.

It is so ORDERED.

SIGNED on _____, 2024, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge