United States District Court
Southern District of Texas
**ENTERED**
May 28, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:23-CV-03560 |
| U.S. ANESTHESIA PARTNERS, INC., *et al.*, | § | |
| Defendants. | § | |

**ORDER GRANTING DEFENDANT ANESTHESIA PARTNERS, INC.'S UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR FILING ITS ANSWER**

The Court has considered defendant U.S. Anesthesia Partners, Inc.'s unopposed motion to extend the deadline for filing its answer (Dkt. No. 150). For good cause shown, it is hereby **ORDERED** that the motion is **GRANTED**. The deadline for USAP to file its answer is extended to Monday, June 17, 2024.

It is so ORDERED.

SIGNED on May 28, 2024, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge