IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> U.S. ANESTHESIA PARTNERS, INC., et al. <br><br> Defendants. | Case No.: 4:23-CV-03560-KH |

**[PROPOSED] ORDER GRANTING DEFENDANT U.S. ANESTHESIA PARTNERS, INC.'S MOTION FOR STAY PENDING INTERLOCUTORY APPEAL**

For the reasons set forth in Defendant U.S. Anesthesia Partners, Inc.'s Motion To Stay Pending Interlocutory Appeal, the Court confirms that this action is **STAYED** and all deadlines and hearings are **VACATED**.

It is so **ORDERED.**

SIGNED ON _____, in Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge