IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>U.S. ANESTHESIA PARTNERS, INC. *et al.*,<br><br>Defendants. | Case No.: 4:23-CV-03560-KH |

**Notice of Withdrawal as Counsel of Record**

David B. Schwartz hereby informs the Court that he is leaving the Federal Trade Commission as of June 21, 2024 and, therefore, will no longer be representing the Federal Trade Commission as of that date. The Federal Trade Commission will continue to be represented by Brad Albert, Michael Arin, Daniel Butrymowicz, Dylan Herts, Timothy Kamal-Grayson, Patrick Kennedy, Eric Sprague, Leah Hubinger, Garth Huston, Kara Monahan, and Neal Perlman. Therefore, please remove the undersigned as counsel of record in this matter.

Dated: June 17, 2024

Respectfully submitted,

/s/   David B. Schwartz
David B. Schwartz
NY Bar No. 4947925
Federal Trade Commission
600 Pennsylvania Ave, NW
Washington, DC 20580
Tel: (202) 326-3748
dschwartz1@ftc.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I caused the foregoing Notice of Withdrawal as Counsel of Record to be served on all counsel of record using the ECF system of the United States District Court for the Southern District of Texas.

Dated: June 21, 2024

/s/   *David B. Schwartz*
David B. Schwartz