# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> U.S. ANESTHESIA PARTNERS, INC., *et al.*, <br><br> Defendants. | Case No.: 4:23-CV-03560-KH |

### [PROPOSED] ORDER DENYING DEFENDANT U.S. ANESTHESIA PARTNERS, INC.'S MOTION FOR STAY PENDING INTERLOCUTORY APPEAL

The Court has considered Defendant U.S. Anesthesia Partners, Inc.'s Motion for Stay Pending Interlocutory Appeal (ECF No. 155) and all related briefs and determined that the motion should be **DENIED**.

It is so ORDERED.

SIGNED on July ___, 2024, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge