IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Federal Trade Commission, | Civil Action No. 4:23-CV-03560 |
| Plaintiff, | |
| v. | |
| U.S. Anesthesia Partners, Inc., *et al.* | |
| Defendant. | |

### NOTICE OF WITHDRAWAL OF COUNSEL

Amanda Wait, formerly of Norton Rose Fulbright US LLP and now of DLA Piper LLP (US), hereby informs the Court that non-party Envision Healthcare Corporation is no longer in existence following a bankruptcy proceeding, and therefore she will no longer be representing Envision Healthcare Corporation. Please remove Ms. Wait as counsel of record for Envision Healthcare Corporation. Filed concurrently with this Notice of Withdrawal of Counsel is Amanda Wait's Notice of Appearance on behalf of Envision Physician Services LLC.

Dated: July 5, 2024

Respectfully submitted,

**DLA PIPER LLP (US)**

By: */s/ Amanda Wait*
Amanda Wait (DC Bar #982117)
*(Pro Hac Vice)*
amanda.wait@us.dlapiper.com

500 Eighth Street, NW
Washington, DC  20004
Telephone:      202.799.4110
Facsimile:      202.340.3398

**Attorneys for Non-Party Envision Physician Services LLC**

1

- 2 -

**Certificate of Service**

    I hereby certify that on July 5, 2024, a true and correct copy of the foregoing was served on all counsel of record by the Court's CM/ECF system in accordance with the Federal Rules of Civil Procedure.

    */s/ Amanda Wait*
    Amanda Wait