IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Federal Trade Commission, | Civil Action No. 4:23-CV-03560 |
| Plaintiff, | |
| v. | |
| U.S. Anesthesia Partners, Inc., *et al.* | |
| Defendant. | |

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice that Amanda Wait of DLA Piper LLP (US) hereby enters an appearance on behalf of non-party Envision Physician Services LLC. All pleadings, discovery, correspondence, and other materials should be served upon counsel at the address below.

Dated: July 5, 2024

Respectfully submitted,

**DLA PIPER LLP (US)**

By: */s/ Amanda Wait*
Amanda Wait (DC Bar #982117)
*(Pro Hac Vice)*
amanda.wait@us.dlapiper.com

500 Eighth Street, NW
Washington, DC 20004
Telephone:  202.799.4110
Facsimile:  202.340.3398

**Attorneys for Non-Party Envision Physician Services LLC**

1611241135

## Certificate of Service

    I hereby certify that on July 5, 2024, a true and correct copy of the foregoing was served on all counsel of record by the Court's CM/ECF system in accordance with the Federal Rules of Civil Procedure.

    */s/ Amanda Wait*
    Amanda Wait