UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | § § § § | |
| Plaintiff, | | |
| VS. | § § § | CIVIL ACTION NO. 4:23-CV-03560 |
| U.S. ANESTHESIA PARTNERS, INC., *et al.*, | § § § § § § | |
| Defendants. | | |

## NOTICE OF WITHDRAWAL OF COUNSEL

Gary Y. Gould of the firm Norton Rose Fulbright US LLP hereby files this Notice of Withdrawal of Counsel in connection with the representation of non-party Envision Healthcare Corporation in the above-captioned matter. Envision Healthcare Corporation is no longer in existence following a bankruptcy proceeding, and therefore Mr. Gould will no longer be representing Envision Healthcare Corporation. Mr. Gould respectfully requests that he be removed as counsel of record for Envision Healthcare Corporation in this matter.

- 2 -

Dated: July 8, 2024

Respectfully submitted,

*/s/ Gary Y. Gould*
Gary Y. Gould
State Bar No. 24104995
S.D. Texas Bar No. 3325232
gary.gould@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
1550 Lamar Street, Suite 2000
Houston, Texas  77010-4016
Telephone: (713) 651-5151
Facsimile: (713) 651-5246

- 3 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 8, 2024 I caused the foregoing to be filed using the Court's CM/ECF system, causing counsel for all parties to be notified of this filing.

*/s/ Gary Y. Gould*
Gary Y. Gould