# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>U.S. ANESTHESIA PARTNERS, INC., *et al.*,<br><br>Defendants. | Case No.: **4:23-CV-03560-KH** |

### Joint Motion for Entry of Stipulated ESI Protocol

Plaintiff Federal Trade Commission ("FTC") and Defendant U.S. Anesthesia Partners, Inc. have agreed to a mutually acceptable protocol governing the production of electronically stored information. The parties respectfully request that the Court enter the attached proposed order (Exhibit A) as stipulated.

Date: September 13, 2024

*/s/ Timothy Kamal-Grayson*
Timothy Kamal-Grayson (*Pro Hac Vice*)
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
Tel: (202) 326-3369
Email: tkamalgrayson@ftc.gov

*Counsel for Plaintiff Federal Trade Commission*

Respectfully submitted,

*/s/ Kenneth M. Fetterman*
Kenneth M. Fetterman (*Pro Hac Vice*)
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, PLLC
1615 M Street N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
Email: kfetterman@kellogghansen.com

*Counsel for Defendant U.S. Anesthesia Partners, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I caused the foregoing Joint Motion for Entry of Stipulated ESI Protocol and attached proposed order to be served on all counsel of record using the ECF system of the United States District Court for the Southern District of Texas.

Dated: September 13, 2024

                                                  */s/ Timothy Kamal-Grayson*