IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>U.S. ANESTHESIA PARTNERS, INC., *et al.*,<br><br>Defendants. | Case No.: 4:23-CV-03560-KH |

**Joint Motion to Amend Order Setting Scheduling**

On May 1, 2024, the Court entered its Order Setting Scheduling, ECF No. 143, adopting with modifications the parties' proposed plan, ECF No. 132. Plaintiff Federal Trade Commission and Defendant U.S. Anesthesia Partners, Inc. have met and conferred and, to avoid additional disputes, to accommodate the expected voluminous document discovery, and to facilitate orderly deposition and expert discovery, respectfully submit that good cause exists to amend the schedule as set forth in the table below. This schedule is reflected in the attached proposed order.

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Initial Disclosures | May 13, 2024 | May 13, 2024 |
| Discovery Opens | May 13, 2024 | May 13, 2024 |
| Substantial Completion of Document Production in Response to First Set of Requests for Production | n/a | December 16, 2024 |
| Fact Discovery Closes | April 30, 2025 | April 30, 2025 |
| Initial Expert Reports | January 31, 2025 | June 25, 2025 |
| Rebuttal Expert Reports | February 28, 2025 | August 20, 2025 |
| Reply Expert Reports | n/a | October 1, 2025 |
| Close of Expert Discovery | April 30, 2025 | October 22, 2025 |
| Dispositive Motions | April 30, 2025 | December 5, 2025 |
| Oppositions | May 30, 2025 | January 20, 2026 |
| Replies | June 9, 2025 | February 19, 2026 |
| Docket Call | September 8, 2025, at 11:30 am | May 20, 2026, at 11:30 am |

The parties are available should the Court have any questions or require additional information.

Date: September 13, 2024

*/s/ Timothy Kamal-Grayson*
Timothy Kamal-Grayson (*Pro Hac Vice*)
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
Tel: (202) 326-3369
Email: tkamalgrayson@ftc.gov

*Counsel for Plaintiff Federal Trade Commission*

Respectfully submitted,

*/s/ Kenneth M. Fetterman*
David J. Beck (TX Bar No. 00000070)
  (Federal I.D. No. 16605)
BECK REDDEN LLP
1221 McKinney Street, Suite 4500
Houston, TX 77010
Tel: (713) 951-3700
Fax: (713) 951-3720
dbeck@beckredden.com

Kenneth M. Fetterman (*Pro Hac Vice*)
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, PLLC
1615 M Street N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
Email: kfetterman@kellogghansen.com

*Counsel for Defendant U.S. Anesthesia Partners, Inc.*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this day, I caused the foregoing Joint Motion to Amend Order Setting Scheduling and attached proposed order to be served on all counsel of record using the ECF system of the United States District Court for the Southern District of Texas.

Dated: September 13, 2024

                                                            */s/ Timothy Kamal-Grayson*