Case 4:23-cv-03560   Document 171   Filed on 09/26/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
September 26, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:23-CV-3560 |
|---|---|---|---|

| Federal Trade Commission |
|---|
| *versus* |
| U.S. Anesthesia Partners, Inc. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Nicolas Stebinger<br>Federal Trade Commission<br>600 Pennsylvania Avenue NW<br>Washington, DC 20580<br>(202) 326-2688, nstebinger@ftc.gov<br>FL (115172), NY (4941464), DC (984080)<br>S.D. Fla. (115172), S.D.N.Y. |
|---|---|

| Name of party applicant seeks to appear for: | Federal Trade Commission |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No __✔__ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 9/23/2024 | Signed: | /s/ Nicolas Stebinger |
|---|---|---|

| The state bar reports that the applicant's status is: Active | | |
|---|---|---|
| Dated: 9/25/2024 | Clerk's signature | [signature] |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: September 26, 2024

_____
United States District Judge