United States District Court
Southern District of Texas
**ENTERED**
October 03, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.

U.S. ANESTHESIA PARTNERS, INC., *et al.*,

    Defendants.

Case No.: 4:23-CV-03560-KH

**First Amended Scheduling Order**

This scheduling order restates, amends, and supersedes the Court's Order Setting Scheduling, ECF No. 143.

a) Initial disclosures are due on or before May 13, 2024.

b) Discovery otherwise begins on or after May 13, 2024.

c) The parties agree on the handling of electronically stored information, privileged information and a privilege log, if necessary.

d) The parties agree to limitations as it relates to interrogatories, admissions, productions.

e) The parties shall substantially complete document productions in response to each side's May requests for production by December 16, 2024.

f) Fact discovery closes April 30, 2025.

g) The party bearing a burden on an issue must designate its expert and provide the expert's initial report on or before June 25, 2025. A party may designate a rebuttal expert and provide a report solely to contradict or rebut an initial report on or before by August 20, 2025. A party's expert may reply to a rebuttal report on or before October 1, 2025. By

1

submitting a report on or before June 25, 2025, the party does not concede it bears the burden on an issue. Expert discovery closes October 22, 2025.

h) Expedited responses are required on all pretrial motions.

i) Discovery may be extended by agreement of the parties without Court intervention so long as the dispositive motion deadline and docket call dates are not changed without leave of Court.

j) Dispositive motions must be filed on or before December 5, 2025; responses are due January 20, 2026; replies are due February 19, 2026. No sur-replies are permitted.

k) Docket call is set May 20, 2026, at 11:30 a.m. to be finalized by separate order.

**IT IS SO ORDERED.**

SIGNED on October 3, 2024 at Houston, Texas.

Kenneth M. Hoyt
United States District Judge