# EXHIBIT C

**From:** Fetterman, Kenneth M. <kfetterman@kellogghansen.com>
**Sent:** Tuesday, October 8, 2024 1:46 PM
**To:** Kennedy, Carol Y. <Carol.Kennedy@wilsonelser.com>
**Cc:** Lutton, Jenifer <Jenifer.Lutton@wilsonelser.com>; Reinbold, Derek C. <dreinbold@kellogghansen.com>
**Subject:** RE: [EXTERNAL] RE: FTC v. US Anesthesia Partners // Subpoena to Horizon Medical Center

**EXTERNAL EMAIL** This email originated from outside the organization.

Thanks, Carol.

In addition to understanding whether conflicts have cleared and you represent Horizon Medical Center in connection with USAP's subpoena, it would be helpful for us to understand what you believe was improper about service by USAP, given you have indicated service by the FTC was proper, and even though both appear to have been served in identical methods.

I have copied my colleague Derek Reinbold who can be available to discuss at a time convenient for you both if useful.
Best regards,
Ken

**From:** Kennedy, Carol Y. <Carol.Kennedy@wilsonelser.com>
**Sent:** Tuesday, October 8, 2024 1:18 PM
**To:** Fetterman, Kenneth M. <kfetterman@kellogghansen.com>
**Cc:** Lutton, Jenifer <Jenifer.Lutton@wilsonelser.com>
**Subject:** RE: [EXTERNAL] RE: FTC v. US Anesthesia Partners // Subpoena to Horizon Medical Center

1

Hi Kenneth,

I am still waiting for conflicts to clear, but am doing my best to push this through.

I am also getting ready for a trial on 10/21/2024 (we are No. 1 on the docket), and am preparing for pretrial on 10/10/2024.

Until our conflicts check is completed, I have only limited information, and so can't gauge the extent of the written objections and responses. Since I don't think the subpoena was ever properly served (please feel free to correct me on this if I am wrong), I was hoping we could come to an agreement to respond by the deadline set forth in the FTC's subpoena, which I understand was properly served. Please let me know if that is acceptable.

Kind regards,

Carol Y. Kennedy
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
909 Fannin Street, Suite 3300
Houston, Texas 77010
713.353.2043 (Direct)
832.917.7587 (Cell)
713.353.2000 (Main)
713.785.7780 (Fax)
carol.kennedy@wilsonelser.com

  

---

**From:** Fetterman, Kenneth M. <kfetterman@kellogghansen.com>
**Sent:** Friday, October 4, 2024 7:21 PM
**To:** Kennedy, Carol Y. <Carol.Kennedy@wilsonelser.com>
**Cc:** Lutton, Jenifer <Jenifer.Lutton@wilsonelser.com>
**Subject:** Re: [EXTERNAL] RE: FTC v. US Anesthesia Partners // Subpoena to Horizon Medical Center

**EXTERNAL EMAIL** This email originated from outside the organization.

Thanks, Carol.

I was referring to the date to serve written objections and responses, not any actual production date.

If you know now you need more time to serve those, we can agree to an additional extension request for more time, though 30 days from 10/9 to serve those written objections and responses seems both premature and perhaps longer than necessary.

From our discussion today and your email I did not appreciate you had come to the conclusion that you need a full 30 additional days to serve those, or had yet discussed the requests in the subpoena with your potential client.

Please let me know if conflicts clear, and we can discuss the precise timing of any additional extension this coming week when convenient for you.

Best regards,
Ken

On Oct 4, 2024, at 7:30 PM, Kennedy, Carol Y. <Carol.Kennedy@wilsonelser.com> wrote:

Kenneth,

The registered agent (albeit not the proper one) was not served until today, and that was by the FTC subpoena, which referenced your subpoena, which to my knowledge was never properly served. If this is incorrect, and you have proof of service on an earlier date, please let me know.

Moreover, the original deadline to respond to your subpoena is 10/9 (though the deadline to respond to the FTC subpoena is not until November).

For certificate of conference purposes, am I correct in understanding that you are only willing to give my client a two-day extension to respond? This gives me a total of five business days (assuming conflicts clear on Monday morning) to respond to requests for production seeking documents dating back fourteen years….

Carol Y. Kennedy
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
909 Fannin Street, Suite 3300
Houston, Texas 77010
713.353.2043 (Direct)
832.917.7587 (Cell)
713.353.2000 (Main)
713.785.7780 (Fax)
carol.kennedy@wilsonelser.com

  

**From:** Fetterman, Kenneth M. <kfetterman@kellogghansen.com>
**Sent:** Friday, October 4, 2024 5:26 PM
**To:** Kennedy, Carol Y. <Carol.Kennedy@wilsonelser.com>
**Cc:** Lutton, Jenifer <Jenifer.Lutton@wilsonelser.com>
**Subject:** RE: FTC v. US Anesthesia Partners // Subpoena to Horizon Medical Center

**EXTERNAL EMAIL** This email originated from outside the organization.

Carol,

Thank you for your email.

