IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **FEDERAL TRADE COMMISSION,** § | | |
| *Plaintiff*, § | | |
| § | **Cause No.: 4:23-CV-03560-KH** | |
| v. § | | |
| § | | |
| **U.S. ANESTHESIA PARTNERS, INC.,** § | | |
| **ET. AL.,** § | | |
| *Defendants*. § | | |

**HORIZON MEDICAL CENTER'S MOTION TO WITHDRAW THEIR MOTION TO QUASH DEFENDANT,
U.S. ANESTHESIA PARTNERS, INC.'S SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION, AND MOTION FOR PROTECTIVE ORDER [DOC. 175]**

Non-Party Horizon Medical Center ("**Horizon**") by and through its undersigned counsel, respectfully files its Motion to Withdraw their Motion to Quash the Subpoena, and would respectfully show as follows:

I.

Non-Party Horizon has conferred with counsel for U.S. Anesthesia Partners, Inc. and have come to an agreement to withdraw their Motion to Quash, document number 175.

**VII.   CONCLUSION**

WHEREFORE, Non-Party Horizon Medical Center respectfully requests that the Court withdraw its Motion to Quash Subpoena, and grant them such other relief to which they may be justly entitled.

Respectfully Submitted:

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, L.L.P.**

By: */s/ Carol Y. Kennedy*
**Carol Y. Kennedy**
State Bar No. 24088585
909 Fannin, Suite 3300
Houston, Texas 77010
Telephone: (713) 353-2000
Facsimile: (713) 785-7780
Carol.Kennedy@wilsonelser.com

**ATTORNEYS FOR NONPARTY, HORIZON MEDICAL CENTER**

## CERTIFICATE OF SERVICE

This is to certify that on October 11, 2024, I electronically served the foregoing document to all counsel of record in accordance with the Federal Rules of Civil Procedure.

*/s/ Carol Y. Kennedy*
**CAROL Y. KENNEDY**