**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION, | |
| Plaintiff, | |
| v. | **Case No.: 4:23-CV-03560-KH** |
| U.S. ANESTHESIA PARTNERS, INC. *et al.*, | |
| Defendants. | |

**Notice of Withdrawal as Counsel of Record**

Timothy Kamal-Grayson hereby informs the Court that he is leaving the Federal Trade Commission as of October 18, 2024 and, therefore, will no longer be representing the Federal Trade Commission as of that date. The Federal Trade Commission will continue to be represented by Bradley Albert, Michael Arin, Daniel Butrymowicz, Dylan Herts, Timothy Kamal-Grayson, Patrick Kennedy, Eric Sprague, Leah Hubinger, Garth Huston, Kara Monahan, Neal Perlman, and Nicolas Stebinger. Therefore, please remove the undersigned as counsel of record in this matter.

Dated: October 17, 2024

Respectfully submitted,

*/s/   Timothy Kamal-Grayson*
Timothy Kamal-Grayson (*pro hac vice*)
Federal Trade Commission
600 Pennsylvania Ave, NW
Washington, DC 20580
Tel: (202) 326-3369
tkamalgrayson@ftc.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, I caused the foregoing Notice of Withdrawal as Counsel of Record to be served on all counsel of record using the ECF system of the United States District Court for the Southern District of Texas.

Dated: October 17, 2024

/s/   *Timothy Kamal-Grayson*
Timothy Kamal-Grayson