Case 4:23-cv-03560   Document 183   Filed on 12/02/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
December 09, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission Pro Hac Vice

| Division | Houston | Case Number | 4:23-cv-03560 |
|---|---|---|---|

| Federal Trade Commission |
|---|
| versus |
| U.S. Anesthesia Partners, Inc.; Welsh, Carson, Anderson & Stowe XI, L.P.; WCAS Associates XI, LLC; Welsh, Carson, Anderson & Stowe XII, L.P.; WCAS Associates XII, LLC; WCAS Management Corporation; WCAS Management, L.P.; and WCAS Management, LLC. |

| Lawyer's Name / Firm / Street / City & Zip Code / Telephone & Email / Licensed: State & Number / Federal Bar & Number | Timothy J. Slattery<br>Federal Trade Commission<br>600 Pennsylvania Ave, NW<br>Washington, DC 20580<br>Phone: (202) 326-2471<br>Email: tslattery@ftc.gov<br>Virginia Bar No. 79067 |
|---|---|

| Name of party applicant seeks to appear for: | Federal Trade Commission |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes ____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 11/6/2024 | Signed: | /s/ Timothy J. Slattery |
|---|---|---|

The state bar reports that the applicant's status is: Active

| Dated: 11/27/2024 | Clerk's signature | [signature] |
|---|---|---|

**Order**

This lawyer is admitted pro hac vice.

Dated: December 2, 2024

_____
United States District Judge