| | |
|---|---|
| **From:** | Redlingshafer, Catherine M. (Cassie) |
| **To:** | Rob Smith; Becky Gamboa; Bayley Holland; Trecia Coye |
| **Cc:** | Beynon, Rebecca A. |
| **Subject:** | RE: USAP Subpoena to Texans Anesthesia Associates |
| **Date:** | Thursday, December 19, 2024 10:18:38 AM |
| **Attachments:** | image007.png |
| | image009.png |
| | image010.png |
| | image012.png |

Rob,

Thanks for taking to the time to continue discussing USAP's subpoena to Texans Anesthesia Associates.  We think our conversations on Thursday, December 5; Wednesday, December 11; and Monday, December 16 have been productive.  Below are some takeaways from those discussions.  We look forward to continuing the conversation next Monday, December 23.

1. **RFP Nos. 2-3:**  These Requests seek TAA's contracts with facilities for the provision of anesthesia services and documents relating to the termination of such contracts.  You said that some of these contracts, and particularly older contracts, may be burdensome to locate.  You agreed to further investigate the potential burden and report back as to what responsive documents may be accessible, and what documents TAA is willing to produce.  In addition, we discussed that TAA may have shredded some contracts over time.  You clarified that TAA did not systematically shred documents, though some may have been shredded over time.

2. **RFP No. 4:**  This Requests seeks information on the number of clinicians TAA has employed over time.  TAA agreed to investigate whether it could provide the number of clinicians it employs as of January 1 for every year between 2012 and the present.

3. **RFP No. 5:**  This Request seeks documents relating to TAA's responses to requests for proposals.  Similar to RFP Nos. 2-3, TAA agreed to investigate what materials are available and what materials it is willing to produce.  To the extent TAA believes collecting or producing some of these materials would be overly burdensome, you agreed to provide information on any specific burden that may exist.

4. **RFP No. 8:**  This Request seeks documents reflecting TAA's efforts to measure quality.  TAA's responses and objections indicated that TAA does not have documents responsive to this request.  During our meet and confer on Thursday, December 5, you clarified that TAA does not have responsive documents because TAA does not measure quality.

5. **RFP Nos. 6 – 7:**  These Requests seek documents relating to the subsidies TAA receives from hospitals. Similar to RFP Nos. 2-3, TAA agreed to investigate what materials are available and what materials it is willing to produce.  To the extent TAA believes collecting or producing some of these materials would be overly burdensome, you agreed to provide information on any specific burden that may exist.

6. **RFP Nos. 13, 15:**  These Requests seek documents reflecting TAA's network status, as well as TAA's contracts with commercial payors.  TAA agreed to investigate what materials are

available and what materials it is willing to produce. To the extent TAA believes collecting or producing some of these materials would be overly burdensome, you agreed to provide information on any specific burden that may exist.

In addition to the above, we have also discussed the Protective Order. You have expressed concerns about producing commercially sensitive information to a competitor. As we explained during our discussions and in my December 6, 2024 email, we think the Protective Order provides sufficient protections. Indeed, documents designated Highly Confidential cannot be shown to USAP personal. In any event, we previewed that a Supplemental Protective Order, which is even more protective, is currently being drafted. We will provide you with that document as soon as possible.

Thanks,
Cassie

**From:** Rob Smith <rsmith@mayerllp.com>
**Sent:** Monday, December 9, 2024 5:06 PM
**To:** Redlingshafer, Catherine M. (Cassie) <credlingshafer@kellogghansen.com>; Becky Gamboa <bgamboa@mayerllp.com>; Bayley Holland <bholland@mayerllp.com>; Trecia Coye <tcoye@mayerllp.com>
**Cc:** Beynon, Rebecca A. <rbeynon@kellogghansen.com>
**Subject:** [EXTERNAL] RE: USAP Subpoena to Texans Anesthesia Associates

Cassie, I can discuss 12/11 before 10 am, 12:30-2:30, or after 4 pm CST.



ROB SMITH | Partner
2900 N. Loop West • Suite 500 • Houston, TX 77092
O 832.604.2309 • M 713.857.8281
rsmith@mayerllp.com • mayerllp.com

**From:** Redlingshafer, Catherine M. (Cassie) <credlingshafer@kellogghansen.com>
**Sent:** Friday, December 6, 2024 4:11 PM
**To:** Rob Smith <rsmith@mayerllp.com>; Becky Gamboa <bgamboa@mayerllp.com>; Bayley Holland <bholland@mayerllp.com>; Trecia Coye <tcoye@mayerllp.com>
**Cc:** Beynon, Rebecca A. <rbeynon@kellogghansen.com>

**Subject:** RE: USAP Subpoena to Texans Anesthesia Associates

Hi Rob,

Are you available for a call next Wednesday (12/11) to further discuss USAP's subpoena to TAA? Please let us know if there's a convenient time for you that day.

In addition, I wanted to circle back with you regarding one item we discussed yesterday. TAA is objecting to producing documents responsive to RFPs 2, 3, 5-7, 15, and 18, in part because responsive documents contain commercially sensitive information. As I mentioned on the call, under the Protective Order, documents designated "Highly Confidential" by a third party cannot be shown to anyone at USAP. *See* PO ¶ 4. USAP maintains that this protection should quell any concerns TAA has with producing documents that may contain commercially sensitive information. In light of this provision in the PO, please let us know if TAA's position as to RFPs 2, 3, 5-7, 15, and 18 has changed.

Thanks,
Cassie

---

**From:** Rob Smith <rsmith@mayerllp.com>
**Sent:** Monday, December 2, 2024 1:42 PM
**To:** Redlingshafer, Catherine M. (Cassie) <credlingshafer@kellogghansen.com>; Becky Gamboa <bgamboa@mayerllp.com>; Bayley Holland <bholland@mayerllp.com>; Trecia Coye <tcoye@mayerllp.com>
**Subject:** [EXTERNAL] RE: USAP Subpoena to Texans Anesthesia Associates

12/5 at 1 pm CST works.



**ROB SMITH | Partner**
2900 N. Loop West • Suite 500 • Houston, TX 77092
O 832.604.2309 • M 713.857.8281
rsmith@mayerllp.com • mayerllp.com



---

**From:** Redlingshafer, Catherine M. (Cassie) <credlingshafer@kellogghansen.com>

**Sent:** Friday, November 29, 2024 4:46 PM
**To:** Becky Gamboa <bgamboa@mayerllp.com>; Rob Smith <rsmith@mayerllp.com>; Bayley Holland <bholland@mayerllp.com>; Trecia Coye <tcoye@mayerllp.com>
**Subject:** USAP Subpoena to Texans Anesthesia Associates

Counsel,

We are in receipt of Texans Anesthesia Associates' responses and objections to USAP's subpoena. Are you available to discuss sometime next week? Below are a few times. Please let me know if you're available during any of these windows and I can send a calendar invite.

- Tuesday, December 3 between 10:00am and 2:00pm ET;
- Wednesday, December 4 between 10:30am and 1:00pm ET;
- Thursday, December 5 between noon and 2:30pm ET.

Thanks,
Cassie

**Catherine M. Redlingshafer**
Kellogg, Hansen, Todd, Figel, & Frederick, P.L.L.C.
1615 M Street, N.W. | Suite 400 | Washington, DC 20036 | (202) 326-7908

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.