

Robert Smith<br>
Mayer LLP<br>
Direct: 713.857.8281<br>
Email: rsmith@mayerllp.com

December 23, 2024

*Via Email:* mgoldenberg@ftc.gov
Michael Goldenberg
Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580

*Via Email:* rbeynon@kellogghansen.com
*Via Email:* credlingshafer@kellogghansen.com
Rebecca Beynon
Catherine Redlingshafer
Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
1615 M Street, NW, Suite 400
Washington, D.C. 20036

**Re:** Case No. 4:23-CV-03560-KH; *Federal Trade Commission v. U.S. Anesthesia Partners, Inc., et al*; In the United States District Court, Southern District of Texas, Houston Division

Dear Counsel:

Subject to entry of the additional protective order currently being negotiated, Texans Anesthesia Associates, PLLC agrees to provide on or before February 14, 2025 supplemental responses to the following requests included in U.S. Anesthesia Partner, Inc.'s Requests for Production of Documents served on Texans Anesthesia Associates, PLLC on November 1 and 13, 2024:

Requests 2 and 18: Agree to produce subject to any notification requirements in the documents;

Requests 3, 5, 6, 7, 22: Agree to produce;

Request 4: Agree to provide a declaration listing the number of licensed clinicians employed by Texans Anesthesia as of January 1 of each year since 2012; and

Request 15: Agree to provide declaration that Texans Anesthesia has been in network with Cigna, Aetna, United, Blue Cross Blue Shield since 2012.

This agreement is also subject to reimbursement of Texans Anesthesia in the amount of $5,000.00-6,000.00 for staff members' time to search for and compile responsive materials, and in the amount of $17,267.00 for attorneys' fees and expenses incurred related to responding to the USAP and FTC subpoenas. Please confirm your agreement and I will prepare an agreed stipulation to file with the court.

                Very truly yours,

                **MAYER LLP**

                */s/ Robert Smith*

                Robert G. Smith, Jr.

cc: Texans Anesthesia