UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, § § *Plaintiff* § § v. § § U.S. ANESTHESIA PARTNERS, INC. § § *Defendant* § | Case No.  4:23-CV-03560-KH |

### ORDER GRANTING TEXANS ANESTHESIA ASSOCIATES, PLLC'S PROTECTIVE ORDER AND MOTION TO QUASH

After considering Texans Anesthesia Associates, PLLC's ("TAA") motion and supplemental motion to quash and motion for protective order, the evidence, and the arguments of the parties if any, the Court finds that a protective order is necessary to protect TAA, a nonparty, from discovery subpoenas issued by U.S. Anesthesia Partners, Inc. ("USAP") and the Federal Trade Commission's ("FTC") that are unduly burdensome and seek information that is proprietary and confidential, and TAA's supplemental motion to quash and motion for protective order should be GRANTED in its entirety.

It is therefore ORDERED that if USAP and/or the FTC agree to reimburse TAA in the amount of $_____ for the administrator's anticipated time to search for, organize, and produce the materials, and for attorneys' fees in the amount of $_____ incurred responding to the subpoenas, and subject to entry of the additional protective order currently being negotiated by the parties, TAA shall provide on

or before February 14, 2025 supplemental responses to the following requests included in USAP's subpoenas:

a. Produce documents responsive to Requests 2 and 18, subject to TAA's compliance with any requirements in the documents to notify the other parties to the agreements;

b. Produce documents responsive to Requests 3, 5, 6, 7, 22; and

c. In response to Request 4, provide a declaration listing the number of licensed clinicians employed by Texans Anesthesia as of January 1 of each year since 2012.

It is further ORDERED that if USAP or the FTC request TAA to produce any other documents in response to the subject subpoenas that the requesting party must pay all of the reasonable costs of obtaining that information.

It is further ORDERED that the party requesting electronically stored information must pay all of the reasonable costs of obtaining information from sources that are not reasonably accessible.

SIGNED this _____ day of _____, 2025.

_____
JUDGE PRESIDING