**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> U.S. ANESTHESIA PARTNERS, INC., <br><br> Defendant. | **Case No.: 4:23-CV-03560-KH** |

**Joint Motion to Enter Supplemental Protective Order**

On May 28, 2024, the Court entered an order on motion for protective order (ECF No. 152) adopting the protective order governing confidential and highly confidential materials filed at ECF No. 149-1. Based on discussions with a nonparty, the Federal Trade Commission and Defendant U.S. Anesthesia Partners, Inc. agree that good cause exists to enter a supplemental protective order governing the use of confidential and highly confidential materials in hearings and at trial in this matter. The parties respectfully request that the Court enter the attached Proposed Supplemental Protective Order (Exhibit A) as stipulated.

Date: December 30, 2024                           Respectfully submitted,

| | |
|---|---|
| */s/ Kara Monahan* | */s/ Kenneth M. Fetterman* |
| Kara Monahan (*Pro Hac Vice*) | Kenneth M. Fetterman (*Pro Hac Vice*) |
| 600 Pennsylvania Avenue, N.W. | KELLOGG, HANSEN, TODD, |
| Washington, D.C. 20580 |   FIGEL & FREDERICK, PLLC |
| Tel: (202) 326-2018 | 1615 M Street N.W., Suite 400 |
| Email: kmonahan@ftc.gov | Washington, D.C. 20036 |
| | Tel: (202) 326-7900 |
| *Counsel for Plaintiff Federal Trade* | Email: kfetterman@kellogghansen.com |
| *Commission* | |
| | *Counsel for Defendant U.S. Anesthesia* |
| | *Partners, Inc.* |

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this day, I caused the foregoing Joint Motion to Enter

Supplemental Protective Order and attached proposed order to be served on all counsel of record

using the ECF system of the United States District Court for the Southern District of Texas.

Dated: December 30, 2024

*/s/ Kara Monahan*