UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | § § | |
| *Plaintiff* | § § | |
| v. | § § | Case No. 4:23-CV-03560-KH |
| U.S. ANESTHESIA PARTNERS, INC. | § § § | |
| *Defendant* | § § | |

## NONPARTY, TEXANS ANESTHESIA ASSOCIATES, PLLC'S NOTICE OF WITHDRAWAL OF MOTION TO QUASH AND SUPPLEMENTAL MOTION TO QUASH

In light of the anticipated supplemental protective order (Doc. 185, 185-1), additional discussion with counsel for the Federal Trade Commission on January 3, 2025, and anticipated additional communication with counsel for U.S. Anesthesia Partners, Inc., nonparty, Texans Anesthesia Associates, PLLC, withdraws its Motion to Quash and for Protective Order (Doc. 180) and Supplemental Motion to Quash and for Protective Order (Doc. 184) at this time.

                     Respectfully submitted,

                     MAYER LLP

                     */s/ Robert Smith*

                     _____
                     Robert G. Smith, Jr.
                     SDBN: 19976
                     TBN: 00794661
                     2900 North Loop West, Ste. 500
                     Houston, Texas 77092
                     713.868.5560
                     E-MAIL: rsmith@mayerllp.com

E-Service: bgamboa@mayerllp.com
**ATTORNEY FOR NONPARTY, TEXANS ANESTHESIA ASSOCIATES, PLLC**

## CERTIFICATE OF SERVICE

I hereby certify that on 3rd day of January 2025 a copy of the foregoing instrument was served on all counsel of record, pursuant to the Federal Rules of Civil Procedure.

Kara Monahan
Attorney-in-Charge
Brad Albert
Michael Arin
Dylan Herts
Leah Hubinger
Garth Huston
Tim Kamal-Grayson
Patrick Kennedy
Neal Perlman
Gary Schorr
Eric Sprague
Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
Tel.: (202) 326-2018
Email: kmonahan@ftc.gov
*Counsel for Federal Trade Commission*

Geoffrey M. Klineberg
Kenneth Fetterman
Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
1615 M Street, NW, Suite 400
Washington, D.C. 20036
Tel: (202) 326-7928
Email: gklineberg@kellogghansen.com
Email: kfetterman@kellogghansen.com
*Counsel for U.S. Anesthesia Partners, Inc.*

Ken Field
Hogan Lovells US LLP
555 Thirteenth Street, NW
Washington, D.C. 20004
Tel: (202) 637-5869
Email: ken.field@hoganlovells.com
*Counsel for Welsh, Carson, Anderson & Stowe XI, L.P.; WCAS Associates XI, LLC; Welsh, Carson, Anderson & Stowe XII, L.P.; WCAS Associates XII, LLC; WCAS Management Corporation; WCAS Management, L.P.; WCAS Management, LLC*

Carol Yolande Kennedy
Cooksey Marcin Huston PLLC
25511 Budde Rd.
Suite 2202
Spring, TX 77380
Email: carol@cmh.legal
*Counsel for Defendant, Horizon Medical Center*

Benjamin Gruenstein
Gregg Jeffrey Costa
Noah Phillips
Cravath, Swaine & Moore LLP
375 Ninth Avenue
Two Manhattan West
New York, NY 10001
Email: bgruenstein@cravath.com
Email: gcosta@gibsondunn.com
Email: nphillips@cravath.com
*Counsel for Amicus, American Investment Council*

Gary Y. Gould
Norton Rose Fulbright US LLP
1301 McKinney St.
Suite 5100
Houston, TX 77010-3095
Email: gary.gould@nortonrosefulbright.com
*Counsel for Interested Parties, Envision Healthcare Corporation and Envision Physician Services LLC*

*[signature: Robert Smith]*

_____
Robert G. Smith, Jr.