UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:23-cv-03560 |
|---|---|---|---|

| Federal Trade Commission |
|---|
| *versus* |
| U.S. Anesthesia Partners, Inc.; Welsh, Carson, Anderson & Stowe XI, L.P.; WCAS Associates XI, LLC; Welsh, Carson, Anderson & Stowe XII, L.P.; WCAS Associates XII, LLC; WCAS Management Corporation; WCAS Management, L.P.; and WCAS Management, LLC. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Xuan (Ellen) Gong<br>Federal Trade Commission<br>600 Pennsylvania Ave, NW<br>Washington, DC 20580<br>Phone: (202) 975-5494<br>Email: xgong@ftc.gov<br>NY 5709803 |
|---|---|

| Name of party applicant seeks to appear for: | Federal Trade Commission |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes ___     ___   No ___ ✔ ___<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated:  1/7/2025 | Signed:            /s/ Xuan (Ellen) Gong |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:            Clerk's signature |

**Order**        **This lawyer is admitted *pro hac vice*.**

Dated: _____          _____
                                                                      United States District Judge