| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:23-cv-03560 |
|---|---|---|---|

| Federal Trade Commission |
|---|
| *versus* |
| U.S. Anesthesia Partners, Inc.; Welsh, Carson, Anderson & Stowe XI, L.P.; WCAS Associates XI, LLC; Welsh, Carson, Anderson & Stowe XII, L.P.; WCAS Associates XII, LLC; WCAS Management Corporation; WCAS Management, L.P.; and WCAS Management, LLC. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Rebecca A. Beynon<br>Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.<br>1615 M Street N.W., Suite #400<br>Washington, D.C. 20036<br>(202) 326-7934 ; rbeynon@kellogghansen.com<br>District of Columbia (Bar No. 451496)<br>DDC (Bar No. 451496); SCOTUS (Bar No. 291815) |
|---|---|

| Name of party applicant seeks to appear for: | U.S. Anesthesia Partners, Inc. |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes __   __   No __ ✔ __ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 1/14/2025 | Signed: | /s/ Rebecca A. Beynon |
|---|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:     Clerk's signature |

| **Order** | | This lawyer is admitted *pro hac vice*. |
|---|---|---|

Dated: _____   _____
United States District Judge