| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:23-CV-03560-KH |
|---|---|---|---|

| Federal Trade Commission |
|---|
| *versus* |
| U.S. Anesthesia Partners, Inc. |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Mark T. Ciani<br>Katten Muchin Rosenman LLP<br>50 Rockefeller Plaza<br>New York, NY 10010<br>(212) 940-6509 & mark.ciani@katten.com<br>New York State Bar No. 4508933<br>United States District Court for the Southern District of New York No. MC6275 |

| Name of party applicant seeks to appear for: | Texas Health Resources |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 2/6/2025 | Signed: | /s/ Mark T. Ciani |
|---|---|---|

The state bar reports that the applicant's status is:

Dated:        Clerk's signature

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: _____        _____
                                                                    United States District Judge