United States District Court
Southern District of Texas
**ENTERED**
February 12, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT               SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | | Case Number | 4:23-CV-03560-KH |
|---|---|---|---|---|
| Federal Trade Commission | | | | |
| *versus* | | | | |
| U.S. Anesthesia Partners, Inc. | | | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Mark T. Ciani<br>Katten Muchin Rosenman LLP<br>50 Rockefeller Plaza<br>New York, NY 10010<br>(212) 940-6509 & mark.ciani@katten.com<br>New York State Bar No. 4508933<br>United States District Court for the Southern District of New York No. MC6275 |
|---|---|

| Name of party applicant seeks to appear for: | Texas Health Resources |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated:   2/6/2025 | Signed:                    /s/ Mark T. Ciani |
|---|---|

| The state bar reports that the applicant's status is:   Active | |
|---|---|
| Dated: 2/11/2025 | Clerk's signature   *CHM* |

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|

Dated: February 11, 2025

_____
United States District Judge