Case 4:23-cv-03560   Document 205   Filed on 02/11/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
February 12, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:23-cv-03560 |
|---|---|---|---|

| Federal Trade Commission |
|---|
| *versus* |
| U.S. Anesthesia Partners, Inc.; Welsh, Carson, Anderson & Stowe XI, L.P.; WCAS Associates XI, LLC; Welsh, Carson, Anderson & Stowe XII, L.P.; WCAS Associates XII, LLC; WCAS Management Corporation; WCAS Management, L.P.; and WCAS Management, LLC. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Rebecca A. Beynon<br>Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.<br>1615 M Street N.W., Suite #400<br>Washington, D.C. 20036<br>(202) 326-7934 ; rbeynon@kellogghansen.com<br>District of Columbia (Bar No. 451496)<br>DDC (Bar No. 451496); SCOTUS (Bar No. 291815) |
|---|---|

| Name of party applicant seeks to appear for: | U.S. Anesthesia Partners, Inc. |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 1/14/2025 | Signed: | /s/ Rebecca A. Beynon |
|---|---|---|

| The state bar reports that the applicant's status is: Active |
|---|
| Dated: 2/11/2025   Clerk's signature  CHw |

**Order**

Dated: February 11, 2025

This lawyer is admitted *pro hac vice*.

_____
United States District Judge