Case 4:23-cv-03560   Document 206   Filed on 02/11/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
February 12, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:23-cv-03560 |
|---|---|---|---|

| Federal Trade Commission |
|---|
| *versus* |
| U.S. Anesthesia Partners, Inc.; Welsh, Carson, Anderson & Stowe XI, L.P.; WCAS Associates XI, LLC; Welsh, Carson, Anderson & Stowe XII, L.P.; WCAS Associates XII, LLC; WCAS Management Corporation; WCAS Management, L.P.; and WCAS Management, LLC. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Maggie Yellen<br>Federal Trade Commission<br>600 Pennsylvania Ave, NW<br>Washington, DC 20580<br>Phone: (202) 316-7861<br>Email: myellen@ftc.gov<br>DC Bar No. 90018535 |
|---|---|

| Name of party applicant seeks to appear for: | Federal Trade Commission |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No __✓__ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 1/10/2025 | Signed: | /s/ Maggie Yellen |
|---|---|---|

| The state bar reports that the applicant's status is: Active |
|---|
| Dated: 2/11/2025   Clerk's signature  *[signature]* |

### Order

This lawyer is admitted *pro hac vice*.

Dated: February 11, 2025

*[signature]*
United States District Judge