United States District Court
Southern District of Texas

**ENTERED**

February 12, 2025

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT OF TEXAS

## <u>Motion and Order for Admission *Pro Hac Vice*</u>

| Division | Houston | Case Number | 4:23-cv-03560 |
|---|---|---|---|

| Federal Trade Commission |
|---|
| *versus* |
| U.S. Anesthesia Partners, Inc.; Welsh, Carson, Anderson & Stowe XI, L.P.; WCAS Associates XI, LLC; Welsh, Carson, Anderson & Stowe XII, L.P.; WCAS Associates XII, LLC; WCAS Management Corporation; WCAS Management, L.P.; and WCAS Management, LLC. |

| Lawyer's Name<br>Firm<br>**Street**<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Rebekah Conlon<br>Federal Trade Commission<br>600 Pennsylvania Ave, NW<br>Washington, DC 20580<br>Phone: (202) 326-3235<br>Email: rconlon@ftc.gov<br>DC 1044247 |
|---|---|

| Name of party applicant seeks to appear for: | Federal Trade Commission |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No _____✓_____ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated:    1/7/2025 | Signed: | /s/ Rebekah Conlon |
|---|---|---|

| The state bar reports that the applicant's status is:   Active |
|---|
| Dated:  2/11/2025 | Clerk's signature   *CHb2* |

| **Order** |
|---|

Dated:  February 11, 2025

**This lawyer is admitted *pro hac vice*.**

United States District Judge