Case 4:23-cv-03560     Document 220     Filed on 02/18/25 in TXSD     Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
February 19, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT                SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:23-cv-03560 |
|---|---|---|---|

| Federal Trade Commission |
|---|

| *versus* |
|---|
| U.S. Anesthesia Partners, Inc.; Welsh, Carson, Anderson & Stowe XI, L.P.; WCAS Associates XI, LLC; Welsh, Carson, Anderson & Stowe XII, L.P.; WCAS Associates XII, LLC; WCAS Management Corporation; WCAS Management, L.P.; and WCAS Management, LLC. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Matthew Weprin<br>Federal Trade Commission<br>600 Pennsylvania Ave, NW<br>Washington, DC 20580<br>Phone: (202) 326-3602<br>Email: mweprin@ftc.gov<br>NY Bar No. 5304092 |
|---|---|

| Name of party applicant seeks to appear for: | Federal Trade Commission |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 2/13/2025 | Signed: | /s/ Matthew Weprin |
|---|---|---|

| The state bar reports that the applicant's status is: Active |
|---|
| Dated: 2/14/2025   Clerk's signature   *CMM* |

| **Order** | This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: February 18, 2025

United States District Judge