UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:23-cv-03560 |
|---|---|---|---|

| Federal Trade Commission |
|---|
| *versus* |
| U.S. Anesthesia Partners, Inc.; Welsh, Carson, Anderson & Stowe XI, L.P.; WCAS Associates XI, LLC; Welsh, Carson, Anderson & Stowe XII, L.P.; WCAS Associates XII, LLC; WCAS Management Corporation; WCAS Management, L.P.; and WCAS Management, LLC. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Richard Mosier<br>Federal Trade Commission<br>600 Pennsylvania Ave, NW<br>Washington, DC 20580<br>Phone: (202) 957-8556<br>Email: rmosier@ftc.gov<br>CA Bar No. 200725, DC No. 492489 |
|---|---|

| Name of party applicant seeks to appear for: | Federal Trade Commission |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes __    __   No __ ✔ __ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 2/19/2025 | Signed: /s/ Richard Mosier |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:    Clerk's signature |

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: _____    _____
United States District Judge