IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DIVISION OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> U.S. ANESTHESIA PARTNERS, INC., <br><br> Defendant. | Case No. 4:23-CV-03560-KH |

**[PROPOSED] ORDER GRANTING PLAINTIFF FEDERAL TRADE COMMISSION'S MOTION TO COMPEL DEPOSITION OF NON-PARTY DR. PAUL KLOTMAN**

The Court has considered the motion of Plaintiff Federal Trade Commission to Compel Deposition of Non-Party Dr. Paul Klotman (ECF __), the Declaration of Laura R. Hall in Support of Plaintiff Federal Trade Commission's Motion to Compel Deposition of Non-Party Dr. Paul Klotman (ECF __), any opposition to the motion (ECF __), the Federal Trade Commission's reply in further support of the motion (ECF __), and all related exhibits and briefs, and **GRANTS** the Motion to Compel the Deposition of Dr. Paul Klotman.

It is **FURTHER ORDERED** that Dr. Klotman is to appear for his deposition within two weeks of the date of this Order on a date agreed among the Federal Trade Commission, U.S. Anesthesia Partners, and Dr. Klotman.

It is so ORDERED.

SIGNED on March __, 2025 at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge