# Exhibit 5

| | |
|---|---|
| **From:** | Howe, Dennis D. |
| **To:** | "Andrew Wirmani" |
| **Cc:** | Megan Rapp; Oppenheimer, Bradley E. |
| **Subject:** | RE: NWAP Subpoena in FTC/USAP case |
| **Date:** | Tuesday, December 10, 2024 3:02:22 PM |
| **Attachments:** | image001.png |

Andrew,

I'm writing to follow-up with you about USAP's subpoena to NWAP. While we appreciated NWAP's initial production, it was insufficient, consisting only of the constituent parts of NWAP's billing policy, a few emails with the FTC, and an index of NWAP's facility and payor contracts.

As discussed on our November 21 meet-and-confer, USAP needs NWAP to produce its facility and payor contracts in their entirety, as other recipients of USAP's subpoenas have done. While we understand that your client has expressed confidentiality concerns with doing so, we think those concerns are comprehensively addressed by the stringent Protective Order entered in this case. And while we understand that these contracts may contain notice and/or consent provisions, USAP simply requests that NWAP begin the process of fulfilling those requirements as necessary to produce the contracts.

You mentioned on November 21 that you would take this back to your client. We also discussed USAP's request for formal bids/responses to hospital or facility RFPs, as well as MIPS data. Have you had a chance to discuss these requests with your client, and will NWAP agree to produce these materials?

Let me know whether it would be helpful to schedule a short call later this week to discuss.

Thank you,

Dennis

**From:** Andrew Wirmani
**Sent:** Tuesday, November 12, 2024 2:30 PM
**To:** Howe, Dennis D.
**Cc:** Megan.Rapp@keanmiller.com
**Subject:** [EXTERNAL] Re: NWAP Subpoena in FTC/USAP case

Dennis,

Please see initial production below. For tomorrow, how about 3:00 central?



ShareFile
rm-firm.sharefile.com

Best
Andrew

Reese Marketos LLP
**Andrew Wirmani**
750 N. Saint Paul St., Suite 600
Dallas, Texas 75201
Main: (214) 382-9810 | Direct: (214) 382-3054

> On Nov 12, 2024, at 11:03 AM, Howe, Dennis D. <dhowe@kellogghansen.com> wrote:
>
> Sure thing Andrew, what time works?
>
> **From:** Andrew Wirmani <andrew.wirmani@rm-firm.com>

**Sent:** Tuesday, November 12, 2024 11:53 AM

**To:** Howe, Dennis D. <dhowe@kellogghansen.com>

**Cc:** Megan Rapp <mrapp@srg-law.com>

**Subject:** [EXTERNAL] Re: NWAP Subpoena in FTC/USAP case

Dennis,

Can we kick our call to tomorrow? We are trying to get some documents to you today which should make the discussion more relevant.

Best
Andrew

Reese Marketos LLP

**Andrew Wirmani**
750 N. Saint Paul St., Suite 600
Dallas, Texas 75201
Main: (214) 382-9810 | Direct: (214) 382-3054

> On Oct 30, 2024, at 1:54 PM, Howe, Dennis D. <dhowe@kellogghansen.com> wrote:
>
> Andrew – thanks for these clarifications. And, understood on your further comment below. Thanks again for your cooperation and for moving this forward with NWAP.
>
> Best,
>
> Dennis
>
> **From:** Andrew Wirmani <andrew.wirmani@rm-firm.com>
>
> **Sent:** Wednesday, October 30, 2024 2:51 PM
>
> **To:** Howe, Dennis D. <dhowe@kellogghansen.com>
>
> **Cc:** Megan Rapp <mrapp@srg-law.com>
>
> **Subject:** [EXTERNAL] Re: NWAP Subpoena in FTC/USAP case
>
> Dennis,
>
> Just a couple of small clarifications below. Also, our agreement to produce anything is made subject to and without waiving our objections and contingent on the company actually having the documents after good faith efforts to search. We are already working on the below.
>
> Best
> Andrew
>
> Reese Marketos LLP
>
> **Andrew Wirmani**
> 750 N. Saint Paul St., Suite 600
> Dallas, Texas 75201
> Main: (214) 382-9810 | Direct: (214) 382-3054
>
>> On Oct 29, 2024, at 4:49 PM, Howe, Dennis D. <dhowe@kellogghansen.com> wrote:

Andrew and Megan –

Thank you for your time yesterday to discuss NWAP's responses and objections to USAP's subpoena. I wanted to recapitulate some of the points we discussed:

