IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>U.S. ANESTHESIA PARTNERS, INC., et al.<br><br>Defendants. | Case No.: 4:23-CV-03560-KH |

**Defendant U.S. Anesthesia Partners, Inc.'s
Unopposed Motion to File Temporarily Under Seal**

Pursuant to paragraph 9 of the Revised Protective Order entered in this Action (ECF Nos. 149-1, 152), Defendant U.S. Anesthesia Partners, Inc. moves to file under temporary seal the unredacted version of Defendant U.S. Anesthesia Partners, Inc.'s Motion To Compel Northwest Anesthesiology & Pain Services, P.A. (ECF No. 228) because the document contains information designated as Confidential Material and Highly Confidential Material. The Producing Entity of the Confidential Material and Highly Confidential Material, non-party Northwest Anesthesiology & Pain Services, P.A., will have fourteen days to provide a basis for maintaining the records under seal.

Dated: February 26, 2025

David J. Beck (TX Bar No. 00000070)
  (Federal I.D. No. 16605)
Garrett S. Brawley (TX Bar No. 24095812)
  (Federal I.D. No. 3311277)
BECK REDDEN LLP
1221 McKinney Street, Suite 4500
Houston, TX  77010
Tel: (713) 951-3700
Fax: (713) 951-3720
dbeck@beckredden.com
gbrawley@beckredden.com

Respectfully submitted,

/s/ *Mark C. Hansen*

Mark C. Hansen (D.C. Bar No. 425930)
  (*Pro Hac Vice)*
Attorney-in-Charge
Geoffrey M. Klineberg (D.C. Bar No. 444503)
  (*Pro Hac Vice*)
Dennis D. Howe (D.C. Bar No. 90011114)
  (*Pro Hac Vice*)
Anthony R. Guttman (D.C. Bar No. 1754586)
  (*Pro Hac Vice*)
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
Fax: (202) 326-7999
mhansen@kellogghansen.com
gklineberg@kellogghansen.com
dhowe@kellogghansen.com

*Counsel for Defendant U.S. Anesthesia Partners, Inc.*

*PRIVILEGED & CONFIDENTIAL*
*ATTORNEY WORK PRODUCT*

## CERTIFICATE OF CONFERENCE

On February 25, 2025, the undersigned counsel for U.S. Anesthesia Partners, Inc. conferred via electronic mail with Andrew Wirmani, counsel for Northwest Anesthesiology & Pain Services, P.A., who confirmed that he did not oppose the Motion to File Temporarily Under Seal.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 26, 2025

/s/ *Dennis D. Howe*
Dennis D Howe
KELLOGG, HANSEN, TODD,
 FIGEL & FREDERICK, P.L.L.C.
1615 M Street N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
Fax: (202) 326-7999
dhowe@kellogghansen.com

*PRIVILEGED & CONFIDENTIAL*
*ATTORNEY WORK PRODUCT*

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 26, 2025, I filed the foregoing document with the Court and served it on opposing counsel through the Court's CM/ECF system. All counsel of record are registered ECF users.

/s/ *Mark C. Hansen*
Mark C. Hansen

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>U.S. ANESTHESIA PARTNERS, INC., et al.<br><br>Defendants. | Case No.: 4:23-CV-03560-KH |

## [PROPOSED] ORDER GRANTING DEFENDANT U.S. ANESTHESIA PARTNERS, INC.'S UNOPPOSED MOTION TO FILE TEMPORARILY UNDER SEAL

The Court has considered the unopposed motion of Defendant U.S. Anesthesia Partners, Inc. to File Temporarily Under Seal (ECF No. __), and **GRANTS** Defendant U.S. Anesthesia Partners, Inc.'s Motion to File Temporarily Under Seal the unredacted version of Defendant U.S. Anesthesia Partners, Inc.'s Motion To Compel Northwest Anesthesiology & Pain Services, P.A. (ECF No. __).

It is **FURTHER ORDERED** that Producing Party Northwest Anesthesiology & Pain Services, P.A. has fourteen days from the date of this Order to file a motion to seal any portion of those documents. It is **FURTHER ORDERED** that any response in opposition to any motion to seal is due fourteen days after the filing of the motion.

It is so ORDERED.

SIGNED on March __, 2025 at Houston, Texas.

_____
Kenneth M Hoyt.

United States District Judge