# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

Federal Trade Commission

v.  Case Number: 4:23−cv−03560

U.S. Anesthesia Partners, Inc., et al.

---

## NOTICE OF HEARING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SCHEDULED AS SET FORTH BELOW.**

Telephone Conference set for 3/6/2025 at 10:00 AM before Judge Kenneth M Hoyt, by telephone.

Date: February 27, 2025

Nathan Ochsner, Clerk, Clerk<br>
s/ 4 CynthiaHorace, Deputy Clerk