Case 4:23-cv-03560   Document 233   Filed on 02/28/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
February 28, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, § § Plaintiff, § § VS. § U.S. ANESTHESIA PARTNERS, INC., *et al.*, § § Defendants. § § | CIVIL ACTION NO. 4:23-CV-03560 |

### ORDER GRANTING PLAINTIFF FEDERAL TRADE COMMISSION'S UNOPPOSED MOTION TO FILE TEMPORARILY UNDER SEAL

The Court has considered the unopposed motion of Plaintiff Federal Trade Commission to File Temporarily Under Seal (ECF No. 227), and **GRANTS** the Federal Trade Commission's Motion to File Temporarily Under Seal the unredacted versions of Plaintiff Federal Trade Commission's Motion to Compel Deposition of Dr. Paul Klotman (ECF No. 225) and Declaration of Laura R. Hall in Support of Plaintiff Federal Trade Commission's Motion to Compel Deposition of Dr. Paul Klotman (ECF No. 225-2).

It is **FURTHER ORDERED** that Producing Parties U.S. Anesthesia Partners, Inc. and Baylor College of Medicine have fourteen days from the date of this Order to file a motion to seal any portion of those documents.

It is **FURTHER ORDERED** that any response in opposition to any motion to seal is due fourteen days after the filing of the motion.

It is so ORDERED.

SIGNED on February 28, 2025, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge