UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:23-CV-03560 |
| | § | |
| U.S. ANESTHESIA PARTNERS, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |
| | § | |

**ORDER GRANTING DEFENDANT U.S. ANESTHESIA PARTNERS, INC.'S
UNOPPOSED MOTION TO FILE TEMPORARILY UNDER SEAL**

The Court has considered the unopposed motion of Defendant U.S. Anesthesia Partners,

Inc. to File Temporarily Under Seal (ECF No.230), and **GRANTS** Defendant U.S. Anesthesia

Partners, Inc.'s Motion to File Temporarily Under Seal the unredacted version of Defendant U.S.

Anesthesia Partners, Inc.'s Motion to Compel Northwest Anesthesiology & Pain Services, P.A.

(ECF No. 228).

It is **FURTHER ORDERED** that Producing Party Northwest Anesthesiology & Pain

Services, P.A. has fourteen days from the date of this Order to file a motion to seal any portion of

those documents. It is **FURTHER ORDERED** that any response in opposition to any motion to

seal is due fourteen days after the filing of the motion.

It is so ORDERED.

SIGNED on February 28, 2025, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge