UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:23-CV-03560-KH |
|---|---|---|---|

**FEDERAL TRADE COMMISSION**

*versus*

**U.S. ANESTHESIA PARTNERS, INC. ET AL**

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Esther Lee<br>Federal Trade Commission<br>600 Pennsylvania Avenue NW<br>Washington, DC 20580<br>Phone: (202) 326-2633<br>Email: elee4@ftc.gov<br>WA Bar No. 63356 |
|---|---|

| Name of party applicant seeks to appear for: | FEDERAL TRADE COMMISSION |
|---|---|

Has applicant been sanctioned by any bar association or court?    Yes _____    No ✓

On a separate sheet for each sanction, please supply the full particulars.

Dated: 2/28/2025    Signed: *Esther Lee*

The state bar reports that the applicant's status is:

Dated: _____    Clerk's signature

**Order**      This lawyer is admitted *pro hac vice*.

Dated: _____      _____
                                                                        United States District Judge