Case 4:23-cv-03560  Document 238  Filed on 03/03/25 in TXSD  Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
March 03, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:23-CV-03560-KH |
|---|---|---|---|

| FEDERAL TRADE COMMISSION |
|---|
| *versus* |
| U.S. ANESTHESIA PARTNERS, INC. ET AL |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Esther Lee<br>Federal Trade Commission<br>600 Pennsylvania Avenue NW<br>Washington, DC 20580<br>Phone: (202) 326-2633<br>Email: elee4@ftc.gov<br>WA Bar No. 63356 |
|---|---|

| Name of party applicant seeks to appear for: | FEDERAL TRADE COMMISSION |
|---|---|

Has applicant been sanctioned by any bar association or court? Yes ___ No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 2/28/2025 | Signed: *Esther Lee* |
|---|---|

| The state bar reports that the applicant's status is: Active |
|---|
| Dated: 3/3/2025    Clerk's signature *CAM* |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: March 3, 2025

_____
United States District Judge