UNITED STATES DISRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　Plaintiff<br><br>v.<br><br>U.S. ANESTHESIA PARTNERS, INC.<br><br>　　Defendant. | Case No. 4:23-cv-03560-KH |

## NOTICE OF APPEARANCE OF COUNSEL

Sara Brinkmann of King & Spalding LLP hereby appears as counsel for Non-Party Baylor College of Medicine in this action and respectfully requests to be included on the ECF service list.

Dated: March 3, 2025

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　KING & SPALDING LLP


　　　　　　　　　　　　　　　　　　　　　By:   *Sara Brinkmann*
　　　　　　　　　　　　　　　　　　　　　　　　Sara Brinkmann
　　　　　　　　　　　　　　　　　　　　　　　　SDTX Bar No. 1287802
　　　　　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 24069919
　　　　　　　　　　　　　　　　　　　　　　　　1100 Louisiana Street, Suite 4100
　　　　　　　　　　　　　　　　　　　　　　　　Houston, TX  77002
　　　　　　　　　　　　　　　　　　　　　　　　Tel: (713) 751-3279
　　　　　　　　　　　　　　　　　　　　　　　　Fax: (713) 751-3290
　　　　　　　　　　　　　　　　　　　　　　　　sbrinkmann@kslaw.com

　　　　　　　　　　　　　　　　　　　　　*Attorney for Non-Party Baylor College of Medicine*

## CERTIFICATE OF SERVICE

      I certify that on March 3, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                        */s/ Sara Brinkmann*
                                        Sara Brinkmann