UNITED STATES DISRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff<br><br>v.<br><br>U.S. ANESTHESIA PARTNERS, INC.<br><br>    Defendant. | Case No. 4:23-cv-03560-KH |

## NOTICE OF APPEARANCE OF COUNSEL

Matt Vandenberg of King & Spalding LLP hereby appears as counsel for Non-Party Baylor College of Medicine in this action and respectfully requests to be included on the ECF service list.

Dated: March 3, 2025

                                              Respectfully submitted,

                                              KING & SPALDING LLP

                                        By:   *Matt Vandenberg*
                                                  Matt Vandenberg
                                                  SDTX Bar No. 1495533
                                                  Texas State Bar No. 24079501
                                                  500 W. 2nd Street, Suite 1800
                                                  Austin, TX  78701
                                                  Tel: (512) 457-2038
                                                  Fax: (512) 457-2100
                                                  mvandnberg@kslaw.com

                                              *Attorney for Non-Party Baylor College of Medicine*

**CERTIFICATE OF SERVICE**

      I certify that on March 3, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                              */s/ Matt Vandenberg*
                                              Matt Vandenberg