# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, § | |
| § | |
| Plaintiff, § | |
| § | Case No. 4:23-CV-03560-KH |
| v. § | |
| § | |
| U.S. ANESTHESIA PARTNERS, INC., *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER GRANTING UNOPPOSED MOTION TO PERMANENTLY SEAL

Non-Party Baylor College of Medicine ("BCM") made an oral motion during the Court's status conference held on March 6, 2025 for the Court to permanently seal materials related to Plaintiff Federal Trade Commission's Motion to Compel the Deposition of Dr. Paul Klotman (ECF No. 225), which has now been withdrawn as moot. Plaintiff Federal Trade Commission and Defendant U.S. Anesthesia Partners, Inc. did not oppose the motion, and the Court granted BCM permission to submit this proposed Order regarding the motion (the "Unopposed Motion to Permanently Seal").

Having considered the Unopposed Motion to Permanently Seal, the relevant facts, and the applicable law, it is hereby ORDERED that the Unopposed Motion to Permanently Seal is GRANTED.

Pursuant to Federal Rule of Civil Procedure 5.2(d), the Court hereby ORDERS that the Plaintiff Federal Trade Commission's Motion to Compel Deposition of Dr. Paul Klotman (ECF No. 225), including all of its attachments and exhibits, shall remain under seal permanently.

It is so ORDERED.

Signed on March ___, 2025.

                                                                   _____
                                                                   Kenneth M. Hoyt
                                                                   United States District Judge