IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | |
| Plaintiff, | |
| v. | Case No.: 4:23-CV-03560-KH |
| U.S. ANESTHESIA PARTNERS, INC., | |
| Defendant. | |

**Notice of Withdrawal as Counsel of Record**

Rebekah Conlon hereby withdraws as attorney of record for Plaintiff Federal Trade Commission in the above-captioned matter. The Federal Trade Commission will continue to be represented by Kara Monahan and other Federal Trade Commission attorneys. Therefore, please remove the undersigned as counsel of record in this matter.

Dated: June 5, 2025

Respectfully submitted,

*/s/   Rebekah Conlon*
Rebekah Conlon (*pro hac vice*)
Federal Trade Commission
600 Pennsylvania Ave, NW
Washington, DC 20580
Tel: (202) 326-3235
rconlon@ftc.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on this day, I caused the foregoing Notice of Withdrawal as Counsel of Record to be served on all counsel of record using the ECF system of the United States District Court for the Southern District of Texas.

Dated: June 5, 2025

                                                              /s/ *Rebekah Conlon*
                                                              Rebekah Conlon