# Exhibit A
# (Excerpt)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>U.S. ANESTHESIA PARTNERS, INC.,<br><br>Defendants. | Case No.: 4:23-CV-03560-KH |

**Plaintiff Federal Trade Commission's First Set of Requests for Admission to Defendant U.S. Anesthesia Partners, Inc.**

Pursuant to Rule 36 of the Federal Rules of Civil Procedure, Plaintiff Federal Trade Commission ("FTC") requests that Defendant U.S. Anesthesia Partners, Inc. ("USAP") respond to this First Set of Requests for Admission (the "Requests"). Responses must be provided within the time allotted under Rule 36(a)(3). These requests are continuing in nature and should be supplemented in accordance with Rule 26(e) of the Federal Rules of Civil Procedure

**Instructions**

1.  Unless otherwise specified, the information requested by this set of Requests is information in the possession, control, or custody of USAP. Your obligation to comply with these Requests is continuing and extends to information created or received after the date you respond to this request.

2.  If any privilege is claimed as a ground for not responding to a Request, provide a privilege log in Microsoft Excel format describing the basis for the claim of privilege and all information necessary for the FTC and the Court to assess the claim of privilege in

1

accordance with Federal Rule of Civil Procedure 26(b)(5). The privilege log must include the following: (i) the specific grounds for the claim of privilege; (ii) the date of the communication; (iii) the persons involved in the communication and the persons' positions at the time of the communication; (iv) a description of the subject matter of the communication in sufficient detail to assess the claim of privilege; and (v) the specific Request the claim of privilege relates to.

3. In answering the following Requests, please quote each Request before each response. LR 26.2.

4. If you find the meaning of any term in any Request unclear, without waiver of the FTC's rights to seek a full and complete response to the Request, you shall assume a reasonable meaning, state what the assumed meaning is, and respond to the Request according to the assumed meaning.

**Definitions**

A. "You," "the Company," or "USAP" means U.S. Anesthesia Partners, Inc. and its successors, predecessors, divisions, wholly- or partially-owned subsidiaries, domestic or foreign parents, affiliates, partnerships, and joint ventures; and all the directors, officers, employees, consultants, agents, and representatives of the foregoing.

B. "Acquired" means executed any transaction, including, but not limited to, a merger, acquisition (including asset purchases or acquisitions of voting stock or other equity), affiliation, consolidation, investment, joint venture, license, partnership, sale, or other transaction by or on behalf of the Company and a third party (including, but not limited to, the "Acquisitions" as used in USAP-FTC00004191).

2

**Request No. 34:** Admit that before it was Acquired by USAP, Lake Travis Anesthesiology provided Anesthesia Services in Austin.

**Request No. 35:** Admit that before it was Acquired by USAP, Pinnacle provided Anesthesia Services in Dallas.

**Request No. 36:** Admit that before it was Acquired by USAP, North Houston Anesthesiology (Kingwood) provided Anesthesia Services in Houston.

**Request No. 37:** Admit that before it was Acquired by USAP, Anesthesia Consultants of Dallas provided Anesthesia Services in Dallas.

**Request No. 38:** Admit that before it was Acquired by USAP, Excel Anesthesia, P.A. provided Anesthesia Services in Dallas.

**Request No. 39:** Admit that before it was Acquired by USAP, BMW Physicians provided Anesthesia Services in Dallas.

**Request No. 40:** Admit that before it was Acquired by USAP, Medical City Physicians provided Anesthesia Services in Dallas.

**Request No. 41:** Admit that before it was Acquired by USAP, East Texas Anesthesiology Associates provided Anesthesia Services in Tyler.

**Request No. 42:** Admit that before it was Acquired by USAP, MetroWest Anesthesia Care, PLLC provided Anesthesia Services in Houston.

**Request No. 43:** Admit that before it was Acquired by USAP, Capitol Anesthesiology Association provided Anesthesia Services in Austin.

**Request No. 44:** Admit that before it was Acquired by USAP, Amarillo Anesthesia Consultants, P.A. provided Anesthesia Services in Amarillo.