# Exhibit D (Excerpt)

**HIGHLY CONFIDENTIAL**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** | |
| **Plaintiff,** | |
| v. | Case No.: 4:23-CV-03560-KH |
| **U.S. ANESTHESIA PARTNERS, INC., et al.** | |
| **Defendants.** | |

## USAP'S AMENDED OBJECTIONS AND RESPONSES TO THE FTC'S FIRST SET OF REQUESTS FOR ADMISSION

Pursuant to Rule 36 of the Federal Rules of Civil Procedure, Defendant U.S. Anesthesia Partners, Inc. ("USAP"), by and through undersigned counsel, objects and responds to Plaintiff the Federal Trade Commission's ("FTC") First Set of Requests for Admission (the "Requests"), dated March 7, 2025. These objections and responses reflect USAP's present knowledge, information, and belief and are subject to change or modification based on further discovery or on facts or circumstances that may come to USAP's knowledge.

## GENERAL OBJECTIONS

The following General Objections apply to each and every Request and will form an integral part of USAP's response to the FTC's Requests.

1.  USAP objects to each and every Definition, Instruction, and Request to the extent it attempts to alter the scope of discovery or impose obligations that exceed those required by the Federal Rules of Civil Procedure, the Local Civil Rules of the U.S. District Court for the Southern District of Texas, any agreement or stipulation between the parties on ESI, any Protective Order, or any other rule or order in this case.

personnel formerly affiliated with North Houston Anesthesiology (Kingwood) provided Anesthesia Services in Houston.

**REQUEST NO. 37:**

Admit that before it was Acquired by USAP, Anesthesia Consultants of Dallas provided Anesthesia Services in Dallas.

**RESPONSE:**

USAP incorporates by reference its General Objections and its Objections to Definitions and Instructions.

Subject to and without waiving these objections, USAP denies this Request, as it did not acquire Anesthesia Consultants of Dallas, but admits that USAP Texas acquired Anesthesia Consultants of Dallas, and USAP admits that Anesthesia Consultants of Dallas provided Anesthesia Services in Dallas before it was acquired by USAP Texas.

**REQUEST NO. 38:**

Admit that before it was Acquired by USAP, Excel Anesthesia, P.A. provided Anesthesia Services in Dallas.

**RESPONSE:**

USAP incorporates by reference its General Objections and its Objections to Definitions and Instructions.

Subject to and without waiving these objections, USAP denies this Request, as it did not acquire Excel Anesthesia, P.A., but admits that USAP Texas acquired Excel Anesthesia, P.A., and USAP admits that Excel Anesthesia, P.A., provided Anesthesia Services in Dallas before it was acquired by USAP Texas.

**REQUEST NO. 39:**

Admit that before it was Acquired by USAP, BMW Physicians provided Anesthesia Services in Dallas.

**RESPONSE:**

USAP incorporates by reference its General Objections and its Objections to Definitions and Instructions.

Subject to and without waiving these objections, USAP denies that it acquired BMW Physicians, interpreting the term "acquire" to mean that a former practice was subject to a merger, an asset purchase, or an acquisition of stock or other equity. USAP admits that USAP Texas hired, as new employees, personnel formerly affiliated with BMW Physicians, and that, prior to being hired as new employees, personnel formerly affiliated with BMW Physicians provided Anesthesia Services in Dallas.

**REQUEST NO. 40**

Admit that before it was Acquired by USAP, Medical City Physicians provided Anesthesia Services in Dallas.

**RESPONSE:**

USAP incorporates by reference its General Objections and its Objections to Definitions and Instructions.

Subject to and without waiving these objections, USAP denies that it acquired Medical City Physicians, interpreting the term "acquire" to mean that a former practice was subject to a merger, an asset purchase, or an acquisition of stock or other equity. USAP admits that USAP Texas hired, as new employees, personnel formerly affiliated with Medical City Physicians, and that, prior to being hired as new employees, personnel formerly affiliated with Medical City Physicians provided Anesthesia Services in Dallas.

**REQUEST NO. 41**

Admit that before it was Acquired by USAP, East Texas Anesthesiology Associates provided Anesthesia Services in Tyler.