THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>U.S. ANESTHESIA PARTNERS, INC., et al.<br><br>Defendants. | Case No.: 4:23-CV-03560-KH |

**[PROPOSED] ORDER GRANTING DEFENDANT U.S. ANESTHESIA PARTNERS, INC.'S MOTION FOR LEAVE TO AMEND ITS ANSWER**

The Court has considered Defendant U.S. Anesthesia Partners, Inc.'s ("USAP") Motion For Leave To Amend Its Answer, the FTC's Opposition, and USAP's Reply. It is hereby **ORDERED** that the Motion For Leave To Amend is **GRANTED**. Within three business days, USAP shall file its amended Answer.

It is so ORDERED.


SIGNED ON _____, in Houston, Texas.


                                                                  Kenneth M. Hoyt
                                                                  United States District Judge