IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>U.S. ANESTHESIA PARTNERS, INC.,<br><br>Defendant. | Case No.: 4:23-CV-03560-KH |

**Declaration of Kara Monahan in Support of Plaintiff Federal
Trade Commission's Opposition to Defendant U.S. Anesthesia
Partners, Inc.'s Motion to Compel Interrogatory Responses**

1. My name is Kara Monahan. I am an attorney licensed to practice in the state of New Jersey and admitted *pro hac vice* representing the Federal Trade Commission (FTC) in the above-captioned matter. I submit this declaration in support of the FTC's Opposition to Defendant U.S. Anesthesia Partners, Inc.'s (USAP) Motion to Compel Interrogatory Responses. The facts set forth in this declaration are based on my personal knowledge.

2. Attached as Exhibit A is a true and correct copy of excerpts from the FTC's Responses and Objections to USAP's First Set of Interrogatories, dated December 2, 2024.

3. Attached as Exhibit B is a true and correct copy of excerpts from the FTC's Objections to USAP's Second Set of Interrogatories, dated April 30, 2025.

4. Attached as Exhibit C is a true and correct copy of excerpts from USAP's First Set of Interrogatories to the FTC, dated October 16, 2024.

5. Attached as Exhibit D is a table created by the FTC comparing USAP's First Set of Interrogatories to the FTC as numbered by USAP to the separate questions they actually

1

contain, as identified in the FTC's December 2, 2024 objections.

6. USAP did not request to meet and confer or otherwise contact the FTC concerning the FTC's numerosity objection to USAP's First Set of Interrogatories until May 5, 2025, a full five months after receiving the FTC's objections.

7. On June 3, 2025, the FTC offered to answer six interrogatories, as the FTC counts them, from USAP's Second Set of Interrogatories. On June 4, 2025, USAP declined the FTC's offer.

8. On March 31, 2025, USAP served on the FTC 256 requests for admission (RFAs).

9. As written, USAP's RFA Nos. 1-12 relate to "consumers of USAP's Anesthesia Services," as defined by USAP.

10. As written, USAP's RFA Nos. 77-93 relate to "Exclusive Staffing Arrangements," as defined by USAP.

11. On May 16, 2025, the FTC served a 154-page response to USAP's 256 RFAs. The FTC answered each of the 256 RFAs.

12. In addition to its interrogatories and RFAs, USAP served 20 requests for production on the FTC and 79 subpoenas duces tecum on nonparties, and has taken 41 depositions.

I declare under penalty of perjury that the foregoing is true and correct.

Date: June 20, 2025 /s/ *Kara Monahan*
Kara Monahan
(NJ Bar No. 011392010) (*Pro Hac Vice*)
Attorney-in-charge
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
Tel: (202)-326-2018
kmonahan@ftc.gov

*Counsel for Plaintiff*
*Federal Trade Commission*