# Exhibit C

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>U.S. ANESTHESIA PARTNERS, INC., et al.<br><br>Defendants. | Case No.: 4:23-CV-03560-KH |

**U.S. ANESTHESIA PARTNERS, INC.'S FIRST SET OF
INTERROGATORIES TO THE FEDERAL TRADE COMMISSION**

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Defendant U.S. Anesthesia Partners, Inc. ("USAP"), requests that the Federal Trade Commission serve a written response to this First Set of Interrogatories. The requested answers must be provided within thirty (30) days after service of these interrogatories or at such other time as may be directed by the Court or agreed to by the parties. The Commission shall answer the following interrogatories separately and fully in writing, under oath, and serve the answers at the offices of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C., located at 1615 M Street, N.W., Suite 400, Washington, D.C. 20036.

**DEFINITIONS**

1. "Action" means the above-captioned action pending in this Court, including any related discovery, pretrial, trial, post-trial, or appellate proceedings.

2. "Cluster" means the "cluster" of individual Services that You contend together constitute "commercially insured hospital-only anesthesia services" as that phrase is used in the Complaint (*see* ¶¶ 216-219).

3. "Complaint" means the Complaint filed in this Action by Plaintiff Federal Trade Commission on September 21, 2023.

4. "Communication" means the transmittal of information or request for information, including, but not limited to, any written contact between two or more people by such means as letters, memoranda, facsimile transmissions, text messages, instant messages, and emails, as well as any oral discussion by such means as face-to-face meetings and telephone or video conversations.

5. "Date" means the exact day, month, and year if ascertainable; if not, the closest approximation that can be made by means of relationship to other events, locations, or matters.

6. "Document" or "Documents" means all documents or data, whether hard copy or Electronically Stored Information as defined in Federal Rule of Civil Procedure 34(a).

7. "Electronically Stored Information" or "ESI" means all Documents or data that are stored in any electronic medium from which information can be obtained.

8. "Market Participant" means any firm that is a "market participant" in any Relevant Market within the meaning of Section 4.4.A of the Merger Guidelines. *See* U.S. Dep't of Justice & Fed. Trade Comm'n, *Merger Guidelines* § 4.4.A (2023), https://www.ftc.gov/system/files/ftc_gov/pdf/P234000-NEW-MERGER-GUIDELINES.pdf.

9. "Person" means any person and includes natural persons, corporations, firms, partnerships, proprietorships, associations, joint ventures, firms, State, Territory, government agencies or entities, and other enterprises or legal entities.

10. "Relevant Geographic Market" means any putative geographic market alleged in the Complaint (¶¶ 235-260).

2

11. "Relevant Market" means any pairing of a Relevant Service Market and a Relevant Geographic Market that constitutes any putatively well-defined antitrust market alleged in the Complaint (e.g., ¶¶ 341, 350, & 356).

12. "Relevant Service Market" means any putative service market for "commercially insured hospital-only anesthesia services" alleged in the Complaint (¶¶ 216-234).

13. "Service" means any individual anesthesia service within the Cluster (*see* Compl. ¶ 217), without regard to the facility in which that service is performed or whether it is provided on an inpatient or outpatient basis.

14. "You," "Your," "Federal Trade Commission," or "FTC" refers to Plaintiff, United States Federal Trade Commission, including, but not limited to, any components, agents, Commissioners, representatives, consultants, contractors, employees, attorneys, economists, experts, and any other Person(s) acting or purporting to act with or on its behalf.

15. The definitions set forth above shall apply to all Interrogatories.

## GENERAL INSTRUCTIONS

1. The words "and" and "or" shall be construed both conjunctively and disjunctively, and each shall include the other wherever such dual construction will serve to

each fact the FTC contends supports that definition, and each fact the FTC contends supports any purported adverse effect of each challenged acquisition or agreement.

| | |
|---|---|
| Dated: October 16, 2024 | /s/ *Collin R. White* |
| | Collin R. White |

| | |
|---|---|
| David J. Beck (TX Bar No. 00000070) | Mark C. Hansen* (D.C. Bar No. 425930) |
| (Federal I.D. No. 16605) | Attorney-in-Charge |
| Garrett S. Brawley (TX Bar No. 24095812) | Geoffrey M. Klineberg* (D.C. Bar No. 444503) |
| (Federal I.D. No. 3311277) | |
| BECK REDDEN LLP | Kenneth M. Fetterman* (D.C. Bar No. 474220) |
| 1221 McKinney Street, Suite 4500 | |
| Houston, TX  77010 | Collin R. White* (D.C. Bar No. 1031005) |
| Tel: (713) 951-3700 | KELLOGG, HANSEN, TODD, |
| Fax: (713) 951-3720 | FIGEL & FREDERICK, P.L.L.C. |
| | 1615 M Street N.W., Suite 400 |
| | Washington, D.C. 20036 |
| | Tel: (202) 326-7900 |
| | Fax: (202) 326-7999 |
| | *Admitted Pro Hac Vice |

*Counsel for Defendant U.S. Anesthesia Partners, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2024, I served or caused to be served a true and correct copy of U.S. Anesthesia Partners, Inc.'s First Set of Interrogatories to the Federal Trade Commission upon the following counsel of record for the FTC at the email addresses listed below:

Kara Monahan
Bradley S. Albert
Michael J. Arin
Daniel W. Butrymowicz
Timothy Grayson
Dylan Herts
Leah P. Hubinger
Patrick Kennedy
Neal Perlman
Gary H. Schorr
Eric. M. Sprague

Federal Trade Commission
600 Pennsylvania Ave., N.W.
Washington, D.C. 20580
Tel: 202-326-2075

kmonahan@ftc.gov
balbert@ftc.gov
marin@ftc.gov
dbutrymowicz@ftc.gov
tgrayson@ftc.gov
dherts@ftc.gov
lhubinger@ftc.gov
pkennedy@ftc.gov
nperlman@ftc.gov
gschorr@ftc.gov
esprague@ftc.gov

Dated: October 16, 2024

/s/ *Collin R. White*
Collin R. White
*Counsel for Defendant U.S. Anesthesia Partners, Inc.*