# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>U.S. ANESTHESIA PARTNERS, INC.,<br><br>Defendant. | Case No. 4:23-CV-03560-KH |

**[PROPOSED] Order Denying Defendant U.S. Anesthesia Partners, Inc.'s Motion to Compel Interrogatory Responses**

Upon consideration of Defendant U.S. Anesthesia Partners, Inc.'s Motion to Compel Interrogatory Responses (ECF 269), Plaintiff Federal Trade Commission's opposition to the motion (ECF ___), and all related declarations, exhibits and briefs, the Motion to Compel is **DENIED**.

It is so ORDERED.

SIGNED on _____, 2025 in Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge