IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> U.S. ANESTHESIA PARTNERS, INC., <br><br> Defendant. | Case No.: 4:23-CV-03560-KH |

**Notice of Withdrawal as Counsel of Record**

Maggie Yellen hereby informs the Court that she is leaving the Federal Trade Commission as of August 8, 2025 and, therefore, will no longer be representing the Federal Trade Commission as of that date. The Federal Trade Commission will continue to be represented by Kara Monahan and other Federal Trade Commission attorneys. Therefore, please remove the undersigned as counsel of record in this matter.

Dated: July 31, 2025

Respectfully submitted,

*/s/   Maggie Yellen*
Maggie Yellen (*pro hac vice*)
Federal Trade Commission
600 Pennsylvania Ave, NW
Washington, DC 20580
Tel: (202) 316-7861
myellen@ftc.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on this day, I caused the foregoing Notice of Withdrawal as Counsel of Record to be served on all counsel of record using the ECF system of the United States District Court for the Southern District of Texas.

Dated: July 31, 2025

                                              /s/   Maggie Yellen
                                              Maggie Yellen