UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:23-CV-03560 |
| U.S. ANESTHESIA PARTNERS, INC., *et al.*, | § § § | |
| Defendants. | § § § | |

## NOTICE OF CANCELLATION

The parties are hereby notified that the August 5, 2025, telephonic status conference regarding defendant U.S. Anesthesia Partners, Inc.'s Motion to Compel (Dkt. No. 269) and Motion to Amend its Answer (Dkt. No. 271) in this matter is hereby **CANCELED**.

Date: August 4, 2025

NATHAN OCHSNER, CLERK

By: C. Horace, Case Manager to
Judge Kenneth M. Hoyt