IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Federal Trade Commission, | Civil Action No. 4:23-CV-03560 |
| Plaintiff, | |
| v. | |
| U.S. Anesthesia Partners, Inc., *et al.* | |
| Defendant. | |

**NOTICE OF SUBSTUTION OF LAW FIRM**

Please take notice that Amanda Wait, counsel for non-party Envision Physician Services LLC, is no longer associated with DLA Piper LLP (US).

Ms. Wait is now associated with MICHAEL BEST & FRIEDRICH LLP, located at 1000 Maine Avenue, SW, Suite 400, Washington, DC 20024. The firm's telephone and fax numbers are (202) 747-9560 and (877) 398-5240, respectively, and Ms. Wait's e-mail address is now Amanda.Wait@michaelbest.com. Michael Best & Friedrich LLP is now the firm of record for non-party Envision Physician Services LLC in the above-entitled action. Please update your service lists accordingly.

Dated: November 21, 2025                    Respectfully submitted,

                                              **MICHAEL BEST & FRIEDRICH LLP**

By: */s/ Amanda Wait*
     Amanda Wait (DC Bar #982117) *(Pro Hac Vice)*
     amanda.wait@michaelbest.com

     1000 Maine Avenue, SW
     Washington, DC  20024
     Telephone:  202.747.9560
     Facsimile:  877.398.5240

**Attorneys for Non-Party Envision Physician Services LLC**

**Certificate of Service**

      I hereby certify that on November 21, 2025, a true and correct copy of the foregoing was served on all counsel of record by the Court's CM/ECF system in accordance with the Federal Rules of Civil Procedure.

                                                     */s/ Amanda Wait*
                                                     Amanda Wait