# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>U.S. ANESTHESIA PARTNERS, INC.,<br><br>Defendant. | Case No.: 4:23-CV-03560-KH |

**[PROPOSED] Order Staying All Proceedings**

Upon consideration of Plaintiff Federal Trade Commission's Motion for Stay Due to Lapse in Funding, it is hereby ORDERED that the FTC's motion is GRANTED and:

1. The FTC shall notify the Court and counsel for USAP when funding has been appropriated and submit a proposed Fourth Amended Scheduling Order extending the deadlines by the number of days the case was stayed.

2. The Parties shall contact the Court's clerk within two business days of the FTC's notice to arrange for a scheduling conference to confirm or modify the trial date in this matter.

SO ORDERED.

Signed on February _____ , 2026 at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I caused the foregoing Plaintiff Federal Trade Commission's Motion to Stay Due to Lapse in Funding to be served on all counsel of record using the ECF system of the United States District Court for the Southern District of Texas.

Dated: February 2, 2026                    */s/ Kara Monahan*
                                                              Kara Monahan
                                                              NJ Bar No. 011392010 (Pro Hac Vice)
                                                              600 Pennsylvania Avenue, N.W.
                                                              Washington, D.C. 20580
                                                              202-326-2018
                                                              kmonahan@ftc.gov

                                                              *Counsel for Plaintiff*
                                                              *Federal Trade Commission*