**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>U.S. ANESTHESIA PARTNERS, INC.,<br><br>Defendant. | **PUBLIC REDACTED VERSION**<br><br>**Case No.: 4:23-CV-03560-KH** |

**Declaration of Kara Monahan in Support of Plaintiff Federal Trade Commission's
Opposition to Defendant USAP's Motion for Summary Judgement**

1.  My name is Kara Monahan. I am an attorney licensed to practice in the state of New Jersey
    and admitted *pro hac vice* representing the Federal Trade Commission ("FTC") in the
    above-captioned matter. I submit this declaration in support of the FTC's Opposition to
    Defendant USAP's Motion for Summary Judgment.

2.  Depicted below is a true and correct copy of Figure 32 from the Corrected Expert Report of
    Cory S. Capps, Ph.D. served in this litigation on August 28, 2025.

1

**Figure 32. USAP's 2015-Q4 Dallas MSA acquisition of Southwest Anesthesia Associates—** ██████



Source: Professional claims data ███████ in-network, hospital-only anesthesia services.

3.   Depicted below is a true and correct copy of Figure 37 from the Corrected Expert Report of Cory S. Capps, Ph.D. served in this litigation on August 28, 2025.

**Figure 37. Price indices for eventual USAP and never USAP groups in Houston—**



Source: Professional claims data ▆▆▆▆ in-network, hospital-only anesthesia services.
Notes: ▆▆▆▆▆▆▆▆▆▆▆

4.  Depicted below is a true and correct copy of Figure 38 from the Corrected Expert Report of
    Cory S. Capps, Ph.D. served in this litigation on August 28, 2025.

**Figure 38. Price indices for eventual USAP and never USAP groups in Dallas—█████**



Source: Professional claims data ████ in-network, hospital-only anesthesia services.

5. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the April 29, 2025 Deposition of Kristen Bratberg (USAP).

6. Attached hereto as Exhibit 6 is a true and correct copy of exhibit PX0170, which is also a document produced in this litigation as Bates Nos. USAP-FTC-CID-00909874 to USAP-FTC-CID-00909953.

7. Attached hereto as Exhibit 7 is a true and correct copy of exhibit PX2265, which is also a document produced in this litigation as Bates Nos. WCAS_FTC_00060571 to WCAS_FTC_00060574.

8. Attached hereto as Exhibit 4 is a true and correct copy of exhibit PX0030, which is also a document produced in this litigation as Bates Nos. USAP-FTC-CID-00511930 to USAP-FTC-CID-00511934.

9. Attached hereto as Exhibit 5 is a true and correct copy of exhibit PX2343, which is also a document produced in this litigation as Bates Nos. WCAS_FTC_00204082 to WCAS_FTC_00204125.

10. Attached hereto as Exhibit 6 is a true and correct copy of exhibit PX1638, which is also a document produced in this litigation as Bates Nos. USAP-FTC-CID-00205591 to USAP-FTC-CID-00205613.

11. Attached hereto as Exhibit 7 is a true and correct copy of exhibit PX1649, which is also a document produced in this litigation as Bates Nos. USAP-FTC-CID-00205614 to USAP-FTC-CID-00205659.

12. Attached hereto as Exhibit 8 is a true and correct copy of excerpts from the May 9, 2025 Deposition of █████████████████

13. Attached hereto as Exhibit 9 is a true and correct copy of excerpts from the March 21, 2025 Deposition of Robert Coward (USAP).

14. Attached hereto as Exhibit 10 is a true and correct copy of exhibit PX1214, which is also a document produced in this litigation as Bates Nos. USAP-FTC-CID-00344881 to USAP-FTC-CID-00344883.

15. Attached hereto as Exhibit 11 is a true and correct copy of excerpts from the April 10, 2025 Deposition of ████████████████ .

