United States District Court
Southern District of Texas
**ENTERED**
March 31, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:23-CV-03560 |
| | § | |
| U.S. ANESTHESIA PARTNERS, INC., | § | |
| *et al.*, | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

Pending and promised are motions for summary judgment in this case. The Court is unopposed to the parties filing motions for summary judgment; however, in light of the volume and complexity of the issues raised by the motions, the Court determines that a "trial scheduling conference" is necessary in order to identify the issues, the time needed for trial, segmentation of the issues if necessary, and perhaps phase trials that will permit evidentiary presentations in a manner that does not administratively overload the Court's docket and personnel.

It is unlikely that the Court will be able to address all of the parties' motions for summary judgment. Therefore, the Court sets a conference for April 27, 2026, at 1:30 p.m. in Courtroom 8-B, 515 Rusk, Houston, Texas for the purpose of

exploring the most expeditious, cost effective and judicious use of the Court's time for resolving this case.

It is so ORDERED.

SIGNED on March 31, 2026, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge