United States District Court
Southern District of Texas

**ENTERED**

May 26, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:23-CV-03560 |
| | § | |
| U.S. ANESTHESIA PARTNERS, INC., *et al.*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

## <u>ORDER GRANTING JOINT MOTION TO STAY LITIGATION</u>

The Court has considered the parties' joint motion to stay litigation and hereby determines the motion should be **GRANTED**. (Dkt. No. 335).

It is, therefore, **ORDERED** that:

1. All proceedings and deadlines in this matter are stayed or suspended for 180 days through November 18, 2026;

2. The scheduling order is vacated (Dkt. No. 317);

3. The Parties shall provide a status update to the Court ten (10) days prior to the expiration of any stay if the Parties have not filed a proposed final order resolving the case prior to that time; and

1. USAP's motion for summary judgment (Dkt. Nos. 302, 303) is administratively terminated. If the settlement is terminated, USAP shall have leave to refile, within 3 business days of the Parties informing the Court of the termination, its already-filed summary judgment motion (Dkt. Nos. 302, 303), the FTC shall have leave to refile, within

2 business days of USAP's filing, its already-filed opposition (Dkt. Nos. 327, 331), and USAP shall have leave to file a 15-page reply brief within 21 days after USAP refiles its summary judgment motion.

It is so ORDERED.

SIGNED on May 22, 2026, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge