# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION, | |
| Plaintiff, | Case No.: 4:23-CV-03560-KH |
| v. | |
| U.S. ANESTHESIA PARTNERS, INC. | |
| Defendant. | |

## NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD

Katherine V. Tondrowski hereby informs the Court that she is leaving Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C. and, therefore, will no longer be representing Defendant U.S. Anesthesia Partners, Inc. ("USAP") as of that date. USAP will continue to be represented by Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C. and Beck Redden LLP. Therefore, please remove the undersigned as counsel of record in this matter.

Dated:  August 7, 2026

Respectfully submitted,

 /s/ *Katherine V. Tondrowski*
Katherine V. Tondrowski (D.C. Bar No. 90017712)
  (*Pro Hac Vice*)
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
Fax: (202) 326-7999
ktondrowski@kellogghansen.com

*Counsel for Defendant U.S. Anesthesia Partners, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2026, I filed the foregoing document with the Court and served it on opposing counsel through the Court's CM/ECF system. All counsel of record are registered ECF users.

Respectfully submitted,

/s/ *Katherine V. Tondrowski*
Katherine V. Tondrowski