**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>U.S. ANESTHESIA PARTNERS, INC. et al.<br><br>Defendants. | Case No.: 4:23-CV-03560-KH |

**JOINT STATUS REPORT**

Plaintiff Federal Trade Commission ("FTC") and Defendant U.S. Anesthesia Partners, Inc. ("USAP") (together, the "Parties") respectfully submit this Joint Status Report pursuant to the Court's May 22, 2026 Order Granting Joint Motion to Stay Litigation (Dkt. No. 339), which (i) stayed all proceedings and deadlines in this matter through November 18, 2026, and (ii) directed the Parties to provide a status update to the Court ten (10) days prior to the expiration of the stay if the Parties have not filed a proposed final order resolving the case prior to that time.

As the Parties previously advised the Court in their Joint Motion to Stay the Litigation (Dkt. No. 336), the Parties entered a binding term sheet resolving the FTC's claims against USAP that would take 180 days to implement. No further extension of the Court-ordered stay is required. The Parties intend to submit a Joint Motion for the Entry of a Stipulated Order for Permanent Injunction for the Court's consideration within thirty (30) days of the filing of this Joint Status Report. To the extent a Joint Motion for the Entry of a Stipulated Order for Permanent Injunction has not been filed at that time, the Parties will file a further joint status report.

Dated: November 9, 2026

Respectfully submitted,

*/s/ Kara Monahan*
Kara Monahan (NJ Bar No. 011392010) *
Attorney-in-Charge
Michael A. Jostes (CA Bar No. 335693) *
Sophie Pollack (D.C. Bar No. 90028042) *
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
Tel: 202-326-2018
kmonahan@ftc.gov

*Counsel for Plaintiff Federal Trade Commission*

*Pro Hac Vice

*/s/ David B. Hennes*
David B. Hennes (N.Y. Bar No. 2773190)
(*Pro Hac Vice*)
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
Tel.: (212) 596-9000
Fax: (212) 596-9090
David.Hennes@ropesgray.com

Kathryn E. Caldwell (Mass. Bar No. 682089)
(*Pro Hac Vice*)
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
Tel.: (617) 951-7000
Fax: (617) 951-7050
Kathryn.Caldwell@ropesgray.com

Mark C. Hansen (D.C. Bar No. 425930)
*(Pro Hac Vice)*
Attorney-in-Charge
Geoffrey M. Klineberg (D.C. Bar No. 444503)
(*Pro Hac Vice*)
Bradley E. Oppenheimer (D.C. Bar No. 1025006)
(*Pro Hac Vice*)
KELLOGG, HANSEN, TODD,
FIGEL & FREDERICK, P.L.L.C.
1615 M Street N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
Fax: (202) 326-7999
mhansen@kellogghansen.com
gklineberg@kellogghansen.com
boppenheimer@kellogghansen.com

David J. Beck (TX Bar No. 00000070)
(Federal I.D. No. 16605)
Garrett S. Brawley (TX Bar No. 24095812)
(Federal I.D. No. 3311277)
BECK REDDEN LLP
1221 McKinney Street, Suite 4500
Houston, TX 77010

Tel: (713) 951-3700
Fax: (713) 951-3720
dbeck@beckredden.com
gbrawley@beckredden.com

*Counsel for Defendant*
*U.S. Anesthesia Partners, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2026, I filed the foregoing document with the Court and served it on opposing counsel through the Court's CM/ECF system. All counsel of record are registered ECF users.

Respectfully submitted,

*/s/ Kara Monahan*
Kara Monahan