As a courtesy and a sign of our willingness to work with your client, and assuming your conflict check clears, based on the details you have provided, we can agree to give an extension to 10/11 to serve written objections and responses to the subpoena (as my understanding is that deadline has already passed), and we can discuss the timing of productions after you serve those.

We will be reach out separately to set up a call to discuss next week.
Regards,

Ken

---

**From:** Kennedy, Carol Y. <Carol.Kennedy@wilsonelser.com>
**Sent:** Friday, October 4, 2024 6:17 PM
**To:** Fetterman, Kenneth M. <kfetterman@kellogghansen.com>
**Cc:** Lutton, Jenifer <Jenifer.Lutton@wilsonelser.com>
**Subject:** [EXTERNAL] FTC v. US Anesthesia Partners // Subpoena to Horizon Medical Center

Good afternoon, Kenneth:

Thanks for taking the time to speak with me earlier today. Per our telephone call, I was asked earlier this afternoon to represent Horizon Medical Center in responding to the above-referenced subpoena. The conflicts check is still pending and, as it is Friday afternoon, I am not optimistic about clearing conflicts before Monday. The deadline to respond to the subpoena is 10/09/24, but Horizon did not get a copy of the subpoena until today because the incorrect registered agent was served. Can you give me a 30 day extension to give me time to clear conflicts and gather the responsive documents?

I appreciate the professional courtesy.

Kind regards,

Carol Y. Kennedy
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
909 Fannin Street, Suite 3300
Houston, Texas 77010
713.353.2043 (Direct)
832.917.7587 (Cell)
713.353.2000 (Main)
713.785.7780 (Fax)
carol.kennedy@wilsonelser.com

  

```
IMPORTANT NOTICE: Beware of Cyber Fraud.
You should NEVER wire money to any bank account that Wilson Elser
Moskowitz Edelman & Dicker LLP provides to you either in the body
of this or any email or in an attachment without first speaking
with the attorney in our office who is handling your transaction.
Further, DO NOT accept emailed wire instructions from anyone else
without voice verification. Even if an email looks like it has come
from this office or someone involved in your transaction,
CALL US FIRST AT A NUMBER YOU KNOW TO BE CORRECT FOR THIS OFFICE
to verify the information before wiring any money.
Failure to do so is at your own risk.
Be particularly wary of any request to change wire instructions
you have already received.

CONFIDENTIALITY NOTICE: This electronic message is intended to be
viewed only by the individual or entity to whom it is addressed.
It may contain information that is privileged, confidential and
exempt from disclosure under applicable law. Any dissemination,
distribution or copying of this communication is strictly prohibited
```

```
without our prior permission. If the reader of this message is not
the intended recipient, or the employee or agent responsible for
delivering the message to the intended recipient, or if you have
received this communication in error, please notify us immediately by
return e-mail and delete the original message and any copies of it
from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman &
Dicker LLP, please see our website at www.wilsonelser.com or refer to
any of our offices.

Thank you.

IMPORTANT NOTICE: Beware of Cyber Fraud.
You should NEVER wire money to any bank account that Wilson Elser
Moskowitz Edelman & Dicker LLP provides to you either in the body
of this or any email or in an attachment without first speaking
with the attorney in our office who is handling your transaction.
Further, DO NOT accept emailed wire instructions from anyone else
without voice verification. Even if an email looks like it has come
from this office or someone involved in your transaction,
CALL US FIRST AT A NUMBER YOU KNOW TO BE CORRECT FOR THIS OFFICE
to verify the information before wiring any money.
Failure to do so is at your own risk.
Be particularly wary of any request to change wire instructions
you have already received.

CONFIDENTIALITY NOTICE: This electronic message is intended to be
viewed only by the individual or entity to whom it is addressed.
It may contain information that is privileged, confidential and
exempt from disclosure under applicable law. Any dissemination,
distribution or copying of this communication is strictly prohibited
without our prior permission. If the reader of this message is not
the intended recipient, or the employee or agent responsible for
delivering the message to the intended recipient, or if you have
received this communication in error, please notify us immediately by
return e-mail and delete the original message and any copies of it
from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman &
Dicker LLP, please see our website at www.wilsonelser.com or refer to
any of our offices.

Thank you.
<2024.10.04 FTC Subpoena to Horizon Medical Center.pdf>
```

IMPORTANT NOTICE: Beware of Cyber Fraud.
You should NEVER wire money to any bank account that Wilson Elser
Moskowitz Edelman & Dicker LLP provides to you either in the body
of this or any email or in an attachment without first speaking
with the attorney in our office who is handling your transaction.
Further, DO NOT accept emailed wire instructions from anyone else
without voice verification. Even if an email looks like it has come
from this office or someone involved in your transaction,
CALL US FIRST AT A NUMBER YOU KNOW TO BE CORRECT FOR THIS OFFICE
to verify the information before wiring any money.
Failure to do so is at your own risk.
Be particularly wary of any request to change wire instructions
you have already received.

CONFIDENTIALITY NOTICE: This electronic message is intended to be

viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman & Dicker LLP, please see our website at [www.wilsonelser.com](www.wilsonelser.com) or refer to any of our offices.

Thank you.