- RFP 1: You said that NWAP had 2 or 3 emails with the FTC, which you could produce to us.
- RFP 2: You noted that NWAP has burden concerns with producing its contracts with hospitals, ASCs, or other facilities in the State of Texas going back 12 years, given that NWAP has "hundreds" of these contracts and they are located in different places. We agreed that a suitable first step here would be to produce an index of the relevant contracts. We could then review that index together and discuss what sort of production of the contracts themselves might be feasible for NWAP. Please provide that index when you are able.
- RFP 4: You stated that NWAP would be willing to produce a roster of clinicians going back five years.
- RFP 5: You stated that you would check with your client on whether NWAP would be willing to produce its formal bids or responses to RFPs issued by hospitals, ASCs, or other facilities.
- RFP 10: You stated that NWAP could produce MIPS reports going back five years.
- RFP 16: You stated that NWAP likely wouldn't have any documents responsive to this request, but that NWAP had been operating in-network since 2019.
- RFP 17: You stated that you would endeavor to obtain and produce NWAP's billing policy.
- RFP 18: You objected that USAP should obtain these documents from the payors themselves. We agreed that, as with RFP 2, a suitable first step would be to produce and review an index of NWAP's relevant payor contracts to minimize burden and to contextualize what sort of production might be feasible. Please provide that index when you are able.
- RFP 19: You represented that any "Tuck-In Clauses" would appear in NWAP's payor contracts.
- RFP 20: You stated that NWAP did not have any documents responsive to this RFP.
- RFP 21: You stated that NWAP objected to this RFP as highly burdensome, and on confidentiality grounds, and noted that USAP could obtain these documents from the State of Texas. You stated that NWAP would

likely stand on its objections to this RFP.

- RFP 22: You said you would check whether NWAP had made any acquisitions within the relevant period. You noted that USAP made a presentation to NWAP about a potential merger during the relevant period, but that USAP would have these documents.
- RFP 25: You stated that you had inquired with NWAP about obtaining its job postings going back five years. Please keep us updated.
- RFP 26: You noted that NWAP is structured as a partnership, with no private equity ownership.

Please let me know if anything I have recounted above is incorrect. As discussed, we are happy to receive productions from NWAP on a rolling basis. I look forward to discussing with you again on November 12, though please let me know if you'd like to discuss sooner, and please provide me with any updates once you've had a chance to speak with your client.

Thanks again – we appreciate NWAP's cooperation with this subpoena.

Best,

Dennis

**From:** Andrew Wirmani <andrew.wirmani@rm-firm.com>
**Sent:** Tuesday, October 22, 2024 10:59 AM
**To:** Howe, Dennis D. <dhowe@kellogghansen.com>
**Cc:** Megan Rapp <mrapp@srg-law.com>; Dennis Mundy <dmundy@nwapservices.com>
**Subject:** [EXTERNAL] Re: NWAP Subpoena in FTC/USAP case

Dennis, I have a call at 3:30 Friday and imagine that won't be enough time. Could we do 4:30 central on Friday? If that is too late for you what about Thursday later in the afternoon?

Best
Andrew

Reese Marketos LLP
**Andrew Wirmani**
750 N. Saint Paul St., Suite 600
Dallas, Texas 75201
Main: (214) 382-9810 | Direct: (214) 382-3054

> On Oct 22, 2024, at 9:50 AM, Howe, Dennis D. <dhowe@kellogghansen.com> wrote:
>
> Hi Andrew,

I've got a conflict at that time. Could we meet at 3PM CT?
Thanks,
Dennis

**From:** Andrew Wirmani <andrew.wirmani@rm-firm.com>
**Sent:** Monday, October 21, 2024 11:30 AM
**To:** Howe, Dennis D. <dhowe@kellogghansen.com>
**Cc:** Megan Rapp <mrapp@srg-law.com>; Dennis Mundy <dmundy@nwapservices.com>
**Subject:** [EXTERNAL] Re: NWAP Subpoena in FTC/USAP case

Dennis,
How about Friday afternoon say 2pm central?