16. Attached hereto as Exhibit 12 is a true and correct copy of exhibit PX0184, which is also a document produced in this litigation as Bates Nos. ████████████████ ████████████████

17. Attached hereto as Exhibit 13 is a true and correct copy of a June 17, 2022 submission that USAP made to the FTC in response to a Civil Investigative Demand that has been marked as PX3007.

18. Attached hereto as Exhibit 14 is a true and correct copy of excerpts from the March 31, 2025 Deposition of Harry Hendrix (USAP).

19. Attached hereto as Exhibit 15 is a true and correct copy of exhibit PX1523, which is also a document produced in this litigation as Bates Nos. USAP-FTC-CID-00355017 to USAP-FTC-00355024.

20. Attached hereto as Exhibit 16 is a true and correct copy of exhibit PX2432, which is also a document produced in this litigation as Bates Nos. ████████████████ ████████████████

21. Attached hereto as Exhibit 17 is a true and correct copy of exhibit PX1708, which is also a document produced in this litigation as Bates Nos. USAP-FTC-CID-00394878 to USAP-FTC-CID-00394897.

22. Attached hereto as Exhibit 18 is a true and correct copy of excerpts from the Corrected Expert Report of Cory S. Capps, Ph.D. served in this litigation on August 28, 2025.

23. Attached hereto as Exhibit 19 is a true and correct copy of exhibit PX0231, which is also a document produced in this litigation as Bates Nos. WCAS_FTC_00376535 to WCAS_FTC_00376551.

24. Attached hereto as Exhibit 20 is a true and correct copy of exhibit PX0175, which is also a document produced in this litigation as Bates Nos. USAP-FTC-CID-00582762 to USAP-FTC-CID-00582763.

25. Attached hereto as Exhibit 21 is a true and correct copy of excerpts from the December 7, 2022 Investigational Hearing of Kristen Bratberg (USAP).

26. Attached hereto as Exhibit 22 is a true and correct copy of excerpts from the December 14, 2022 Investigational Hearing of ███████████████ .

27. Attached hereto as Exhibit 23 is a true and correct copy of exhibit PX1400, which is also a document produced in this litigation as Bates Nos. USAP-FTC-CID-01313667 to USAP-FTC-CID-01313668.

28. Attached hereto as Exhibit 24 is a true and correct copy of exhibit PX1064, which is also a document produced in this litigation as Bates Nos. USAP-FTC-CID-00308986 to USAP-FTC-CID-00308987.

29. Attached hereto as Exhibit 25 is a true and correct copy of exhibit PX0191, which is also a document produced in this litigation as Bates Nos. ███████████████ ███████████████ .

30. Attached hereto as Exhibit 26 is a true and correct copy of excerpts from the April 16, 2025 Deposition of ███████████████ .

31. Attached hereto as Exhibit 27 is a true and correct copy of excerpts from the February 26, 2025 Deposition of ███████████████ .

32. Attached hereto as Exhibit 28 is a true and correct copy of excerpts from the Corrected Expert Report of Lona Fowdur, Ph.D. served in this litigation on January 12, 2026.

33. Attached hereto as Exhibit 29 is a true and correct copy of exhibit PX1526, which is also a document produced in this litigation as Bates Nos. USAP-FTC-CID-00300953 to USAP-FTC-CID-00300954.

34. Attached hereto as Exhibit 30 is a true and correct copy of excerpts from the April 2, 2025 Deposition of Jack Lankford Wade (USAP).

35. Attached hereto as Exhibit 31 is a true and correct copy of exhibit PX1053, which is also a document produced in this litigation as Bates Nos. USAP-FTC-CID-01280996 to USAP-FTC-CID-01281051.

36. Attached hereto as Exhibit 32 is a true and correct copy of exhibit PX0186, which is also a document produced in this litigation as Bates Nos. ███████████████

██████████████

37. Attached hereto as Exhibit 33 is a true and correct copy of exhibit PX2194, which is also a document produced in this litigation as Bates Nos. ████████████████████████

████████

38. Attached hereto as Exhibit 34 is a true and correct copy of exhibit PX0115, which is also a document produced in this litigation as Bates Nos. USAP-FTC-CID-00784762 to USAP-FTC-CID-00784767.