Reese Marketos LLP
**Andrew Wirmani**
750 N. Saint Paul St., Suite 600
Dallas, Texas 75201
Main: (214) 382-9810 | Direct: (214) 382-3054

> On Oct 18, 2024, at 10:23 AM, Howe, Dennis D. <dhowe@kellogghansen.com> wrote:
>
> Thanks, Megan. As noted below, I am handling this subpoena for USAP – please keep me copied on all correspondence regarding this subpoena.
> As for the responses and objections, I'd like to meet and confer regarding these. I have good availability next Tuesday, Wednesday, and Friday. When is a convenient time for a call?
> Best,
> Dennis
>
> **From:** Megan Rapp <mrapp@srg-

law.com>
**Sent:** Friday, October 18, 2024 11:20 AM
**To:** Howe, Dennis D. <dhowe@kellogghansen.com>
**Cc:** 'dmundy@nwapservices.com' <dmundy@nwapservices.com>; Andrew Wirmani <andrew.wirmani@rm-firm.com>
**Subject:** [EXTERNAL] RE: NWAP Subpoena in FTC/USAP case

Dennis,

These were served last week. I am copying Mr. Wirmani who handled service.

Thanks,

| | |
|---|---|
| Web<br>LinkedIn | Megan Rapp<br>Partner<br>2700 Research Forest Drive, Suite 100<br>The Woodlands, Texas 77382<br>T: (281) 419-7770<br>F: 346-223-0283 |

IMPORTANT/CONFIDENTIAL. This message is intended only for the use of the addressees shown above. It contains information that may be privileged, confidential, and/or exempt from disclosure under applicable law. If you are not the intended recipient of this message, you are hereby notified that the copying, use or distribution of any information or materials transmitted in or with this message is strictly prohibited. If you receive this message by mistake, please call immediately at (281) 419-7770 and destroy the original message. Thank you.

**From:** Howe, Dennis D. <dhowe@kellogghansen.com>
**Sent:** Friday, October 18, 2024 10:19 AM
**To:** Megan Rapp <mrapp@srg-

law.com>
**Cc:** 'dmundy@nwapservices.com' <dmundy@nwapservices.com>
**Subject:** RE: NWAP Subpoena in FTC/USAP case

Megan,

Per the below, you requested and USAP granted an extension until October 11 for Northwest Anesthesiology and Pain Services to provide its initial responses and objections to USAP's subpoena. It's now a week past that date and we still have not received those initial responses and objections. Please advise as to when we might receive them.

Thank you,

Dennis

---

**From:** Megan Rapp <mrapp@srg-law.com>
**Sent:** Tuesday, October 1, 2024 11:24 AM
**To:** Howe, Dennis D. <dhowe@kellogghansen.com>; 'dmundy@nwapservices.com' <dmundy@nwapservices.com>
**Cc:** Fetterman, Kenneth M. <kfetterman@kellogghansen.com>
**Subject:** [EXTERNAL] RE: NWAP Subpoena in FTC/USAP case

Thank you

| | |
|---|---|
| Web<br>LinkedIn | Megan Rapp<br>Partner<br>2700 Research Forest Drive, Suite 100<br>The Woodlands, Texas 77382<br>T: (281) 419-7770<br>F: 346-223-0283 |

IMPORTANT/CONFIDENTIAL. This message is intended only for the use of the addressees shown above. It contains information that may be privileged, confidential,

and/or exempt from disclosure under applicable law. If you are not the intended recipient of this message, you are hereby notified that the copying, use or distribution of any information or materials transmitted in or with this message is strictly prohibited. If you receive this message by mistake, please call immediately at (281) 419-7770 and destroy the original message. Thank you.

**From:** Howe, Dennis D. <dhowe@kellogghansen.com>
**Sent:** Tuesday, October 1, 2024 10:15 AM
**To:** Megan Rapp <mrapp@srg-law.com>; 'dmundy@nwapservices.com' <dmundy@nwapservices.com>
**Cc:** Fetterman, Kenneth M. <kfetterman@kellogghansen.com>
**Subject:** RE: NWAP Subpoena in FTC/USAP case

Megan –

Thanks for the meet-and-confer. This email is to memorialize our agreement that NWAP will provide written responses and objections to the subpoena by October 11. We will meet and confer again after we receive those responses and objections.

Thank you,
Dennis

**From:** Megan Rapp <mrapp@srg-law.com>
**Sent:** Monday, September 30, 2024 11:26 AM
**To:** Howe, Dennis D. <dhowe@kellogghansen.com>; 'dmundy@nwapservices.com' <dmundy@nwapservices.com>
**Cc:** Fetterman, Kenneth M. <kfetterman@kellogghansen.com>
**Subject:** [EXTERNAL] Re: NWAP

Subpoena in FTC/USAP case

That's fine. Thanks!