39. Attached hereto as Exhibit 35 is a true and correct copy of excerpts from the March 27, 2025 Deposition of ███████████████

40. Attached hereto as Exhibit 36 is a true and correct copy of excerpts from the March 13, 2025 Deposition of ███████████████

41. Attached hereto as Exhibit 37 is a true and correct copy of excerpts from the March 18, 2025 Deposition of ███████████████

42. Attached hereto as Exhibit 38 is a true and correct copy of excerpts from the April 28, 2025 Deposition of Charles Len Wright (USAP).

43. Attached hereto as Exhibit 39 is a true and correct copy of excerpts from the Reply Expert Report of Cory S. Capps, Ph.D. served in this litigation on December 12, 2025.

44. Attached hereto as Exhibit 40 is a true and correct copy of excerpts from the April 14, 2023 Investigational Hearing of Brian Regan (WCAS).

45. Attached hereto as Exhibit 41 is a true and correct copy of exhibit PX2350, which is also a document produced in this litigation as Bates Nos. WCAS_FTC_00502870 to WCAS_FTC_00502882.

46. Attached hereto as Exhibit 42 is a true and correct copy of excerpts from the January 16, 2025 Deposition of ████████████████████

47. Attached hereto as Exhibit 43 is a true and correct copy of excerpts from the April 10, 2025 Deposition of ████████████████

48. Attached hereto as Exhibit 44 is a true and correct copy of excerpts from the March 25, 2025 Deposition of ████████████

49. Attached hereto as Exhibit 45 is a true and correct copy of excerpts from the March 4, 2025 Deposition of ██████████████

50. Attached hereto as Exhibit 46 is a true and correct copy of excerpts from the March 10, 2025 Deposition of ██████████

51. Attached hereto as Exhibit 47 is a true and correct copy of exhibit PX1368, which is also a document produced in this litigation as Bates Nos. USAP-FTC-CID-00042649 to USAP-FTC-CID-00042655.

52. Attached hereto as Exhibit 48 is a true and correct copy of exhibit PX2226, which is also a document produced in this litigation as Bates Nos. ███████████████

███████████████

53. Attached hereto as Exhibit 49 is a true and correct copy of exhibit PX0187, which is also a document produced in this litigation as Bates Nos. USAP-FTC-CID-00137102 to USAP-FTC-CID-00137103.

54. Attached hereto as Exhibit 50 is a true and correct copy of excerpts from the March 7, 2025 Deposition of ███████████████

55. Attached hereto as Exhibit 51 is a true and correct copy of excerpts from the April 4, 2025 Deposition of Richard P. Dutton (USAP).

56. Attached hereto as Exhibit 52 is a true and correct copy of excerpts from the January 14, 2026 Deposition of Richard P. Dutton (USAP).

57. Attached hereto as Exhibit 53 is a true and correct copy of exhibit PX1201, which is also a document produced in this litigation as Bates Nos. USAPTX-00105014 to USAPTX-00105069.

58. Attached hereto as Exhibit 54 is a true and correct copy of excerpts from the April 18, 2025 Deposition of ███████████████

59. Attached hereto as Exhibit 55 is a true and correct copy of excerpts from the May 19, 2025 Deposition of ███████████████

60. Attached hereto as Exhibit 56 is a true and correct copy of excerpts from the April 21, 2025 Deposition of ███████████████

61. Attached hereto as Exhibit 57 is a true and correct copy of excerpts from the May 27, 2025 Deposition of ███████████████

62. Attached hereto as Exhibit 58 is a true and correct copy of excerpts from the April 23, 2025 Deposition of █████████████████.

63. Attached hereto as Exhibit 59 is a true and correct copy of excerpts from the April 16, 2025 Deposition of Tyler McBee (USAP).