**From:** Howe, Dennis D. <dhowe@kellogghansen.com>
**Date:** Monday, September 30, 2024 at 10:26 AM
**To:** Megan Rapp <mrapp@srg-law.com>, 'dmundy@nwapservices.com' <dmundy@nwapservices.com>
**Cc:** Fetterman, Kenneth M. <kfetterman@kellogghansen.com>
**Subject:** RE: NWAP Subpoena in FTC/USAP case

Megan – I'm assuming you meant 11AM EST/ 10 AM CT and sent a Zoom link for that time, but let me know if that doesn't work and we can adjust.
Thanks,
Dennis

**From:** Megan Rapp <mrapp@srg-law.com>
**Sent:** Thursday, September 26, 2024 10:54 AM
**To:** Howe, Dennis D. <dhowe@kellogghansen.com>; 'dmundy@nwapservices.com' <dmundy@nwapservices.com>
**Cc:** Fetterman, Kenneth M. <kfetterman@kellogghansen.com>
**Subject:** [EXTERNAL] RE: NWAP Subpoena in FTC/USAP case

Thanks. Can we do Tuesday, Oct 1 at 11 am central/ 10 am eastern?

Thanks,

| | |
|---|---|
| Web<br>LinkedIn | Megan Rapp<br>Partner<br>2700 Research Forest Drive, Suite 100 |

The Woodlands, Texas 77382
T: (281) 419-7770
F: 346-223-0283

IMPORTANT/CONFIDENTIAL. This message is intended only for the use of the addressees shown above. It contains information that may be privileged, confidential, and/or exempt from disclosure under applicable law. If you are not the intended recipient of this message, you are hereby notified that the copying, use or distribution of any information or materials transmitted in or with this message is strictly prohibited. If you receive this message by mistake, please call immediately at (281) 419-7770 and destroy the original message. Thank you.

**From:** Howe, Dennis D. <dhowe@kellogghansen.com>
**Sent:** Thursday, September 26, 2024 9:08 AM
**To:** Megan Rapp <mrapp@srg-law.com>; 'dmundy@nwapservices.com' <dmundy@nwapservices.com>
**Cc:** Fetterman, Kenneth M. <kfetterman@kellogghansen.com>
**Subject:** RE: NWAP Subpoena in FTC/USAP case

> You don't often get email from dhowe@kellogghansen.com. Learn why this is important

Ms. Rapp,

Thank you for your response. My name is Dennis Howe and I will be handling this subpoena for USAP. My availability for a meet-and-confer next week is as follows: Tuesday after 9:30AM, Wednesday or Thursday before 4PM, or Friday anytime. Please let me know what works for you. Separately, please find attached a single .pdf containing the ESI

protocol, operative Protective Order, and a statement from USAP designating which of its in-house counsel can access discovery material designated as "Confidential" pursuant to the Protective Order.

We look forward to working with you on NWAP's response to this subpoena.

Thank you,

Dennis

**Dennis D. Howe**
Kellogg, Hansen, Todd, Figel, & Frederick, P.L.L.C.
1615 M Street, N.W. | Suite 400 | Washington, DC 20036 | (202) 367-7808

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

**From:** Megan Rapp <mrapp@srg-law.com>
**Sent:** Wednesday, September 25, 2024 10:36 AM
**To:** Fetterman, Kenneth M. <kfetterman@kellogghansen.com>
**Cc:** Dennis Mundy <dmundy@nwapservices.com>
**Subject:** [EXTERNAL] NWAP Subpoena in FTC/USAP case

Good morning, Mr. Fetterman---I represent NWAP in relation to the attached subpoena. Please send any communications regarding this subpoena to me.

I wanted to see if we could meet and confer regarding the scope of the subpoena. What is your availability this week and next for a call?

Thank you!

| | |
|---|---|
| [Web](#) [LinkedIn](#) | Megan Rapp<br>Partner<br>2700 Research Forest Drive, Suite 100<br>The Woodlands, Texas 77382<br>T: (281) 419-7770<br>F: 346-223-0283 |

IMPORTANT/CONFIDENTIAL. This message is intended only for the use of the addressees shown above. It contains information that may be privileged, confidential, and/or exempt from disclosure under applicable law. If you are not the intended recipient of this message, you are hereby notified that the copying, use or distribution of any information or materials transmitted in or with this message is strictly prohibited. If you receive this message by mistake, please call immediately at (281) 419-7770 and destroy the original message. Thank you.