64. Attached hereto as Exhibit 60 is a true and correct copy of excerpts from the April 30, 2025 Deposition of █████████████.

65. Attached hereto as Exhibit 61 is a true and correct copy of excerpts from the April 8, 2025 Deposition of █████████████.

66. Attached hereto as Exhibit 62 is a true and correct copy of excerpts from the April 16, 2025 Deposition of ████████████.

67. Attached hereto as Exhibit 63 is a true and correct copy of exhibit PX0221, which is also a document produced in this litigation as Bates Nos. WCAS_FTC_00202624 to WCAS_FTC_00202654.

68. Attached hereto as Exhibit 64 is a true and correct copy of excerpts from the March 27, 2025 Deposition of William Schlotter (USAP).

69. Attached hereto as Exhibit 65 is a true and correct copy of excerpts from the April 24, 2025 Deposition of ████████████.

70. Attached hereto as Exhibit 66 is a true and correct copy of excerpts from the February 11, 2025 Deposition of ████████████.

71. Attached hereto as Exhibit 67 is a true and correct copy of exhibit PX1495, which is also a document produced in this litigation as Bates Nos. USAP-FTC-CID-00431634 to USAP-FTC-CID-00431637.

72. Attached hereto as Exhibit 68 is a true and correct copy of exhibit PX2229, which is also a document produced in this litigation as Bates Nos. WCAS_FTC_00119832 to WCAS_FTC_00119834.

73. Attached hereto as Exhibit 69 is a true and correct copy of exhibit PX1226, which is also a document produced in this litigation as Bates Nos. USAP-FTC-CID-00392296 to USAP-FTC-CID-00392297.

74. Attached hereto as Exhibit 70 is a true and correct copy of excerpts from the February 14, 2025 Deposition of ███████████████████████████).

75. Attached hereto as Exhibit 71 is a true and correct copy of excerpts from the February 21, 2025 Deposition of ████████████████.

76. Attached hereto as Exhibit 72 is a true and correct copy of USAP's Amended Objections and Responses to the FTC's First Set of Requests for Admission which was served by USAP on May 28, 2025 and has also been marked as PX3009.

77. Attached hereto as Exhibit 73 is a true and correct copy of exhibit PX2067, which is also a document produced in this litigation as Bates Nos. █████████████████████ █████████████████.

78. Attached hereto as Exhibit 74 is a true and correct copy of excerpts from the February 27, 2025 Deposition of ███████████████████.

79. Attached hereto as Exhibit 75 is a true and correct copy of excerpts from the October 26, 2022 Investigational Hearing of Charles Len Wright (USAP).

80. Attached hereto as Exhibit 76 is a true and correct copy of exhibit PX1237, which is also a document produced in this litigation as Bates Nos. USAP-FTC-CID-01049479 to USAP-FTC-CID-01049480.

81. Attached hereto as Exhibit 77 is a true and correct copy of excerpts from the May 1, 2025 Deposition of Brian Regan (WCAS).

82. Attached hereto as Exhibit 78 is a true and correct copy of excerpts from the November 10, 2022 Investigational Hearing of Dale Flowers (USAP).

83. Attached hereto as Exhibit 79 is a true and correct copy of excerpts from the November 17, 2022 Investigational Hearing of ███████████████.

84. Attached hereto as Exhibit 80 is a true and correct copy of exhibit PX0193, which is also a document produced in this litigation as Bates Nos. ████████████ ██████████████.

I declare under penalty of perjury that the foregoing is true and correct.

Date: March 27, 2026                    /s/ Kara Monahan
                                        Kara Monahan (NJ Bar No. 011392010) *

                                        600 Pennsylvania Avenue, N.W.
                                        Washington, D.C. 20580
                                        202-326-2018
                                        kmonahan@ftc.gov

                                        Counsel for Plaintiff
                                        Federal Trade Commission
                                        *Pro Hac Vice